AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Franqui et. al

       Plaintiff(s)  )  **APPEARANCE**

vs.  )  CASE NUMBER  1:06-CV-000734-RBW

Syrian Arab Republic, et. al
       Defendant(s)  )

**RECEIVED**

MAY 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To the Clerk of this court and all parties of record:

Please enter the appearance of   Joshua M. Ambush, Esquire   as counsel in this
      (Attorney's Name)

case for:  all plaintiffs: Jose Manuel Vega Franqui et. al
      (Name of party or parties)

4/21/06
Date

Signature

Joshua M. Ambush, Esq.
Print Name

MD27025
BAR IDENTIFICATION

1726 Reisterstown Road, Suite 206
Address

Baltimore, MD 21208
City    State    Zip Code

410-484-2070
Phone Number