**LAW OFFICES**
**JOSHUA M. AMBUSH, LLC**
**1726 REISTERSTOWN ROAD**
**SUITE 206**
**BALTIMORE, MARYLAND 21208**
**410-484-2070**
**FAX: 420-484-9330**

November 23, 2006

<u>Hand Delivery</u>

Nancy Mayer Whittington
Clerk, United States District Court
    For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    RE:   *Franqui et. al v. Syrian Arab Republic et. al;* Civil Action No. 1:06-CV-00734 (RBW)

Dear Ms. Mayer-Whittington:

    Per the provisions of 28 U.S.C § 1608 (a) (3), we are requesting the Clerk's Office to "address[] and dispatch[]" the enclosed "summons and complaint and notice of suit, together with a translation of each… to the head of the ministry of foreign affairs of the foreign state concerned." In this matter, the foreign states concerned are the Great Socialist People's Libyan Arab Jamahiriya ("Libya") and the Syrian Arab Republic ("Syria"). Service under 1608 (a) (3) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents" with either Libya of Syria. 28 U.S.C. § 1608 (a) (1) and (2).

    Enclosed are the summonses for the foreign sovereign defendants the Syrian Arab Republic and the Great Socialist People's Libyan Arab Jamahiriya and defendant Syrian Arab Airlines in the above referenced civil action. The summonses for the remaining defendants will be submitted once the appropriate addresses are obtained. Each enclosed summons is addressed to the respective defendant. Each summons is translated into Arabic, the official language of Libya and Syria. Also enclosed with each summons is a copy of the Complaint (in English and Arabic), a copy of the Notice of Suit (in Arabic) and a copy of the administrative documents (in English and Arabic) and a copy of the Foreign Sovereign Immunities Act (in English).

    We understand that after you have assembled the requisite documents and attached international return receipt notices, you will return the package of documents to us for transmission to the defendants. Please call me at (410) 484-2070 when the package is ready and we will pick it up. Please also notify me when service is made on the Ministry of Foreign Affairs of Libya and the Ministry of Foreign Affairs of Syria.

    If you have any questions, please feel free to contact me. Thank you for your assistance.

          Sincerely,

          Joshua M. Ambush