CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Franqui, et. al**
_____
Plaintiff(s)

vs.    Civil Action No.: 06-CV-00734 RBW

**Syrian Arab Republic, et. al**
_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

THE SYRIAN ARAB REPUBLIC
c/o Syrian Ministry of Foreign Affairs
Head, Ministry of Foreign Affairs
Al-Rachid Street
Damascus, Syria

by: (check one)
- ☐ registered mail, return receipt requested
- ☑ DHL

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): SYRIA , and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Joshua M. Ambush, Esq.
1726 Reisterstown Road, Suite 206
Baltimore, Maryland 21208
(Name and Address)