CO 226
Rev. 4/06

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

# Franqui,    et. al

Plaintiff(s)

vs.

Civil Action No.: 06-CV-00734 RBW

# Syrian Arab Republic, et. al

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

THE SYRIAN ARAB AIRLINES
D/B/A SYRIANAIR
P.O. Box 417
Youssef Al Azmeh Square
Damascus
SYRIA

by: (check one)      ☐    registered mail, return receipt requested
                     ☑    DHL

pursuant to the provisions of: (check one)
                     ☐    FRCP 4(f)(2)(C)(ii)
                     ☑    28 U.S.C. § 1608(a)(3)
                     ☐    28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country):
SYRIA _____, and that I obtained this information by
contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Joshua M. Ambush, Esq.
1726 Reisterstown Road, Suite 206
Baltimore, Maryland 21208
(Name and Address)