CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Franqui,      et. al
_____
Plaintiff(s)

vs.                                        Civil Action No.: 06-CV-00734 RBW

Syrian Arab Republic, et. al
_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

THE GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIJA-LIBYA
c/o Libyan Ministry of Foreign Affairs
Abd Al-Rahman Shaloam
November 7 Street
Tripoli
LIBYA

by: (check one)   ☐ registered mail, return receipt requested
                  ☑ DHL

pursuant to the provisions of: (check one)
                  ☐ FRCP 4(f)(2)(C)(ii)
                  ☑ 28 U.S.C. § 1608(a)(3)
                  ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): LIBYA, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Joshua M Ambush Esq.
1726 Reisterstown Road, Suite 206
Baltimore, Maryland 21208
(Name and Address)