

Dear Customer,

Your shipment to [899164.3975......] is being returned to you, because it is considered un- authorized and/or violates Export Administration Regulations (EAR) and/or other Laws, Regulation and Orders of the United States and its Agencies and/or DHL Policy for export due to one or all of the following:

- ☐ Restricted Party
- ☐ Unacceptable commodity
- ☐ Incomplete description of commodity
- ☐ DHL air waybill not completed in English
- ☒ Missing full contact name for shipper
- ☒ Missing full contact name for receiver
- ☐ Missing actual address of receiver (no P.O. Box addresses)
- ☐ Missing actual address of shipper (no P.O. Box addresses)
- ☐ Need address of actual shipper (not information of mail center)
- ☐ Airway bill not legible
- ☐ Other……………………………………………….

Should you have any questions about your returned shipment, please call the Customer Relations Center at 1-800-225-5345.

Thank you for your business and we look forward to serving you in the future.



RECEIVED
JUL 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1200 South Pine Island Road
Plantation, Florida 33324
www.us.dhl.com

CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Franqui, et. al**
_____
Plaintiff(s)

vs.

Civil Action No.: 06-CV-00734 RBW

**Syrian Arab Republic, et. al**
_____
Defendant(s)

### AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

THE SYRIAN ARAB REPUBLIC
c/o Syrian Ministry of Foreign Affairs
Head, Ministry of Foreign Affairs
Al-Rachid Street
Damascus, Syria

by: (check one)
- ☐ registered mail, return receipt requested
- ☑ DHL

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): SYRIA, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Joshua M. Ambush, Esq.
1726 Reisterstown Road, Suite 206
Baltimore, Maryland 21208
(Name and Address)



