CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FRANQUI et. al

_____
Plaintiff(s)

vs.                                                      Civil Action No.: 1:06-CV-00734 RB

SYRIAN ARAB REPUBLIC, et. al

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

ESTATE OF HAFEZ AL-ASSAD
Former President of Syrian Arab Republic
C/O President Bashar Al-Assad
and/or C/O Syrian Ministry of Foreign Affairs
Al-Rachid Street
Damascus, Syria

by: (check one)    ☐  registered mail, return receipt requested
                   ☑  DHL

pursuant to the provisions of: (check one)
                   ☐  FRCP 4(f)(2)(C)(ii)
                   ☑  28 U.S.C. § 1608(a)(3)
                   ☐  28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): SYRIA_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

JOSHUA M. AMBUSH, ESQUIRE
Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208

(Name and Address)