CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FRANQUI, et al.,
_____
          Plaintiff(s)

vs.                                              Civil Action No.: 06-734 RBW

SYRIAN ARAB REBPULIC, et al., (ESTATE OF HAFEZ AL-ASSAD)
_____
          Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the  15th  day of  August , 20 07 , I mailed:

1. ☐  One copy of the  summons and complaint  by  registered mail, return receipt requested , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒  One copy of the summons, complaint and notice of suit , together with a translation of each into the official language of the foreign state, by  DHL , to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐  Two copies of the summons, complaint and notice of suit , together with a translation of each into the official language of the foreign state, by  certified mail, return receipt requested , to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐  One copy of the summons and complaint , together with a translation of each into the official language of the foreign state, by  registered mail, return receipt requested , to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____Tawana Davis_____
          Deputy Clerk