

06 CV 734

Dear Customer,

Your shipment to [..*Syria*......] is being returned to you, because it is considered un-authorized and/or violates Export Administration Regulations (EAR) and/or other Laws, Regulation and Orders of the United States and its Agencies and/or DHL Policy for export due to one or all of the following:

- ☐ Restricted Party
- ☐ Unacceptable commodity
- ☐ Incomplete description of commodity
- ☐ DHL air waybill not completed in English
- ☑ Missing full contact name for shipper
- ☐ Missing full contact name for receiver
- ☐ Missing actual address of receiver (no P.O. Box addresses)
- ☐ Missing actual address of shipper (no P.O. Box addresses)
- ☐ Need address of actual shipper (not information of mail center)
- ☐ Airway bill not legible
- ☐ Other...................................................

Should you have any questions about your returned shipment, please call the Customer Relations Center at 1-800-225-5345.

Thank you for your business and we look forward to serving you in the future.

HAWB# *87989%0421*

Initials *TLY*

1200 South Pine Island Road
Plantation, Florida 33324
www.us.dhl.com

CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FRANQUI et. al

_____
Plaintiff(s)

vs.                                            Civil Action No.: 1:06-CV-00734 RE

SYRIAN ARAB REPUBLIC, et. al

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

ESTATE OF HAFEZ AL-ASSAD
Former President of Syrian Arab Republic
C/O President Bashar Al-Assad
and/or C/O Syrian Ministry of Foreign Affairs
Al-Rachid Street
Damascus, Syria

by: (check one)  ☐  registered mail, return receipt requested
                 ☑  DHL

pursuant to the provisions of: (check one)
                 ☐  FRCP 4(f)(2)(C)(ii)
                 ☑  28 U.S.C. § 1608(a)(3)
                 ☐  28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): SYRIA_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

JOSHUA M. AMBUSH, ESQUIRE
Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208

(Name and Address)




Page 1 of 1

Prepare a shipment: Print international waybill

**DHL EXPRESS**  **DOX**  Pieces: **1/1**

FM: Clerk of Court
Clerk of Court
333 Constitution Avenue
Washington, DC 20001
UNITED STATES Phone: 202-354-3000

ORIGIN: **DCA**

To: C/O FOREIGN MINISTRY
ESTATE OF HAFEZ AL-ASSAD
REPUBLIC OF SYRIA
AL-RASHID STREET
DAMASCUS, SYRIA, SYRIA
SYRIA

POSTCODE: **DAM**

TEL: 202-265-4585

Description: Complaint for Service under USC 1608 (a)(3)
Customs Value: 0.00 USD for 1 pcs
Weight: 1 lbs for 1 pcs
Date: 2007-08-15

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S. law prohibited. Shipment may be carried via intermediate stopping places which DHL deems appropriate.



DCADAMD



WAYBILL: 8798990421    (Non-Negotiable)