IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Reverend JOSE MANUEL VEGA FANQUI, )<br>Individually and as Administrator of the )<br>Estate of VASTHI ZILA MORALES DE VEGA, )<br>et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, et al. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00734-RBW |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, Great Socialist People's Libyan Arab Jamahiriya, by undersigned counsel and with the consent of Plaintiffs' counsel, hereby moves pursuant to Fed. R Civ. P. Rule 6 for an extension of approximately thirty (30) days for Defendant to answer, move or otherwise respond to the Complaint on or before October 15, 2007. In support of this Motion, Defendant states as follows:

1. Defendant and its counsel require additional time to investigate and respond to the allegations of the Complaint as Defendant is a foreign sovereign and all of its representatives related to this case are located overseas. In addition, the incident giving rise to the Complaint occurred on May 30, 1972, over thirty-five (35) years ago.

2. This brief extension will not affect any deadline imposed by the Court, as no deadlines have yet been set in this case. No party will be prejudiced by this brief extension.

3. No prior request for an extension of time has been made.

4.      Undersigned counsel certifies that in accordance with Local Rule LCvR 7(m), he has consulted with Plaintiffs' counsel regarding this request for an extension and Plaintiffs consent to the relief requested herein.

WHEREFORE, Defendant requests that the Court grant its Consent Motion for a thirty (30) day extension to answer, move or otherwise respond to the Complaint on or before October 15, 2007.

                                        Respectfully, Submitted,

                                        **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By:     /s/ Mark A. Johnston
        Thomas J. Whalen, Esq. (Bar No. 208512)
        Mark A. Johnston, Esq. (Bar No. 455764)
        1747 Pennsylvania Ave., N.W.,
        Twelfth Floor
        Washington, D.C. 20006
        (202) 659-6600

        Counsel for Defendant, Great Socialist People's Libyan Arab Jamahiriya

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion for Extension of Time** was electronically filed and served, this 6th day of September, 2007, to:

>Joshua Ambush
>Terri Sneider
>The Law Offices of Joshua M. Ambush, LLC
>1726 Reisterstown Road Suite 206
>Baltimore, MD 21208

>            /s/ Mark A. Johnston
>            Mark A. Johnston