IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Reverend JOSE MANUEL VEGA FANQUI, )<br>Individually and as Administrator of the )<br>Estate of VASTHI ZILA MORALES DE VEGA, )<br>et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, et al. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00734-RBW |

## ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of September, 2007,

ORDERED, that Defendant's Consent Motion is GRANTED and that the Defendant have until October 15, 2007 to answer, move or otherwise respond to the Complaint.

_____
Judge Reggie B. Walton
U.S. District Court for the District of Columbia