**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSE MANUEL VEGA FRANQUI, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:06-CV-00734-RBW |
| v. | ) |
| | ) |
| SYRIAN ARAB REPUBLIC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss, any Opposition thereto, and the Court being duly advised in the premises, it is, by the Court this _____ day of _____, 2007,

ORDERED, that Defendant's Motion to Dismiss is GRANTED; and it is further

ORDERED, that all claims against Defendant, Great Socialist People's Libyan Arab Jamahiriya a/k/a Libya are hereby dismissed with prejudice.

_____
Judge Reggie B. Walton
U.S. District Court for the District of Columbia