IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Reverend JOSE MANUEL VEGA FRANQUI Individually and as Administrator of the Estate of VASTHI ZILA MORALES DE VEGA, Et al.<br><br>Plaintiffs<br><br>v.<br><br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al.<br><br>Defendants | Case No. 06-cv-00734-RBW |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs, Reverend Jose Manuel Vega Franqui, et al., by undersigned counsel and with consent of counsel for the Defendant, Great Socialist People's Libyan Arab Jamahiriya, *et al.*, hereby moves pursuant to Fed. R Civ. P. Rule 6 for an extension of approximately sixty (60) days for Plaintiff to respond to the Defendant's Motion to Dismiss, on or before December 17, 2007. In support of this Motion, Plaintiff states as follows:

1. Following a consent extension of time, Defendant has filed, on October 15, 2007, a Motion to Dismiss pursuant to Fed. R Civ P. 12(b)(1) and 12(b)(6). Plaintiff and their counsel need time to prepare a response to the issues raised in such Motion.

2. This brief extension will not affect any deadline imposed by the Court, as no deadlines have yet been set in this case. No party will be prejudiced by this brief extension.

3. No prior request for an extension of time has been made, except for the extension of time for the Defendant to file their Motion to Dismiss.

4. Undersigned counsel certifies that in accordance with Local Rule LCvR 7(m), he has consulted with counsel for the Defendant regarding this request for an extension and Defendants consent to the relief requested herein.

WHEREFORE, Plaintiff requests that the Court grant its Consent Motion for an approximately sixty (60) day extension to answer, move or otherwise respond to the Motion to Dismiss on or before December 17, 2007.

        LAW OFFICES OF JOSHUA M. AMBUSH, LLC

        <u>/s/ Joshua M. Ambush</u>
        **JOSHUA M. AMBUSH, ESQUIRE**
        1726 Reisterstown Road, Suite 206
        Baltimore, MD 21208
        DC Bar Number: MD 27025

        Counsel Reverend Jose Manuel Vega Franqui, et al.

X:\Clients\Lod Airport Massacre\documents\Extension.doc

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Extension of Time was electronically filed and served, this 17, day of October, 2007, to:

Mark A. Johnston, Esquire
1747 Pennsylvania Avenue, N.W.
Twelfth Floor
Washington, D.C. 20006

_____
JOSHUA M. AMBUSH, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Reverend JOSE MANUEL VEGA FRANQUI : <br> Individually and as Administrator of the : <br> Estate of VASTHI ZILA MORALES DE VEGA, : <br> Et al. : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> GREAT SOCIALIST PEOPLE'S LIBYAN : <br> ARAB JAMAHIRIYA, et al. : <br> : <br> Defendants. : | Case No. 06-cv-00734-RBW |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of Time, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of October, 2007,

ORDERED, that Plaintiff's Consent Motion is GRANTED and that Plaintiff have until December 17, 2007 to answer, move or otherwise respond to the Motion to Dismiss.

_____
Judge Reggie B. Walton
U.S. District Court for the District of Columbia