IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE MANUEL VEGA FRANQUI, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00734-RBW |
| ) | |
| SYRIAN ARAB REPUBLIC, et al., ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR LEAVE TO FILE PLAINTIFFS'
MOTION IN OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS AND ACCOMPANYING MEMORANDUM OF POINTS
AND AUTHORITIES IN EXCESS OF PAGE LIMITATIONS**

COME NOW, the Plaintiffs, by and through counsel, Joshua M. Ambush, of the Law Offices of Joshua M. Ambush, LLC, and with the consent of counsel for the Great Socialist People's Libyan Arab Jamahiriya, hereby move this Court for leave to file Plaintiffs' Motion in Opposition to Defendants' Motion to Dismiss and Accompanying Memorandum of Points and Authorities, in excess of the 45-page limit set by the Local Rules of this Court.

In support of this request, Plaintiffs hereby state as follows:

1. Additional pages are necessary for the Plaintiffs' Opposition because the Defendants' Motion to Dismiss raises complex issues involving sovereign immunity, the application of various counterterrorism statutes to the Plaintiffs' claims, equitable tolling issues, and the statute of limitations; and

2. To properly respond, it is necessary for the Plaintiffs to fully brief the reasons for which the Court should deny the Defendants' Motion to Dismiss; and

3. Plaintiffs anticipate timely filing their Motion in Opposition to the Defendants' Motion to Dismiss on Monday, December 17, 2007.

WHEREFORE, for the reasons set forth above, Plaintiffs' respectfully request that this Court grant Plaintiffs' Consent Motion for Leave to File Plaintiff's Motion in Opposition to Defendants Motion to Dismiss and Accompanying Memorandum of Points and Authorities in Excess of the Page Limitations set by the Local Rules of this Court.

>Respectfully submitted,
>
>*/s/ Joshua M. Ambush*
>
>_____
>Joshua M. Ambush (Md. Bar # 27025)
>Law Offices of Joshua M. Ambush, LLC
>Hilton Plaza
>1726 Reisterstown Road
>Suite 206
>Baltimore, Maryland 21208
>410-484-2070
>410-484-9330 (facsimile)
>joshua@ambushlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Consent Motion for Leave to File Plaintiffs' Motion in Opposition to Defendants' Motion to Dismiss and Accompanying Memorandum of Points and Authorities in Excess of Page Limitations was delivered *via* electronic filing and/or first class mail postage prepaid, to Thomas J. Whalen, Esquire, Mark A. Johnston, Esquire, Eckert Seamans Cherin & Mellott, LLC, 1747 Pennsylvania Avenue, N.W., Twelfth Floor, Washington, D.C. 20006; Wendy West Feinstein, Eckert Seamans Cherin & Mellott, LLC, U.S. Steel Tower, 44th Floor, 600 Grant Street, Pittsburgh, PA 15219, this 17th day of December, 2007.

>*/s/ Joshua M. Ambush*
>_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSE MANUEL VEGA FRANQUI, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-CV-00734-RBW |
| | ) |
| SYRIAN ARAB REPUBLIC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND ACCOMPANYING MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF PAGE LIMITATIONS**

This matter having come before the Court on the Plaintiffs' Consent Motion for Leave to File Plaintiffs' Motion in Opposition to the Defendants' Motion to Dismiss and Accompanying Memorandum of Points and Authorities in Excess of Page Limitations, and the Court having been sufficiently advised, it is hereby

ORDERED that Plaintiffs' Motion is hereby GRANTED and Plaintiffs shall be permitted to file their Motion in Opposition to Defendants' Motion to Dismiss and Accompanying Memorandum of Points and Authorities in excess of the Courts' Rules on page number limitations.

IT IS SO ORDERED on this the _____ day of _____, 2007.

_____
Judge Reggie B. Walton
U.S. District Court for the District of Columbia

Copies to:
Counsel of Records