IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Reverend JOSE MANUEL VEGA FRANQUI, Individually and as Administrator of the Estate of VASTHI ZILA MORALES DE VEGA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al.<br><br>Defendants. | Case No. 1:06-cv-00734-RBW |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, Great Socialist People's Libyan Arab Jamahiriya, by undersigned counsel and with the consent of Plaintiffs' counsel, hereby moves pursuant to Fed. R Civ. P. Rule 6 for an extension of forty-five (45) days for Defendant to file a Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss on or before January 31, 2008. In support of this Motion, Defendant states as follows:

1. On or about December 17, 2007, Plaintiffs filed their Opposition to Defendant's Motion to Dismiss. After receiving leave of Court to file an Opposition in excess of the Court's page limitations, Plaintiffs filed an approximately sixty-five (65) page Opposition and accompanying Memorandum of Points and Authorities.

2. Plaintiffs' Opposition cites to various secondary sources, government records and transcripts of Congressional Hearings which must be reviewed by counsel for Defendant. Given the length of Plaintiffs' Opposition and numerous citations therein, as well as the current holiday season, Defendant will require additional time to prepare its Reply to Plaintiffs' Opposition.

3. This brief extension will not affect any deadline imposed by the Court, as no deadlines have yet been set in this case. No party will be prejudiced by this brief extension.

4. Undersigned counsel certifies that in accordance with Local Rule LCvR 7(m), he has consulted with Plaintiffs' counsel regarding this request for an extension and Plaintiffs consent to the relief requested herein.

WHEREFORE, Defendant requests that the Court grant its Consent Motion for an extension of forty-five (45) days for Defendant to file a Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss on or before January 31, 2008.

Respectfully, Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: _/s/ Mark A. Johnston_
Thomas J. Whalen, Esq. (Bar No. 208512)
Mark A. Johnston, Esq. (Bar No. 455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600

Counsel for Defendant, Great Socialist People's
 Libyan Arab Jamahiriya

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion for Extension of Time** was electronically filed and served, this 21st day of December, 2007, to:

>Joshua Ambush
>Terri Sneider
>The Law Offices of Joshua M. Ambush, LLC
>1726 Reisterstown Road Suite 206
>Baltimore, MD 21208

>*/s/ Mark A. Johnston*
>Mark A. Johnston