Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1
FOR BACKGROUND USE ONLY

September 1972

## TERRORISM AND THE FEDAYEEN

Since mid-1970, elements of the fedayeen or Palestine guer-
rilla movement have metamorphosed commandos dedicated to the over-
throw of Israel into Marxist-Maoist-type terrorists. They are
making a desperate attempt to survive in a disunited, uncoordinated,
and crumbling movement. While once market places from Morocco to
Saudi Arabia were plastered with posters proudly depicting the deeds
of the fedayeen commandos, today the ruthless and violent actions
by their terrorists evoke mainly fear. None but the most radical
press or public is tempted to look upon the fedayeen terrorists
or their followers as romantic folk-heroes or to view their violence
as acts of patriotism.

### The Origins

Palestinian guerrillas (fedayeen), organized in the early
1950's to harass newly created Israel, seek to become a rallying
point for Palestinian irredentism. Their fortunes and following
were low until the 1967 six-day Arab-Israeli war. The fedayeen
by their bold, but ultimately self-defeative, anti-Israeli exploits
rekindled a spark of Arab self-respect and served to restore a
sense of Arab honor. A range of competing guerrilla organizations
emerged - each seeking to become the reflection of Palestinian will
to fight. Eleven fedayeen organizations have survived, most of them
members of the Palestine Liberation Organization (PLO) founded in
1964 to coordinate fedayeen and Palestinian efforts. They may be
categorized as follows:

a. Instruments of Political Parties: Al Saiqa, founded
and directed by the Syrian left-wing Baath Party; the Iraqi-
controlled Arab Liberation Front; Al Ansar, the instrument of
established Arab Communist parties.

b. Fatah: Fatah poses as a basically "conservative"
guerrilla organization devoid of political bias but in fact
supports extreme guerrilla tactics through its front, the
Black September Group.

c. Ideologically Oriented Groups: These include the
Popular Front for the Liberation of Palestine (PFLP) with a
number of offshoots. Political extremists and revolution-
aries, they consider the overthrow of conservative Arab regimes
(Jordan and Saudi Arabia) as prerequisites for the liberation
of Palestine. Their hostility to the U.S. and most Western
countries is intense.

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

## Terror Tactics and Foreign Connections

The status of Palestinian fedayeen organizations is directly related to the level of tension in the Arab-Israel dispute: a decrease in tension leads to a decline in the prestige of and support for the fedayeen. The fedayeen organizations whose impact on Middle East affairs has been on the decline since their setback by the Jordanian Army during the 10-day conflict of September 1970, are seeking to rally their flagging fortunes. Their increasing links with other national revolutionary/terrorist groups and their continuing terrorist acts on an international level are intended to (a) compensate for their eroding influence, (b) move the resistance movement out of its doldrums and (c) keep the Arab-Israeli issue alive.

The Popular Front for the Liberation of Palestine (PFLP), believed to have the widest range of international links, is competing with other fedayeen groups and expanding its revolutionary activities at the international level. The only philosophical basis required to establish international connections is a common conviction in terrorism and violent revolution as the means to destroy the established order. The common bond among revolutionary groups, therefore, can be reinforced with relative ease. In addition, the material gain from international revolutionary action is not overlooked by fedayeen leaders, many of whom exploit the Palestinian cause to bolster their personal prestige and fortunes.

The Kamikaze attack on Israel's Lydda Airport last May by PFLP-trained members of the Japanese Red Army Faction, highlights the existing and growing international connections among revolutionary terrorist organizations. Even before the Lydda Airport massacre, the Japanese Red Army Faction had been dealing with the fedayeen for at least two years. Other terrorist organizations, the Turkish Peoples' Liberation Army and the Eritrean Liberation Front in Ethiopia have also been in contact with Palestinian guerrilla organizations as have radical organizations of Western Europe and the Western Hemisphere. The Soviet Union and China are also involved. For both material and ideological reasons, and out of an increasing sense of desperation, the fedayeen are continually attempting to expand their contacts with foreign radical groups.

The Red Army Faction (Sekigun-ha), a direct offshoot of Zengakuren, the extreme leftist Japanese student organization, is an underground organization that began its activities on the political and military levels in 1965. Violent revolution, in its view, is the "fundamental way of liberating people from exploitation and class domination domestically, and a means to combat imperialism on the international level." Links between the Red Army Faction and Popular Front for the Liberation of Palestine (PFLP) became

2

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

evident in late 1970 with the arrest in Japan of PFLP members
publicizing terror via a film on Palestinian guerrilla operations.
During their stay in Japan PFLP members also made arrangements
to train Red Army Faction members at PFLP bases in Lebanon. In
addition, plans were made to exchange officials for instruction
in kidnapping and hijacking techniques and in producing sabotage
devices. Beirut weekly Al Usbu Al Arabi reported last fall that
when a PFLP leader visited Japan, The Red Army Faction "welcomed
him by blowing up five police stations in Tokyo."

Turkish Peoples' Liberation Army. Although the Turkish
Peoples' Liberation Army was not known as such until early 1972,
militant leftist Turkish students were reportedly trained by the
fedayeen as early as 1969. Training in such terrorist tactics
as kidnapping, hijacking, guerrilla warfare, and preparation in
the use of sabotage devices are provided by the fedayeen organi-
zations under cover of Palestinian refugee camps in Lebanon and
Syria. It is reliably reported that urban guerrillas, in
addition to being trained by PFLP and its breakaway faction
Peoples' Democratic Front for the Liberation of Palestine (PDFLP),
are equipped with arms smuggled from these and other fedayeen
guerrilla organizations.

Eritrean Liberation Front. The Eritrean Liberation Front,
founded in 1959, began effective anti-Ethiopian terrorist acts
in 1964. Following the June 1967 war, fedayeen organizations
began to provide the Eritrean Liberation Front financial support,
arms and passports for its attacks against the Ethiopian established
order. Training in guerrilla warfare as well as facilities for
radio broadcasting are made available to the Front by the fedayeen.

West Europeans. In an attempt to gain the support of West
European students, fedayeen organizations have recruited and
provided travel to a Jordanian training camp for as many as 150
students. The project was administered through a London-based
organization, "Friends of Palestine." Pro-fedayeen and anti-
Israeli associations in France are usually headed by radical
university professors or journalists. In England, student
"revolutionaries" have joined Arab students in a group called
the Palestine Solidarity Campaign. In the Netherlands, Dutch
Communists have established a Netherlands-Palestine Committee
that sponsors lectures and pro-Palestinian demonstrations.
Austrian left-wing students have formed the Action Committee for
the Support of the Palestinian Resistance, to conduct anti-Israeli
campaigns. The Irish Republican Army (IRA) claims links with the
fedayeen; some fedayeen members allege to have attended IRA
conferences in Northern Ireland. Further, the IRA has reportedly
been promised arms in exchange for fedayeen-directed terrorist
operations in Europe. The Baader-Meinhof group, a band of West
German anarchists whose actions date back to 1963, declare them-
selves as members of the Japanese-based Red Army Faction.

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

Reportedly, Baader-Meinhof members received guerrilla warfare training in the Middle East from Palestinian guerrillas during the summer of 1970.

Western Hemisphere. Before September 1970, members of the SandinIst National Liberation Front, a Communist dominated Nicaraguan terrorist organization, received guerrilla warfare training at a fedayeen training site in Jordan. Upon completion of their training and their return to Nicaragua, the Sandinists received Soviet and Chinese weapons which were later confiscated by Nicaraguan security officials. In January 1972, a planned attempt by five Nicaraguan-based Arabs to recruit Nicaraguans for fedayeen training in guerrilla warfare also was aborted by Nicaraguan government officials.

The Fedayeen, the Soviet Union and China

The Soviets, in a quandary over the fedayeen, support the anti-Israeli "national liberation" movement but are sensitive to the potential damage to their image for being openly associated with fedayeen terror tactics. The Soviets therefore channel material support to the fedayeen through indirect and clandestine means and in the process gain some degree of control over the fedayeen guerrilla organizations. Fedayeen chieftain Yasser Arafat's mid-July 1972 visit to Moscow to solicit increased material support and at the same time strengthen his weakened leadership position in both Fatah and the Palestinian Liberation Organization, attests to the cordial relations between the Soviets and the fedayeen. As recently as May 1972, the World Marxist Review quotes Pravda's endorsement of the Palestinian guerrillas as follows: "The Soviet public sides firmly with the Palestine Resistance Movement, which is a component of the Arab Peoples' National Liberation Movement."

By supporting the fedayeen, the Soviets align themselves with a militant, anti-Israeli "national liberation" movement that is popular in the Arab world. At this stage of development, Soviet dealings with the fedayeen indicate Moscow's confidence in providing indirect and clandestine support to the fedayeen short of causing flash point tensions in the Middle East. In part, the Soviets' assistance to the fedayeen guerrillas is conditioned by the open support given them by China. Peking backs the fedayeen in public statements with vigor; material support, however, is provided with somewhat dampened enthusiasm. To date, China has provided guerrilla warfare training to several hundred fedayeen activists and has made available to them unspecified amounts of military equipment. An article in the 20 July 1972 issue of Soviet Analyst entitled "The Soviet Involvement in Violence" by Brian Crozier, focuses on the dilemma the fedayeen poses for its communist supporters:

4

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

"To the extent that the (Palestine) guerrillas are anti-Israeli, the Russians are inclined to support them; on the other hand, the groups have proved, on the whole, to be a greater menace to the Arab governments than to Israel itself, and to support them outright might be counter-productive in terms of Soviet relations with friendly countries, such as Egypt or Iraq. Moreover, the Palestinians have a record of unsuccess, with which the Russians do not wish to be associated; and the wildest among them -- Dr. George Habbash's PFLP are not only boastful where the Russians would prefer discretion, but indulge in spectacular acts of violence with which, again, the Russians would prefer not be linked. . .

"There has certainly been some Soviet aid to the PFLP, however, and to the more moderate Al Fatah, if only to be able to claim, if challenged, that the Palestine liberation movement has not been left unaided. (Chinese aid to the PFLP is certainly greater than Russian.)"

Uncertainties occasioned by Egypt's recent ouster of the Soviet Military Mission and the pledged merger of Egypt and Libya render the fedayeen increasingly vulnerable to manipulation not only by Moscow and Peking but by the self-serving leaders of the fedayeen guerrillas.

Outlaws Among Their Own People

Founded in 1956 and headed by Yasir Arafat, a Jerusalem-born Palestinian, Fatah gained control of the Palestine Liberation Organization (PLO) in 1969. Fatah, larger and more heavily financed than all other fedayeen groups combined, claims to be without political bias and seeks the friendship of all Arab governments; it is supported by such disparate regimes as Saudi Arabia and Libya. Even though heavily financed, Fatah uses such terror tactics as hijacking and sabotage through its terrorist arm, the "Black September Group," as an additional source of income. The "Black September Group" enables Fatah to credibly disclaim its alliance with assassinations, hijacking and other forms of terrorism.

While Fatah presents itself as an organization of strugglers who battle in the front lines for their "occupied homeland" it is in fact involved in money-making schemes that are far removed from its original national revolutionary mission. Fatah's image as a moderate organization unencumbered by ideology is studiously promoted by its propaganda to permit Fatah to gain broad-based political acceptance. Sympathy for the Palestinian cause is translated into direct contributions from Arab states of varying political persuasion. In addition, a moderate image permits the

establishment of offices for fund raising throughout the world.
Because of its dominant role in that organization, a Palestine
Liberation Organization (PLO) office is often merely a cover for
a Fatah office. Nevertheless, despite this ostensibly "moderate
image," the "Black September" terrorist organization remains
directly associated with and under the control of Fatah.

Publicly, Fatah denounces terrorists acts conducted outside
the Middle East but in practice engages in hijacking, sabotage
and political assassination as a source of income which to date
has grossed more than $100 million. These funds are transferred
to European bank accounts and later invested in business ventures
that promise a good return. Some of the ventures involve legiti-
mate investment in European stocks; others include the establish-
ment of "action cells" of which several exist in West Germany
and France. These "action cells" provide arms and explosives and
serve as bases for recruiting and training terrorists. A favored
fund raising technique is for Fatah representatives to accept
"contracts" for such specialized assignments as: elimination of
political opponents, kidnapping an exile, exploding a refinery,
smuggling and hijacking,

Such acts are carried out by the "Black September Group"
whose operations are said to be planned and implemented by the
heads of the Fatah intelligence unit. In addition to claiming
responsibility for the tragedy at the Munich Olympics on 5 Septem-
ber, the group has also claimed credit for the following actions
since November 1971: the assassination of Jordanian Prime Minister
Wasfi Tal in Cairo on 28 November 1971; an assassination attempt
against the Jordanian Ambassador to London Zayd Al Rifa on 15
December 1971; the sabotage of the Struever Electronics factory
in Hamburg on 5 February 1972; the murder of five Palestinians
in Bruehl, Germany, on 6 February 1972; and the hijacking of a
Sabena jet en route to Tel Aviv on 8 May 1972.

As reported in the New York Times, 4 August 1972, a 21-year-
old Arab woman accused of taking part in the hijacking of a
Belgian airliner in May said that she had made several unsuccess-
ful attempts to free herself from the grip of the Fatah
guerrilla organization. She testified that she was warned by
the fedayeen: "If you escape, we would kill you."

The Palestinian News Agency, 5 August 1972, reported that
Palestinian guerrillas of the "Black September" terrorist
organization blew up tanks at the Trieste oil-storage facility
"in accordance with the Black September organization's policy
of dealing blows to the enemies of the Palestinian revolution."

Istanbul's leading daily newspaper, Cumhuriyet, reported
on 14 June that guerrilla groups are involved in the drug traffic;
that Fatah has penetrated Turkish smuggling rings, established

6

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

courier routes from Turkey to Lebanon and is expanding its contacts
with overseas narcotic rings to finance its (Fatah's) guerrilla
operations.  Fatah involvement in narcotics is so flagrant that
some of the half-kilo nylon bags of hashish pushed in Europe are
labelled with pictures of an Arab guerrilla armed with the
Kaleshnikov submachine gun (standard Soviet infantry rifle).

* * * * * *

It is ironic that Palestinians, used as pawns by Arab and
other politicians for more than 50 years, are currently being used
by the very fedayeen orginially organized to battle for their
"occupied homeland."  About 1.4 million Palestinians registered
as refugees with the United Nations Relief and Works Agency (UNRWA)
survive on funds from UNRWA while Fatah, the largest and best
financed exponent of the Palestinian cause, exploits Palestinian
suffering to build an underworld empire that makes its own laws
and seeks self-perpetuation as its prime objective.





2.4/037/TBIK 75-02

SUPPLEMENT NO. 4

SIGNIFICANT FEDAYEEN AND FEDAYEEN-RELATED INTERNATIONAL TERRORIST INCIDENTS

1 JANUARY TO 31 MARCH 1975

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

SIGNIFICANT FEDAYEEN AND FEDAYEEN-RELATED INTERNATIONAL TERRORIST INCIDENTS

1 JANUARY TO 31 MARCH 1975

This chronology lists significant fedayeen and fedayeen-related international terrorist incidents and supplements the chronologies covering the period January 1970 through December 1974. This listing does not include routine fedayeen actions inside Israel.

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

CHANGES AND ADDITIONS TO PERMANENT CHRONOLOGY FOR

JANUARY 1970 TO DECEMBER 1974

| | | |
|---|---|---|
| 8 May 1972 | Israel, Lod Airport | BSO Hijacks Sabena Plane. Five BSO terrorists hijacked a Sabena plane, on the Vienna to Athens route, to Lod Airport. Israeli security forces killed three hijackers, and the passengers were freed. Five passengers were wounded in the gunfight and one later died. Life sentences were given to the two surviving hijackers. |
| 30 May 1972 | Israel, Lod Airport | Lod Airport Massacre. Japanese terrorists from the Red Army faction, collaborating with the PFLP, attacked passengers at Lod Airport, killing 28 and wounding 78. The lone Japanese survivor of the massacre was sentenced to life imprisonment. |
| 5 September 1972 | West Germany, Munich | Munich Olympics Massacre. BSO terrorists killed 11 members of the Israeli Olympic team at Munich. Five of the Arab gunmen were killed by police. The three BSO survivors were jailed to await trial, but several weeks later were released by two other Palestinians who hijacked a West German jetliner. All were flown to Libya and nothing has been heard of them since. |

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

| 1 March 1973 | Sudan, Khartoum | **BSO Seizes Saudi Arabian Embassy.** Eight BSO terrorists seized the Saudi Arabian Embassy in Khartoum as guests were departing from a reception. They held the new U.S. Ambassador to the Sudan and the departing Deputy Chief of Mission, the Belgian Charge, a Jordanian Charge, and the Saudi Arabian Ambassador as hostages. The U.S. Ambassador, the Deputy Chief of Mission and the Belgian Charge were assassinated the following day. After prolonged legal delays the eight BSO terrorists were sentenced to life imprisonment. President Numayri reduced the sentence to seven years, and the terrorists were flown to Cairo on 28 June 1974 to serve the remainder of their terms. The Egyptian government, which has imprisoned the terrorists, has been under pressure to turn them over to the PLO but has not yet done so. |
| April 1973 | Cyprus, Nicosia | **BSO Teams Attack Israeli Ambassador's Residence and Plane.** Two teams of BSO terrorists attacked an El Al aircraft and the Israeli Ambassador's residence. One terrorist died from wounds, and the other seven were sentenced to seven years' imprisonment. On 6 December 1973 they were released and flown to Cairo, but later departed for an unspecified Arab country. |

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

| | | |
|---|---|---|
| 27 April 1973 | Italy, Rome | **Italian Employee of El Al killed.** An Italian employee of El Al Airlines was shot and killed in Rome by a Lebanese claiming to be a BSO operative. He was apprehended by Italian authorities. It is believed he was granted provisional liberty and probably quietly left Italy. |
| 19 July 1973 | Greece, Athens | **Attempted Attack on El Al Offices.** An armed fedayeen terrorist who attempted to break into the Athens office of the Israeli airline El Al seized hostages at a nearby hotel. He was later granted safe passage to Kuwait and left Kuwait for an undisclosed destination on 20 July. |
| 20 July 1973 | Netherlands, Amsterdam | **JAL Flight Seized by PFLP Terrorists.** A Japan Airlines flight from Paris to Anchorage, Alaska, was seized by four terrorists believed to be members of the PFLP. The aircraft was destroyed on 24 July in Benghazi, Libya, after being held for three days in Dubai. Reuters reported that the hijackers had been released and were at liberty in Damascus where they arrived on 13 August 1974. They were also reported to have traveled to Aden and Beirut. |

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

| | | |
|---|---|---|
| 27 April 1973 | Italy, Rome | **Italian Employee of El Al killed.** An Italian employee of El Al Airlines was shot and killed in Rome by a Lebanese claiming to be a BSO operative. He was apprehended by Italian authorities. It is believed he was granted provisional liberty and probably quietly left Italy. |
| 19 July 1973 | Greece, Athens | **Attempted Attack on El Al Offices.** An armed fedayeen terrorist who attempted to break into the Athens office of the Israeli airline El Al seized hostages at a nearby hotel. He was later granted safe passage to Kuwait and left Kuwait for an undisclosed destination on 20 July. |
| 20 July 1973 | Netherlands, Amsterdam | **JAL Flight Seized by PFLP Terrorists.** A Japan Airlines flight from Paris to Anchorage, Alaska, was seized by four terrorists believed to be members of the PFLP. The aircraft was destroyed on 24 July in Benghazi, Libya, after being held for three days in Dubai. Reuters reported that the hijackers had been released and were at liberty in Damascus where they arrived on 13 August 1974. They were also reported to have traveled to Aden and Beirut. |

1 July 1973

Norway,
Oslo

**BSO Suspect Assassinated.**
A Moroccan waiter resident in Norway was mur-
dered by several persons alleged to be Israeli
agents, in the belief that he was involved in
a planned BSO operation in Norway. Six people,
including two Israelis, were arrested and
charged as accessories. Two of them said they
belonged to an Israeli group fighting the BSO,
according to police. Five of the six defen-
dants, all of them Jewish, were sentenced to
prison terms ranging from one to five and a
half years. One Israeli was acquitted. In
October 1974 two Israelis, after serving half
their sentences, were expelled to Israel.

ugust 1973

Greece,
Athens

**Fedayeen Attack Athens Airport Lounge.**
Two fedayeen terrorists who initially identified
themselves as BSO members attacked the crowded
transit lounge of the Athens international air-
port with grenades and gunfire, killing five
persons and injuring 55 others. Later the ter-
rorists were identified as belonging to Ahmad
Abd-al-Ghaffur's group of Fatah dissidents.
They were sentenced to death by a Greek court
on 23 January 1974. Their sentences were com-
muted to life imprisonment on 23 April 1974,
and Greece expelled them on 5 May 1974 to Libya.
The two gunmen were apparently freed, however,
since one of them was with Abd-al-Ghaffur when
he was killed in Beirut on 13 September 1974.

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

| 5 September 1973 | Italy,<br>Ostia | **BSO Commandos Arrested Near Airport.**<br>A five man BSO commando group in Ostia was arrested by Italian authorities, who said the group had concealed two Soviet-built SA-7 rocket launchers in an apartment near Fiumicino airport with the intention of shooting down an Israeli airliner. Two of the five fedayeen arrested were released on bail in late October and later flown to Libya. The other three were sentenced in February 1974 to five years and two months imprisonment but were granted provisional liberty on 28 February. It is assumed they quietly left Italy. |
| 5-8 September<br>1973 | France,<br>Paris | **Saudi Arabian Embassy in Paris Seized.**<br>Five fedayeen terrorists claiming to be members of the "Punishment Organization" shot their way into the Saudi Arabian Embassy in Paris and seized 13 of its staff as hostages. After negotiations, the terrorists released most of the prisoners and departed Paris with four hostages for an unknown destination. After a stop in Cairo, Egypt, the terrorists landed in Kuwait. They demanded another plane and flew to Saudi Arabia, decided not to land, and returned to Kuwait. On 8 September the terrorists surrendered to Kuwaiti authorities and handed over their hostages unharmed. In October the five had departed, possibly for Syria, to fight against Israel, according to press reports. The operation had been mounted by |

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

Iraqi-based Fatah dissident leader Sabri al-Banna, who wanted to force the release of a Fatah official imprisoned in Jordan.

| | | |
|---|---|---|
| 28-29 September 1973 | Austria, Marchegg | **Sa'iqa Terrorists Seize Jewish Hostages.** Three Soviet Jewish emigres travelling to Vienna by train and an Austrian customs official were seized at Marchegg by two armed terrorists believed to be members of Sa'iqa. In return for the release of the hostages the Austrian government provided the terrorists with a plane, which after a circuitous route landed in Tripoli, Libya. The Austrians also agreed to close the Soviet Jewish emigrant transit camp at Schoenau castle. In December 1973 Libya announced that the two terrorists had been released to fight in the war against Israel. |
| 25-28 November 1973 | Lebanon, Beirut | **KLM Jet Hijacked.** Three armed hijackers who called themselves members of the Arab Youth Organization for the Liberation of Palestine hijacked an Amsterdam-to-Tokyo KLM 747 with 247 passengers aboard as it was flying from Beirut to New Delhi. After stops in Cyprus, Libya, Malta and Dubai, the hijackers surrendered to Dubai authorities, who offered the terrorists safe conduct in exchange for the hostages. On 8 December 1973 the hijackers were taken to Abu Dhabi where they presumably were turned over to the PLO. |

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

| | | |
|---|---|---|
| 17-18 December 1973 | Italy<br>Greece | **Terrorists Attack and Hijack Planes.**<br>Five fedayeen terrorists opened fire in the customs area at Rome's Leonardo da Vinci (Fiumicino) Airport. The terrorists took several hostages, proceeded to a Pan Am 707 that was loading for a flight to Beirut, and threw hand grenades into the plane, killing and injuring numerous passengers. After the attack on the aircraft the terrorists, with their hostages, boarded and hijacked a Lufthansa aircraft. The plane landed at Athens and later proceeded to Kuwait, where the hijackers surrendered. On 2 March 1974 the terrorists were flown from Kuwait to Cairo where they were to be tried by the PLO, but Egyptian authorities did not release the group. On the demand of the four fedayeen who hijacked a British plane from Dubai to Tunis on 22 November 1974, the five Rome terrorists were flown to Tunis and on 7 December 1974 went to Libya with the hijackers and two other terrorists released by the Netherlands. Libya reportedly imprisoned all eleven, but later they appeared to be at liberty in Libya. |
| 3 March 1974 | Lebanon,<br>Beirut | **British Airways Plane Hijacked.**<br>A British Airways VC-10 with 102 persons aboard was hijacked by two armed terrorists soon after takeoff from Beirut airport, the only stop on a Bombay to London flight. The hijackers forced |

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

the aircraft to land at Amsterdam.  After al-
lowing all passengers and crew members to flee,
the terrorists destroyed the aircraft by using
the plane's liquor supply to set it on fire.
A group calling itself the Organization of Arab
Nationalist Youth for the Liberation of Pales-
tine claimed responsibility for the hijacking,
according to press reports.  They were sentenced
to five years imprisonment on 6 June 1974.  They
were released on 24 November 1974 and flown to
Tunis as part of an agreement reached with four
terrorists who hijacked a BA plane at Dubai on
22 November.  On 7 December the two terrorists
went to Libya with the four hijackers who had
demanded their release and five other terror-
ists released from Egypt.  The two hijackers
apparently are at liberty in Libya.