Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

<u>PERMANENT CHRONOLOGY FOR 1 JANUARY TO 31 MARCH 1975</u>

| | | |
|---|---|---|
| 13 January 1975 | France, Paris | <u>Attempted Attack on El Al Airliner at Orly Airport</u> |

Two unidentified men fired two bazooka rounds, presumably at an El Al airliner, but missed the Israeli plane and damaged a Yugoslav plane parked nearby. The first bazooka round hit the fuselage of the Yugoslav airliner without exploding, slightly wounding a Yugoslav steward, a French security guard and a workman. The two men involved escaped immediately after the attack. An anonymous telephone caller told Reuters the attack was carried out by the Mohammed Boudia Commando, a fedayeen group. Mohammed Boudia, an Algerian exile, was a co-ordinator of fedayeen activities in Europe. He was killed by a car bomb explosion in France in July 1973.

| | | |
|---|---|---|
| 19 January 1975 | France, Paris | <u>Second Unsuccessful Attack on El Al Airliner</u> |

Fedayeen guerrillas, claiming affiliation with the "Mohammed Boudia Commando" group, unsuccessfully attempted to shoot up an El Al jetliner at Orly Airport, seriously injuring eight persons as they fled from police gunfire. They held several hostages in an airport restroom while negotiating with French police and the Egyptian Ambassador to France. An Air France jet was put at their disposal, and after

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

flying over Europe and the Middle East for
about 14 hours seeking a country that would
accept the three guerrillas, the plane finally
landed at Baghdad where the guerrillas gave
themselves up to Iraqi officials, who had re-
lented "on humanitarian grounds" and allowed
the aircraft to make a final landing at Baghdad.

5 March 1975        Israel,        Fatah Attacks Hotel in Tel Aviv.
                    Tel Aviv       Eight Fatah guerrillas who landed from the sea
                                   seized the Savoy Hotel and held 10 hostages.
                                   The terrorists attempted to negotiate with the
                                   Israeli authorities with no success.  Later
                                   Israeli forces stormed the hotel and seized
                                   the one remaining terrorist.  In all, 18 per-
                                   sons were killed and several others wounded.

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

73•3761

SECRET

U.S. POLICY TOWARD LIBYA

Study Pursuant to NSSM 185

Prepared and approved by the ad hoc
Interdepartmental group under the chair-
manship of the Assistant Secretary of State
for African Affairs.

July 6, 1973

SECRET



DECLASSIFIED
Authority EO 12958
By MF   NARA Date 10/0/

NATIONAL SECURITY COUNCIL
WASHINGTON, D.C. 20506

7310120

SECRET (CDS)

June 5, 1973

Copies to:
S/PC (ACTION)
S
D
P
E
T
S/S
S/S-S
Team C
S/S-O
AF
EB
EUR
INR
NEA
PM
RF

## National Security Study Memorandum 185

TO:   The Secretary of State
      The Acting Secretary of Defense
      The Director of Central Intelligence

SUBJECT:   Policy Towards Libya

The President has directed that a study be made of U.S. policy toward Libya and of the options open to the United States in the light of Libyan attitudes toward the United States, international terrorism, the Arab-Israeli problem, subversion, international airspace, and the petroleum industry.

The study should begin with a discussion of U.S. interests in Libya and the effect on them of current Libyan policies. Specifically, it should:

-- Evaluate the political, economic and strategic importance of Libya to the United States.

-- Describe the nature and impact of Libyan policies on U.S. interests in Libya, Africa and the Middle East.

-- Assess the prospects for a change in Libyan policies affecting our interests, either under Qadhafi or other Libyan leadership and as a result of the possible Egyptian-Libyan merger.

The study should then assess U.S. options over the next year, giving particular attention to questions such as the following:

-- The nature of our broad diplomatic relationship.

-- The prospects for U.S. oil company operations.

-- The U.S. military supply relationship with Libya.

-- Libyan support for international terrorism.

DECLASSIFIED
Authority EO 12958
By MF   NARA Date 10/07/08

Reproduced at the National Archives

SECRET (GDS)                          - 2 -

This study should be conducted by an ad hoc group comprising
representatives of the addressees and the NSC staff, chaired by
the representative of the Secretary of State and submitted by
June 30, 1973 for consideration by the NSC Senior Review Group.

Henry A. Kissinger

cc: Chairman, Joint Chiefs of Staff

SECRET (GDS)

DECLASSIFIED
Authority EO 12958
By MF  NARA Date 10/0

SECRET

TABLE OF CONTENTS

NSSM 185

I.   INTRODUCTORY STATEMENT OF PURPOSE.................. 1

II.   NATURE OF REGIME.................................... 2

III.   U.S. INTERESTS AND OBJECTIVES...................... 3

        Interests ...................................... 3
        Objectives:  Political/Strategic................ 4
                     Economic.......................... 6
                     Cultural.......................... 7
                     Other – Passport Policy........... 8

IV.   IMPACT OF LIBYAN POLICIES ON U.S. INTERESTS....... 8

        Foreign Intervention and Political Activism..... 8
        Economic Nationalism...........................10
        Policies toward Large Powers...................11

V.   PROSPECTS FOR CHANGE...............................12

        Outlook for Regime.............................12
        Merger with Egypt..............................13
        Possible Moderation of Libyan Policies.........14
        U.S. Ability to Influence Libyan Actions.......16

VI.   KEY ISSUES AND DECISIONS...........................23

        U.S. Diplomatic Representation.................23
        U.S. Arms Sales................................24
        Reconnaissance Flights.........................27
        Cultural Cooperation and Travel................28
        High-Level Emissary............................29

VII.   POLICY ALTERNATIVES...............................29

        Explore Possiblity of Improved Relations.......29
        Low Profile, Do Nothing Directly against Libya..30
        Low Profile, but Signal Willingness to Counter
            Libyan Actions.............................31
        Confrontation..................................31

- i -

SECRET



DECLASSIFIED
Authority ██ EO 12958
By ᴍꜰ   NARA Date ¹⁰/⁰²

SECRET

## APPENDICES TO NSSM 185 - LIBYA

Appendix A - The Libyan Oil Industry (CONFIDENTIAL)

Appendix B - Libyan Support for International
Terrorism (SECRET)

Appendix C - Libyan Foreign Aid (SECRET)

Appendix D - Libyan Arms Procurement (SECRET)

Appendix E - Pending Munitions Control License
Applications for Sales to Libya
(UNCLASSIFIED)

Appendix F - Libyan Restricted and Danger Areas (SECRET)

Appendix G - Evaluation of Reconnaissance Flights
(Distributed Separately)

- ii -

SECRET
GDS



DECLASSIFIED
Authority EO 12958
By MF   NARA Date 10/02

SECRET

## I.   INTRODUCTORY STATEMENT OF PURPOSE

The purpose of this paper is to review US relations with Libya, the prospects for their improvement, and the options available to the United States to protect its interests in that country and in the region.

US relations with Libya have been severely strained since the overthrow of the Libyan Monarchy on September 1, 1969.  Libyan Revolutionary Command Council (RCC) Chairman Qadhafi and the rest of the Libyan leadership identify  the United States with Israel, Libya's paramount foreign enemy.  He also seems to genuinely fear an Israeli attack on Libya with US assistance.  Our relations with Libya are currently at a low ebb as a result of Libya's militant rejection of a peaceful solution to the Arab-Israeli problem, the Libyan regime's attempt to shoot down an American reconnaissance plane on March 21, the nationalization on June 11 of an American oil company (Bunker Hunt), and continuing high-level Libyan denunciations of American "arrogance" and "imperialism" in the Arab world and elsewhere.

The US concern with Libya stems basically from the importance of Libyan oil, primarily to Western Europe, the size of the American investment in the Libyan oil industry, and the contribution which that investment makes to the US balance of payments, the continued presence in Libya of approximately 2,800 American citizens and the political disruptive capability of Libya in Africa, the Middle East and elsewhere because of its vast financial reserves.  Our freedom to take actions counter to the Libyan regime are inhibited by Europe's need for Libyan oil and the large remaining private US stake in the Libyan oil industry.  The effectiveness of actions by us against Libya would be limited also by European moves to protect and pursue their own interests.

Libya's geographical position in the central and eastern Mediterranean endow it with a strategic signifi- cance in the event of an outbreak of hostilities in the Middle East that might require the deployment of US military resources in the Mediterranean.

SECRET



DECLASSIFIED
Authority  EO 12958
By MF   NARA Date

Reproduced at the National Archives

SECRET

Although some of the problems indicated above might be attenuated in the event of some form of merger between Libya and Egypt on September 1, this is by no means certain, given Colonel Qadhafi's assertive personality and determination to pursue his Arab and Islamic objectives in any such union. The possible implications for the United States of a Libyan-Egyptian union are therefore included in this study.

## II. NATURE OF THE REGIME

The Libyan regime which came to power in September 1969 is shaped by the views of RCC Chairman Mu'ammar Qadhafi, which are generally shared by other Libyan RCC members and policy makers. Qadhafi was born in a tent in 1941 and brought up in desert surroundings. From this background he developed a strict puritanical morality, personal aceticism, plus conservative Islamic religious fervor which places the highest value on Arab and Islamic historical accomplishments and traditions. This was combined in his formative years with a strong sense of Arab and Islamic humiliation resulting from foreign, chiefly western, influence in Libya and the Arab world. The establishment of Israel and the continued existence of US and UK military bases in Libya and elsewhere were seen by Qadhafi as symbols of that humiliation. Nasser's efforts to unite other Arab states as a necessary step towards asserting Arab power and overthrowing the foreign-sponsored state of Israel inevitably made the Egyptian leader Qadhafi's hero and model. This outlook was rein-forced by the shock of the 1967 war, the loss of more Arab territories to Israel, the lack of involvement by Libya then in the Arab cause, and the widespread corruption in Libya during the last years of the Monarchy.

Accordingly, after seizing power in 1969, Qadhafi immediately and successfully brought about US and UK withdrawal from Libyan bases. Since then he has vigorously pursued longer-term objectives of ridding Libya and the Arab Middle East of other forms of foreign influence. His objectives include the elimination of foreign oil concessions and even of non-Arabs from Libya; ridding the Arab world of foreign bases and alliances; the overthrow of Arab governments, such as Morocco and Jordan, which countenance foreign influence; promoting international recognition of Arabic; and supporting Muslim co-religionists around the world with money and arms.

SECRET



DECLASSIFIED
Authority EO 12958
By MF   NARA Date 10/07

Reproduced at the National Archives

SECRET

Qadhafi sees his role as the successor of Nasser to redeem and unite the Arabs, under his own leadership if possible. He regards the planned Libyan merger with Egypt this year as the necessary first step.

Qadhafi seems prepared to sacrifice a measure of Libyan independence to achieve these goals, while retaining control over certain key areas, such as Libyan finances. Libya's weak national tradition may facilitate his task, although Libyans generally are suspicious of foreigners, including Egyptians, and they are resentful of any foreign effort to remind them of their cultural inferiority or to detach them from their newly acquired wealth.

Libya's primary objective under Qadhafi's leadership has been the mobilization of the Arabs to bring about the elimination of Israel as an independent Jewish state and the restoration of their homeland to the Palestinian Arabs. He judges the leadership of his brother Arabs, as he does that of the United States, chiefly in terms of their attitude toward Israel. Inasmuch as the United States is seen as the chief guarantor of Israel's existence, normal US-Libyan government relations in any field becomes virtually impossible, including technical cooperation. Indicative of his depth of feeling regarding Arab rights and past Arab humiliations, are Qadhafi's pronouncements that the United States and United Kingdom and their oil companies must be punished for their exploitation of the Arab world.

III.   US INTERESTS AND OBJECTIVES

1.   Interests

The principal US economic interest in Libya is the American-dominated oil industry which represents about 80 percent of Libya's production of 2.3 million barrels daily. The American investment in the industry has a net book value in excess of one billion dollars and a market value of well over four billion. The annual repatriated profits of the eleven American companies producing oil in Libya in recent years have averaged between $400-500 million, a significant positive element in the deteriorating American balance of payments.

SECRET



DECLASSIFIED
Authority EO 12958
By MF    NARA Date 10/07/

SECRET

Libya has also become an important source of low-sulphur crude oil for Western Europe, particularly Germany, Italy and France whose suppliers are principally the American producers in Libya. Libyan oil exports to the United States are relatively modest. However, they could become more important because of the low-sulphur quality of Libyan crude and our pollution regulations.

Thus, in terms of oil the United States is deeply interested in Libya because of the size and earnings of the American petroleum investment in that country, the volume of Libya's production during a period of world-wide shortages, the quality of the oil, and the dependence of Western Europe on Libya as a nearby source of energy. In addition to these economic-commercial interests, the United States is also concerned with the physical security of some 2,800 Americans resident in Libya, most of whom are associated with the oil industry.

Libya's substantial earnings from the industry -- about $2 billion annually -- help to finance an ambitious economic development program. This program provides a significant market for American exports of equipment, technology and managerial skills. Libya could become a much larger market for the United States if the political relations between the two countries were to improve.

The United States has an interest in the political stability and peace of the Middle East and Africa. Libya's vast financial resources endow it with the capability of disruptive political and military activities in those areas.

Finally, because of its lengthy coastline and position athwart the central and eastern Mediterranean, Libya could have a strategic significance to the United States in the event of hostilities in the area. Because of its geography, Libyan territory could be used to interdict US air and sea traffic in the region.

2.  Objectives

   A.  Political/Strategic Objectives

The primary US political objective is to counter Libya's disruptive political activism in the Middle East, Africa and in the Mediterranean and elsewhere to encourage any possible constructive role it could play given its

SECRET



DECLASSIFIED
Authority ΞΞ EO 12958
By ΛΛΕ    NARA Date 10/07

SECRET

financial resources.

(1) With respect to the Middle East, Libya pursues an extremist policy. Libya opposes the existence of Israel, argues for its liquidation by military means, and seeks to counter a negotiated settlement in any form. Its policy has been one of strong support of the Palestinian guerrillas and terrorists by arms, money and training. No solution to the Arab-Israeli problem based on UN Security Council resolution 242 would be acceptable to Libya under Qadhafi's leadership.

(2) Libya supports subversion or insurgency against Morocco, Jordan, Ethiopia, Chad, the Philippines, Northern Ireland and possibly Lebanon and Sudan. Its primary motivation in each case is to undermine regimes which in its view are not sufficiently militant on the Arab-Israeli issue, are tolerant of US or Soviet influence, or are engaged in suppressing armed Palestinian or Muslim movements within their territories.

(3) US interests in the Mediterranean have recently clashed with Libya following Libya's declaration of a "restricted area" within a 100-mile radius of Tripoli International Airport. Libya asserts the right to control the entrance of aircraft or ships within this restricted area -- a right which the United States disputes. On 21 March Libyan fighter aircraft fired at an unarmed USAF C-130 reconnaissance plane flying within the restricted zone. On subsequent flights when a similar USAF aircraft flew in international airspace within the 100-mile zone, Libyan fighters limited their patrol to within the 12 nautical mile sea frontier and did not attack the USAF air-craft. Libya has, however, publicly and repeatedly denounced such reconnaissance flights as provocative incursions of Libyan airspace and territorial waters. The United States has denied any hostile intentions toward Libya, but our attempts to engage Libyan authorities in a meaningful dialogue on the issue of airspace have been fruitless. Complicating the situation is Libyan fear of attack by Israel supported by US intelligence or armed forces in the Mediterranean, as evidenced by the laying of mine-fields off Tripoli harbor in June.

Libya plans to establish a Libyan Flight Information Region (FIR) over the Mediterranean adjacent to Libya, and may eventually seek to interfere with similar

SECRET



DECLASSIFIED
Authority EO 12958
By MF   NARA Date 10/10/13

SECRET

6

reconnaissance flights or other flights by exercising a
right to control and restrict aircraft movements within
this region. Libyan attempts to enforce unilateral ex-
tensions of control over international waters and air
space, particularly in the confined area between Libya
and the southern coast of Crete, could possibly pose
recurring problems for planned NATO and US activities
beginning in 1975 at the new air weapons training center
and target range based at Tymbakion.

A major US objective, therefore, is to
prevent Libya from unilaterally restricting US military
movements in the Mediterranean.

(4) We seek to establish meaningful
communication with the Libyan Revolutionary Command
Council (RCC) in pursuit of the above objectives. The
RCC has rejected all our attempts to do so. Failure to
establish such communication virtually stops any resolution
of differences between the two governments. Our inability
to establish such communication is almost entirely due to
the RCC identification of the United States with Israeli
interests and objectives.

B.  Economic Objectives

(1)  Continued Access to Libyan Oil

A prolonged cutoff of Libyan oil production,
currently about 2.3 million barrels per day, would severely
strain European supplies and necessitate a draw down of
European oil stocks. Since there is little surplus oil
production capacity elsewhere and little spare capacity of
oil tankers, continued access to Libyan short haul oil is
important to the economic strength of Western Europe.

The United States imports about 200,000 barrels
per day from Libya; denial of access to this low sulphur
crude would interfere with air pollution requirements. More
importantly, a Libyan cutoff combined with growing US oil
import requirements would put us in the politically awkward
position of competing with Europe and Japan for available
foreign oil supplies.

SECRET



DECLASSIFIED
Authority EO 12958
By MF    NARA Date 10/02

SECRET

(2)  Continued Role of US Companies in Libya

We wish to assist American companies in
retaining control of the oil produced from their con-
cessions in Libya.  If the concessions were expropriated,
even if the oil continued to flow, the American companies
would lose earnings and would have more difficulty in
meeting their marketing obligations in Europe.  The US
balance of payments would also suffer by the amount these
companies have repatriated to the United States from their
Libyan operations (more than $400 million annually).

(3)  Avoid Disruptive Effect of Libyan Oil
Negotiations on Oil Agreements Elsewhere

US oil companies are currently negotiating with
Libya on "participation" in their oil concessions with
Libya.  A Libyan participation agreement which undermined
the participation accords concluded or in the process of
conclusion in the Persian Gulf could hurt both the larger
US commercial interests in Gulf oil and possibly undermine
conservative Arab governments in the Gulf, making them
more susceptible to political pressures to use oil as a
political weapon against US-Middle East policies.

(4)  Expansion of US Exports

Libya is a potentially significant market for
US exports because of Libyan development expenditures
budgeted at over $1 billion annually.  A vigorous export
program directed to Libya is important if American exports
($85 million in 1972) are to cover rapidly increasing US
imports of Libyan oil.  Last year our trade deficit with
Libya was about $30 million.

C.  Cultural Objectives

US political contacts at high levels of the
Libyan regime are rare.  Routine contacts are possible at
lower official levels.  The United States has been success-
ful in maintaining some contact with the Libyan populace,
chiefly through US oil industry employees in Libya and the
nearly 1,000 Libyan students in the United States, about
one-third of whom are at the graduate level.  It is in the
long-term interest of the United States to preserve this

SECRET


DECLASSIFIED
Authority  EO 12958
By  MF    NARA Date 10/02

SECRET

contact and, if possible, to expand it. Institutional
arrangements also continue between the American Friends
of the Middle East and the University of Libya.

D. Other Objectives - Passport Policy

Libya is seeking to force other governments
to write passport information in the Arabic language. For
legal, administrative, budgetary and political reasons,
we seek to avoid inserting official Arabic translations or
printing Arabic in US passports.

IV. IMPACT OF LIBYAN POLICIES ON US INTERESTS

1. Foreign Intervention and Political Activism

A. In the Middle East

Qadhafi has some popular appeal outside of
Libya because of his efforts to restore Arab pride and by
his successes in standing up to the big powers. His
thinking may be too simplistic for the political or
military elites in other Arab countries, but he is respected
as a dynamic leader. His Islamic fundamentalism has not
struck much of a chord in the urban centers of other Arab
states, and it is here that the sources of power rest.
Nevertheless, because he has shown himself willing to act
against foreign military bases, to challenge the great
powers and oil companies and even the use of foreign
languages, and because he has his country's wealth to
support his convictions, other Arab leaders while deploring
him privately, are careful not to appear less "Arab" or
"nationalistic." His personal incorruptibility and the
austerity of his personal life contrast favorably with that
of many other Arab leaders.

(1) Arab-Israel Dispute

Libya can play a disruptive - but not a
decisive - role in the Arab-Israeli dispute. Libyan
territory offers Egypt some strategic depth in case of
new Arab-Israeli hostilities. Libyan-purchased Mirage
fighter-bombers transferred to Egypt in the event of a new
war would provide Egypt with a possible capability of
low-altitude missions against Israel proper. Preparations
have already been made for the basing of such aircraft in
Egypt, and Libyan Mirages have in fact been present in
Egypt in significant numbers (about 20 in recent months.)

SECRET


DECLASSIFIED
Authority    EO 12958
By MF    NARA Date 10/02

SECRET

However, the addition of these aircraft either to the Egyptian or their presence in the Libyan inventory does not substantially affect Israel's military superiority in the Middle East.

Despite Libyan insistence on a military solution in the Middle East, Sadat has continued to prefer political and diplomatic channels to try to effect Israeli withdrawal. It seems clear that, in the event of a merger, Sadat would not permit Qadhafi to assume a position where Qadhafi would be able to decide on a re-sumption of hostilities with Israel.

Qadhafi has had more success in inducing a number of sub-Saharan African states to loosen their ties with Israel than he has had in winning Egyptian support of his military approach to the Middle East problem.

(2)  Terrorism

Libya supports terrorism by financial contributions, arms and by training facilities in Libya. Libyan "volunteers" have been deployed in support of the fedayeen in Lebanon, but only in token strength. Libya granted asylum to the escaped fedayeen responsible for the Munich massacre of Israeli Olympic athletes. Libya may have lent moral and logistical support to the Black September Organization operation in Khartoum during which two US diplomats and a Belgian diplomat were murdered. The opening of Palestinian offices in other countries in Africa with Libyan support spreads the threat of Palestinian terrorist actions farther afield. Libyan financial support is an important factor in the persistence of terrorist activity, one aim of which is to prevent the settlement of the Arab-Israeli dispute on any but the most extremist Palestinian terms--i.e., by the elimination of Israel as a Jewish state.

(3)  Subversion

Qadhafi intervened openly against the leftist coup in the Sudan in July 1971, intercepting a British airliner with members of the coup regime aboard, and readying Libyan troops which he was reportedly prepared to send had not Numeiri staged a comeback on his own. Although Qadhafi's opposition to a communist-dominated government in the Sudan was of benefit to our own interests, the general thrust of his activities has been contrary to our interests, even in the Sudan. Although specific

SECRET



DECLASSIFIED
Authority EO12958
By MF   NARA Date 10/03

SECRET

evidence is lacking, Libya may have been involved in some way in the murder of the two US diplomats in Khartoum. Qadhafi may now be supporting subversion against Numeiri because of Sudan's lack of militancy on Arab issues. Libya supported the fedayeen against the Governments of Lebanon and Jordan. The Libyan role has not been decisive in their cases.

### B.   In Africa

African states and regimes friendly to the US - or Israel - are prime targets for Libyan intervention, mainly by financial means, but not infrequently by military support. Qadhafi has called for the overthrow of the Moroccan Monarchy, has trained and supported Moroccan insurgents, and given Moroccan exiles radio broadcasting facilities; he has supported the Eritrean insurgents against Ethiopia with arms and money; he has airlifted Libyan troops to support Amin in Uganda; and through promises of economic assistance, he has induced Chad, Uganda, Burundi, the Central African Republic, Mali and Niger to break relations with Israel.

### C.   Activism Elsewhere

Libya supports the insurgents in Northern Ireland and the Muslims in the Philippines. Libya supported Pakistan with F-5 fighter aircraft after the 1971 Indo-Pakistani War, and supported Malta's hard stand on negotiations with the United Kingdom and NATO. He has shown an interest in supporting anti-US activities in Latin America and has attempted to undermine the US position in Panama.

## 2.  Economic Nationalism

### A.   Oil Industry

Libya seeks complete ownership and control over its oil industry, expelling all foreign companies and non-Arab nationals. It has made major strides in this direction, forcing increased Libyanization of oil company personnel, imposing production limitations and controls, nationalizing all oil marketing operations, nationalizing BP in 1971 and nationalizing Bunker Hunt in June 1973. It now seeks further control through "participation" agreements in oil concessions.

SECRET



DECLASSIFIED
Authority EO 12958
By MF    NARA Date 10/07/3

Reproduced at the National Archives

SECRET                                         APPENDIX B

## LIBYAN SUPPORT FOR INTERNATIONAL TERRORISM

### 1. Palestinians

Libyan support for the fedayeen movement originally was limited to support for guerrilla activity against Israeli targets in the Middle East, but the position now appears to have shifted to include limited support for terrorist acts outside the Middle East or against targets not directly related to the Arab-Israeli conflict. Libya has supported al-Fatah and its Black September Organization terroristic arm, as well as the Popular Front for the Liberation of Palestine - General Command (PFLP-GC), Libyan enthusiasm for Palestinian efforts is tempered by the non-Muslim, pro-Marxist-Leninist nature of many of the fedayeen groups. Even al-Fatah, which has nurtured its Muslim Brotherhood image to retain the support of King Faisal of Saudi Arabia, has not gained the complete confidence of the Libyans. Nonetheless, Libya has over the past four years contributed significantly to Palestinian terroristic activity in the form of arms, funding and training. While precise figures are not available, Libyan efforts in all three areas are substantial.

### A.  Arms

Most of the arms supplied to the fedayeen have traditionally come from the Soviet Union and China via Egypt, Iraq and Syria, but more recently Libya has become a major source of weapons for the Palestinian liberation movement. Libya decided in 1971 that, instead of providing the fedayeen with large amounts of money to purchase arms, the Libyan Government would buy and distribute the arms and ammunition necessary for the fedayeen to wage war on Israel.

### B.  Funding

Since 1971 Libya has generally supported groups by providing arms and material directly rather than providing them with large amounts of money. A small part of the funds provided by Libya to Palestinian groups has probably been used by them for various terrorist activities.

At the end of 1970 the Libyan Government raised personal income taxes and additional funds acquired were funneled into a government-controlled fedayeen support fund, the Jihad Fund. In 1971 Libya reportedly budgeted

SECRET

DECLASSIFIED
Authority  EO 12958
By  MF   NARA Date  10/02

state spons.
taxes?

B-2

between $30,000,000 and $40,000,000 for fedayeen support, probably in addition to the Jihad Fund of about $30,000,000. These allocations are part of the Libyan Revolutionary Command Council's clandestine budget, and the actual disbursement of funds is difficult to monitor. Qadhafi, however, has frequently stated that Libya will spare no expense in backing the Palestinian movement, and there is little reason to doubt that resources earmarked for the fedayeen are readily available to them.

## C.  Training

Although it was not until June 1972 that the Libyan Government and al-Fatah announced a joint commando training program, facilities for such training were established in Libya as early as January 1970.  During the first two and a half years of its existence, the Libyans trained only those Palestinian fedayeen selected by Fatah.  The main thrust of this training was to prepare the fedayeen for commando operations against Israel from neighboring Arab states.  Terrorists reportedly are selected from among these trainees.

Some 8,000 Arabs have volunteered since June 1972 and there may be as many as 2,000 recruits currently in training.  This training lasts four to six months and during that period recruits reportedly receive $150 monthly salary.  Libyan Army officers administer the camps and serve along with Egyptians as instructors.  In addition to commando training, the Libyans may have also provided parachute and helicopter pilot training.  Selected fedayeen have been trained at Ras Hilal along the northeast coast as frogmen, and the Libyan Air Force has conducted pilot training on T-33s and F-5As for selected Palestinians in the Fatah Air Force.

## D.  Possible Libyan Involvement in the Khartoum Tragedy

The abduction and murder operation of the American Ambassador, the US Deputy Chief of Mission, and the Belgian Charge in Khartoum last March was launched from the office of the local al-Fatah representative in Khartoum, Fawaz Yasin Abdul Rahman.  Just four hours prior to the assault Fawaz and his family departed the Sudan for Libya.

It is possible that although the Libyans may not have had prior knowledge, the BSO carried out the operation to prove to Qadhafi that al-Fatah-BSO could carry

SECRET



DECLASSIFIED
Authority ▓ EO 12958
By ᴍᴋ  NARA Date ⁱ⁰/0⁄

B-3

out effective terrorist operations, and thus justify
renewed financial support from Libya.  There is some
evidence that one of the main reasons for the Khartoum
operation was to forestall possible negotiations between
Israel and Egypt which had been foreshadowed by the visit
of Hafiz Ismail to the United States.  Any such negotia-
tions would be anathema to Qadhafi.

### E.  Asylum

In the fall of 1971 Libya offered asylum in its
Embassy in Cairo to members of the team which assassina-
ted Jordanian Prime Minister Wasfi Tal in Cairo.  Libya
also allowed the two Rasd gunmen who carried out the
Bruehl assassinations to take refuge in the Libyan Embassy
in Bonn.  Qadhafi also is alleged to have agreed to a
Fatah request to assist in getting the two assassins out
of Germany.  More recently Libya received the surviving
members of the Munich kidnapping team and the hijackers
who secured their freedom by seizing a Lufthansa aircraft
en route from Lebanon to Germany in October 1972.

## 2.  IRA

Qadhafi has made several public statements likening
the IRA to other strugglers for freedom against imperial-
istic oppression.  More seriously, there is clear evidence
that the merchant ship Claudia, which was intercepted and
seized by the Irish Navy and found to be carrying 500 tons
of arms, had been loaded at the port of Tripoli in Libya.
Libyan action in this regard is a nuisance to our British
allies, but has no direct bearing on American interests.

SECRET

DECLASSIFIED
Authority  EO 12958
By MF  NARA Date 10/02

DECLASSIFIED
Authority NND929411
By MW Date 3/11/02

# DEPARTMENT OF STATE
# AIRGRAM

**A-176**     LIMITED OFFICIAL USE

FOR RM USE ONLY

| | | | | | |
|---|---|---|---|---|---|
| **ORIGIN/ACTION** | | | | | |
| IAR·6 | | | | | |
| R/M·R | REP. | AF | | | |
| 1 | 5 | 5 | | | |
| ARA | EUR | FE | | | |
| 5 | 54 | | | | |
| NEA | INR | | | | |
| E | FBO | AID | | | |
| 3 | | | | | |
| AGR | COM | FRS | | | |
| INT | LAB | TAR | | | |
| TR | XMB | AIR | | | |
| | | 5 | | | |
| ARMY | CIA | NAVY | | | |
| 3 | 16 | 7 | | | |
| OSD | USIA | NSA | | | |
| 34 | 10 | 3 | | | |

TO      :   Department of State

INFO:       USINT Algiers         Amembassy Amman
            Amembassy Beirut      Amembassy Bonn
            Amembassy Cairo       Amembassy London
            Amembassy Tel Aviv

DEPT PASS:  Other Interested Posts

FROM    :   Amembassy, Tripoli              DATE: November 23, 1972

SUBJECT :   LARG Reservations About Terrorism

REF     :   FBIS M141849 Nov. 72 (Press Review)

SUMMARY:  The Tripoli daily newspaper, al-Fajr al-Jadid, on
November 14, 1972 featured a news report heavily larded with
editorial content regarding terrorism.  The substance of the
reportage is that the LARG, while it must defend and justify
terrorist operations mounted by Palestinians and their
sympathizers, sees little benefit to the Arab Cause accruing
as a result of those operations and would strongly prefer
that Fedayeen operations be confined to Israel and the
surrounding Arab countries.  Al-Fajr may be regarded, in
our view, as an authoritative mouthpiece for the Qadhafi
regime.  Lamentable, the paper gave no indication that the
LARG is prepared to use its moral and financial influence
with the Fedayeen to reflect its reservations about "unlimited
terrorism."

## Al-Fajr Report

Under the headline, "Secret Decisions of the American
Government against Arabs Residing in the United States,"
Tripoli's daily al-Fajr al-Jadid November 14, 1972
reported that the "huge wave of anti-Arab propaganda now
sweeping Europe and the United States is directed in
general against the Arab States and in particular against
LAR."  Al-Fajr said that the release of their "comrade
commandos" from "enemy prisons" by the Lufthansa hijackers
and the fact that all the commandos sought asylum in LAR
sparked this propaganda and the "violent, anti-Arab measures
by governmental and semi-official authorities in Europe
and the United States" directed against Arab students and

LIMITED OFFICIAL USE

FORM DS-323
4-62

| | FOR DEPT. USE ONLY |
|---|---|
| | ☑ In    ☐ Out |

Drafted by:
POL:AHabayeb/CEMarthinsen:emh

Clearances:

Contents and Classification Approved by:
ADCM:CEMarthinsen