

dominant leadership role in the Arab World were rejected, he turned increasingly hostile toward the conservative Arab states. He believed their attitudes and actions were traitorous to the Arab cause and that their continuation in power only benefited Israel and the US. As a result, he made a major increase in his dissident-terrorist activities by supporting groups working for the downfall of conservative "pro-Western" Arab governments as well as a wide array of European and Third World elements.

DISSIDENT TRAINING ACTIVITY

TUNISIA

TRIPOLI

MEDITERRANEAN SEA

GULF OF SIDRA

Egypt

Sebha

Kufra

ALGERIA

NIGER

LIBYA

Tuareg (Berber)

Toubou

Nautical Miles

0 75 150

0 75 150 Kilometers

NIGER

CHAD

SUDAN

BOUNDARY REPRESENTATION IS NOT NECESSARILY AUTHORITATIVE

CI-LY 1-6-74

(1)

BEST COPY
AVAILABLE

# Research Study

## *International and Transnational Terrorism: Diagnosis and Prognosis*

PR 76 10030
April 1976

Approved for Release
Date 11 MAR 1985

This publication is prepared for the use of U.S. Government officials. The format, coverage and contents of the publication are designed to meet the specific requirements of those users. U.S. Government officials may obtain additional copies of this document directly or through liaison channels from the Central Intelligence Agency.

Non-U.S. Government users may obtain this along with similar CIA publications on a subscription basis by addressing inquiries to:

Document Expediting (DOCEX) Project
Exchange and Gift Division
Library of Congress
Washington, D.C. 20540

Non-U.S. Government users not interested in the DOCEX Project subscription service may purchase reproductions of specific publications on an individual basis from:

Photoduplication Service
Library of Congress
Washington, D.C. 20540

# FOREWORD

The primary goals of this study are to cast the problem of internationalized terror into clear perspective and to provide the reader with a framework for a more systematic grasp of the subject. Terrorism is, however, a particularly controversial and complex phenomenon. Hence, it must be emphasized that the approach adopted and the judgments advanced are those of the author, David L. Milbank. So, too, are the basic definitions. And although it is analytically useful for the purposes of this paper, the distinction made between international and transnational terrorism is bound to draw some critical comment—if only because the former term has acquired so broad a currency in academic and journalistic literature.

The statistics presented also break new ground. This is because the author was able to draw on a comprehensive new data bank called ITERATE (International Terrorism: Attributes of Terrorist Events) that was developed for the Office of Political Research by Edward F. Mickolus during the summer of 1975 as a related but separate project.

Despite this advantage, however, several words of caution about the figures and statistical inferences that are set forth in this study are in order. In the first place, there are many significant gaps in our knowledge about specific incidents and groups—and even those terrorist organizations and actions on which there is considerable reliable information do not always fit neatly into the typologies that have been created for them. Moreover, the universe of incidents under review is small enough that unintended omissions (of which there are undoubtedly many) or erroneous classification of borderline events could have a statistically significant impact.

Comments or questions concerning this study (which does not represent a CIA position) will be welcomed. They should be addressed to the Director, Political Research.

# CONTENTS

| | Page |
|---|---|
| FOREWORD | 1 |
| SUMMARY AND KEY JUDGMENTS | 1 |
| THE DISCUSSION | 7 |
| I. THE OBJECTIVES AND BOUNDARIES OF INQUIRY | 7 |
| II. ESTABLISHING AN ANALYTICAL FRAMEWORK | 8 |
| Definitions | 8 |
| Method | 9 |
| III. THE PHENOMENA IN RETROSPECT | 10 |
| What, Where, and When? | 10 |
| Who? | 18 |
| How Cost Effective? | 22 |
| How Disruptive? | 23 |
| What International Constraints? | 26 |
| IV. THE OUTLOOK | 28 |
| International Terrorism | 28 |
| Transnational Terrorism | 29 |
| V. IMPLICATIONS | 32 |
| APPENDIX A: Significant Variables | 35 |
| APPENDIX B: Statistical Trends and Patterns in Terrorist Activity | 39 |
| APPENDIX C: Noteworthy Groups | fold-out |

# SUMMARY AND KEY JUDGMENTS

## I. DEFINITIONS

For the purposes of this study, international and transnational terrorism are defined as follows:

*Common Characteristics:* The threat or use of violence for political purposes when (1) such action is intended to influence the attitudes and behavior of a target group wider than its immediate victims, and (2) its ramifications transcend national boundaries (as a result, for example, of the nationality or foreign ties of its perpetrators, its locale, the identity of its institutional or human victims, its declared objectives, or the mechanics of its resolution).

*International Terrorism:* Such action when carried out by individuals or groups controlled by a sovereign state.

*Transnational Terrorism:* Such action when carried out by basically autonomous non-state actors, whether or not they enjoy some degree of support from sympathetic states.

## II. T' PHENOMENA IN RETROSPECT

e has been a marked and enduring upsurge in *transnational terrorism* since 1967 that has been characterized by:

--A substantial increase in the number of terrorist groups involved as well as in the number of countries in which they are operating;

—A trend toward greater international contact and cooperation among terrorist groups;

—A trend toward bolder and more dramatic actions;

—The general popularity of American targets; and

—A number of significant regional differences in the intensity and nature of such violence.

This upsurge is attributable in part to the dynamics of the Middle East conflict, an imbroglio which affects the interests of a large number of nations and is attended by particularly deep-seated feelings of bitterness and frustration. But the problem of transnational terrorism

would not have mushroomed to its present dimensions were it not for the concurrent convergence and acceleration of a number of changes in the global environment that had begun to take shape much earlier, e.g.:

—The technological advances that have provided terrorists with new mobility, new weaponry, and through the introduction of TV-capable satellite communications the near certain prospect that their more dramatic actions will receive prompt and world-wide publicity;

—The growth, fed by modernizing change, of global and regional ties, dependencies and obligations that have both provided terrorists with a host of new and potentially highly disruptive targets for attack (e.g., power grids and jumbo aircraft) and fostered a reactive upsurge in nationalism and ethnicity;

—An increasingly permissive political environment born of the challenge raised to the postwar order by the developing nations of the Third World, the "maverick" Communist regimes, various dissatisfied second rank powers, and a broad array of social forces fired, with differing degrees of responsibility, by a new sense of "social conscience";

—The persistent if uneven behavior of those states, less than a score in number, that have furnished practicing or potential terrorists with funds, arms, training, documentation and other operational support; and

—Changes in the overall economic environment that have fanned local dissidence and fed the communities of emigre workers that can provide terrorists with cover, recruits, and various forms of operational support.

There has not, however, been a parallel upsurge in *international terrorism*. Although there has been a good deal of such activity associated with the Middle East conflict over the past decade, the dimensions of the problem are essentially no greater today than they were in 1968.

Another significant difference stems from the fact that resort to *international terrorism* is just as likely to result from calculations concerning the relative efficacy of alternative methods of bringing national power to bear in a given situation as from an outright dearth of national resources. Hence, such behavior has not been the special province of any particular category of state. In contrast, as an option more congenial to urban than to rural groups, *transnational terrorism* has been characteristically spawned by societies at a mid to advanced stage of socio-economic development.

For its practitioners, terrorism's principal drawback is that its consequences are to a considerable degree unpredictable. As demonstrated in Jordan in 1970 and in Uruguay between 1971 and 1972, even what seem to be dramatic tactical successes can lead to strategic reverses of major proportions. All told, however, the record to date shows that the personal risks that have been incurred by international and transnational terrorists have been relatively low, and that their chances of achieving at least some of their near-term objectives have been strong. Moreover, because the impact of their activity has been magnified by the publicity it has received and by its interaction with other destabilizing trends and forces, its disruptive effects have been grossly disproportionate to the resources employed by the terrorists as well as to the actual damage done in terms of the cost to life and property.

With the exception of a number of bilateral agreements of proven utility (most notably the US-Cuban accord of 1973), the international response to terrorism has been relatively weak and ineffective. The principal obstacles to greater progress in this field have been the controversy over *justifiable* versus *illegal* political violence, a broad resistance to such further infringement of national sovereignty as would be implied in any inflexible curtailment of the right to grant political asylum, and a natural reluctance on the part of many states to commit themselves to any course of action that might invite retribution—either by terrorist groups or by states sympathetic to the terrorists' cause.

## III. THE OUTLOOK

*International terrorism* seems unlikely to pose much more of a threat to world order or US interests in the decade ahead than it does today.

—Even in its currently rather fluid condition, the international system subjects states to a host of legal obligations and practical constraints that they can ignore only at considerable risk.

—The potential implications of the various state-sponsored terrorist incidents that have been associated with the Middle East conflict notwithstanding, it seems likely that the employment of terrorist groups in a surrogate warfare role will continue to be more the exception than the rule for some time to come.

Despite the potentially salutary impact of some recent or likely developments (including the tougher stance toward terrorists that has been adopted by a number of states and the probability that technical innovations in the security field will make terrorism a more risky affair), the outlook for *transnational terrorism* is considerably less

encouraging. Specifically, the following factors and trends hold promise of aggravating the problem:

—The combined effects of technological advance, modernizing social and economic change, and growing interdependence will probably generate further increases in (1) divisive ethnicity and nationalism, (2) urban unrest, (3) terrorist capabilities, and (4) societal vulnerabilities.

—The widespread erosion of established institutions of authority—manifested in multiple challenges to the postwar international order and the increasing difficulties of governance encountered at the national level—that has both invited and facilitated terrorist activity in recent years seems likely to persist throughout much of the decade ahead.

—Since the net thrust of the forces at work within the international community promises to remain more centrifugal than centripetal, it seems unlikely that efforts to combat terrorism through binding world-wide conventions will prove to be much more effective than in the past.

—The likelihood that (1) national liberation and leftist revolutionary formations will continue to receive both moral and material support from a wide variety of transnational and international organizations and (2) transnational contact and cooperation among terrorist groups will gain further momentum holds forth the ominous prospect of the emergence of a complex support base for transnational terrorist activity that is largely independent of—and quite resistant to control by—the state-centered international system.

—Under such circumstances, any governmental assistance rendered to terrorist groups could have an even more deleterious impact than in the past, for it would risk simply increasing the recipients' potential for autonomous action.

—The problems of (1) extensive and sometime sympathetic publicity for terrorist acts and (2) the diffusion of terrorist-adaptable technological know-how are likely to persist in most parts of the world and thus to reinforce the risks associated with the wholesale deployment of sophisticated (and in many cases, man-portable) weaponry and the race to sell nuclear technology and modern armaments to developing countries.

The prospect of nuclear-armed terrorists can, in fact, no longer be dismissed. But because of the major problems that would be involved in the acquisition, storage, transport, and employment of a nuclear device, a more likely scenario—at least in the short term—would be a terrorist

seizure of a nuclear weapons storage facility or a nuclear power plant to exploit the publicity and the bargaining power inherent in the attendant threat of radiological pollution.

A more pressing threat, however, would seem to be in the field of chemical, biological, and radiological agents of mass destruction. Not only are many of these agents relatively easy to acquire, but (because small—sometimes minute—quantities are usually all that are needed for potentially devastating effects) they also tend to be easy to conceal, easy to transport, and easy to introduce into the target area.

All told, transnational terrorism promises to pose a continuing and potentially gravely unsettling problem for the world community until such time—possibly years hence—that the international system gels into new and generally accepted contours. Although the frequency and intensity of violence in some current trouble spots will probably decline, it seems likely that:

—The overall number of terrorist groups engaged in transnational terrorist activity will, at best, remain at about the present level;

—The number of countries in which these groups are operating will increase;

—Because of their symbolic value, their availability, and the embarrassment they can create, the popularity of American targets will remain high;

—The world will witness steadily greater and more widespread sophistication in terrorist targetting, execution, and weaponry; and

—Although most terrorist groups will probably continue to be deterred by both moral considerations and calculations of the risks involved, the danger that a fanatic few might resort to weapons of mass destruction will increase accordingly.

## IV. IMPLICATIONS

The phenomenon of widespread internationalized terror is not only likely to persist for at least the next several years, but also to evolve in ways that could pose a more substantial threat to US interests—and, under certain circumstances, to world order—than in the recent past.

—Whether or not weapons of mass destruction are actually brought into play, the odds are that the impact of transnational terror will be more sharply felt in the US in the years just ahead—primarily as the result of periodic increases in attacks on American targets abroad, but possibly through more frequent terrorist demands on the US Government and

occasional operations on US soil by foreign-based groups as well.

—Even if the problem of internationalized terror is not brought closer to home in the ways suggested above, it promises to impinge more directly on US interests and options with respect to a broad range of critical issue areas, including both East-West and North-South relations, the politically and economically sensitive questions of arms sales and the transfer of advanced technology, and the resolution of problems associated with the dependence of Western industrialized countries on foreign energy sources.

The importance of factors that are likely to affect the objective capabilities and options of terrorist groups in the years ahead is obvious. But in the final analysis, it is man's subjective perception of "reality" that serves as the primary determinant of his political behavior. Hence, those variables (e.g., cultural heritage, credo, and changes in the overall political environment) that can shape or alter the prisms through which the terrorists concerned view the world around them will bear equal attention.

Indeed, although the dimensions of the threat posed by internationalized terror should not be overdrawn, the factors bearing on this phenomenon and its potential ramifications are so numerous and cut across so many jurisdictional and disciplinary lines that the development of more effective national and international countermeasures is likely to be a particularly demanding task. Sadly, there are no sure guidelines for endowing any given government's approach to the problem of terrorism with the qualities required to meet this challenge. But while any number of alternative courses of action could prove equally effective, it bears emphasis that together with *timely intelligence* and *sound multi-disciplinary analytical support*, *flexibility* and *extensive coordination* (both intra- and inter-state) would seem to be critical to devising and implementing a counter-terrorist strategy that is both internally consistent and minimally disruptive to national values and foreign policy objectives in terms of "hidden" social, political, and economic costs.

# THE DISCUSSION

## I. THE OBJECTIVES AND BOUNDARIES OF INQUIRY

Political violence predates recorded history. As a distinctive form of political violence sporadically employed by rulers and ruled alike, terrorism is probably not much younger—albeit it owes its name and subsequent conceptual flowering to the French Revolution's Terror (1793-1794). Nor is the spillover of terrorist activity onto the international stage a particularly recent development, witness that stirred by various anarchist groups operating in Europe and North America in the late 19th and early 20th centuries as well as by the behavior of a few of their more self-interested political contemporaries. Some 70 years ago, for example, a renegade Moroccan chieftain foreshadowed a tactic favored by a number of terrorist groups today by kidnapping two foreign businessmen (one English, the other of dubious American citizenship) in a successful effort to get England and the U.S. to pressure France into forcing the Sultan to accede to a long list of demands—including a substantial ransom, the release of a large number of prisoners, the cession of two territorial districts, and the arrest of a few key enemies.

But despite historical precedents and parallels, modern-day terrorism is very much a function of our times. Advances in technology and growing world interdependence have afforded terrorists new mobility, new targets, new weaponry, and the near certain prospect that their more dramatic acts will receive prompt and world-wide publicity. Moreover, recent changes in the overall political and economic climate have provided terrorists with a somewhat more hospitable environment in which to operate.

Indeed, there has been such an upsurge of terrorist activity in recent years that some observers have warned that we may be entering a veritable age of terrorism. Among other things, there has been a marked increase in the number of active terrorist groups as well as in the number of countries in which they are operating. Internal and international cooperation among terrorist groups has also risen notably. There has been a trend toward bolder and more dramatic actions, with an accompanying escalation of casualties, damage, and demands. And most importantly, perhaps, there has been a quantum jump in terrorist incidents affecting the interests of more than one state.

Not surprisingly, these developments have generated unprecedented interest in terrorism as a subject for serious research and analysis. In sharp contrast with the situation which prevailed only a decade or so ago, existing literature—both open and classified—now offers a wide range of useful insights into the root causes, logic, and characteristic attributes of political terrorism as well as a substantial number of detailed case studies.

The trouble is that the picture which emerges is still confused and incomplete. For one thing, there is as yet no generally accepted definition of terrorism *per se*, much less of its international or transnational variants. For another, much of the work that has been done on terrorism suffers from the limiting effects of narrowly focused tactical concerns or of particularistic institutional and personal biases. And, largely because of these differing perspectives and priorities, little progress has been made toward development of a comprehensive and readily accessible data base. In short, we are still hard put to explain the current state of affairs or to venture firm predictions about the future.

Of necessity, therefore, this study is an exercise in both synthesis and innovation. It is confined to an examination of international and transnational terrorism as defined in Section II below (with primary emphasis on transnational terrorism as, in the short term at least, potentially the more injurious to US interests). Its principal underlying assumptions are three. The first is that the basic societal problems and tensions that can give rise to political violence—and thus to terrorism—are likely to prove particularly intractable in this era of rapid change, growing nationalism and ethnicity, and world-wide economic strains. Such irritants may, in fact, be treated as "givens" in the global environment for many years to come. The reader is forewarned that because of this, and because they have already received considerable

[illegible] those factors which [illegible] the subjective [illegible] here.*

[illegible] it is assumed that the [illegible] international and transnational terrorism will remain high in the decade ahead and that the scope of the problem will therefore depend [illegible] on factors affecting the opportunities, [illegible], and behavioral constraints faced by the groups involved.

[illegible] it is postulated that man's subjective perceptions of "reality" serve as the primary determinant of his political behavior. Hence without neglecting the many factors that have affected and that may affect the objective capabilities and options of terrorist groups, this paper repeatedly draws attention to those variables (e.g., cultural heritage, [illegible], and changes in the overall political environment) that can shape or alter the prisms through which the terrorists concerned view the world around them.

Broadly stated, the objectives of the study are to gain a better understanding of the dynamics and consequences of international and transnational terrorism since 1968, to identify those factors likely to promote or inhibit such activity in the years ahead, and to assess the implications of these findings with respect to U.S. policies and interests. Such goals preclude any effort to gauge the extent of the threat posed to U.S. interests and world order by any particular terrorist group or consortium. Given the host of variables that would have to be considered, that task must remain the province of traditional and painstaking case-by-case analysis. It is hoped, however, that the substantive generalizations and methodological techniques that are set forth below will provide a valuable frame of reference for more definitive treatments of specific aspects of the terrorism problem.

## II. ESTABLISHING AN ANALYTICAL FRAMEWORK

### Definitions

As a first step, it is necessary to cut through some of the semantic and value-generated fog which currently surrounds the subject of terrorism and to spell out precisely what is (and is not) meant by the term in the context of this study. In part, the existing confusion is attributable to [illegible] a popular tendency to label terrorist a host of acts in which the element of terror is only incidental to other and more pressing objectives. But, as is [illegible] illustrated by the belated and fruitless efforts of a 35-member ad hoc U.N. committee to define—and thereby, in effect, to outlaw—international terrorism, the heart of the problem lies in differing cultural perspectives and priorities.* Simply stated, one man's terrorist is another man's freedom fighter.

Since terrorism always involves the deliberate breach of generally accepted bounds for individual or collective violence, it is difficult to define in totally value-free terms. Nevertheless, it can be set in a relatively neutral and objective perspective. A good way to begin is by quoting a perceptive description of the characteristic attributes of terrorism by one of the leading specialists on the subject:

> The threat of violence, individual acts of violence, or a campaign of violence designed primarily to instill fear—to terrorize—may be called terrorism. Terrorism is violence for effect: not only, and sometimes not at all, for the effect on the actual victims of the terrorists. In fact, the victim may be totally unrelated to the terrorist's cause. Terrorism is violence aimed at the people watching. Fear is the intended effect, not the by-product, of terrorism. That, at least, distinguishes terrorist tactics from mugging and other forms of violent crime that may terrify but are not terrorism.**

Political terrorism is, then, the above sort of violence employed in pursuit of political objectives. It is, as claimed by its practitioners, "propaganda of the deed." It is calculated violence aimed at influencing the attitude and behavior of one or more target audiences. Its proximate objectives may include publicity, coercion, extortion, disorientation and despair, provocation of unpopular countermeasures and (with regard to the terrorists themselves) morale-building. Its ultimate goals can be either concrete (e.g., the seizure or consolidation of political power or

---

*These factors include weak and inefficient government, societal tendencies and inequities, social and economic dislocation stemming from the accelerating process of change, and high levels of frustration born of social immobility or feelings of relative deprivation. (The term relative deprivation is defined by [illegible] Professor Ted Robert Gurr, as a "perceived discrepancy between the goods and conditions of life which members of a group believe are their due and the goods and conditions which they think they can in fact get and keep." *Why Men Rebel*. Princeton: Princeton University Press, 1970, p. 319.)

*The committee, which met in New York from 16 July to 11 August 1973, was also unable to reach agreement on either the causes of international terrorism or on measures which might be taken to prevent such activity. In consequence, its report was simply a compendium of disparate and conflicting views. To date, neither the U.N. General Assembly nor the Sixth Committee thereof has been able to [illegible] find time to consider it.

**Brian Jenkins, *International Terrorism: A New Mode of Conflict*, Research Paper No. 48, California Seminar on Arms Control and Foreign Policy (Los Angeles: Crescent Publications, 1975), p. 1.

[illegible] of ethnic, self-rule or [illegible] world-wide revolutions.*

[illegible] some observations and generalizations [illegible] the definitions of international and transnational terrorism that are employed in this study. These are as follows:

*Common Characteristics:* The threat or use of violence for political purposes when (1) such action is intended to influence the attitudes and behavior of a target group wider than its immediate victims, and (2) its ramifications transcend national boundaries (as a result, for example, of the nationality or foreign ties of its perpetrators, its locale, the identity of its institutional or human victims, its declared objectives, or the mechanics of its resolution).

—*International Terrorism:* Such action when carried out by individuals or groups controlled by a sovereign state.

—*Transnational Terrorism:* Such action when carried out by basically autonomous non-state actors, whether or not they enjoy some degree of support from sympathetic states.**

Just how meaningful the posited distinction between international and transnational terrorism is likely to be in the longer run is, of course, open to question. But for the time being at least, the two phenomena do pose questions and problems of a qualitatively different order. For one thing, since it involves the behavior of state actors, international terrorism can in theory be handled and contained within the framework of the existing international system with only minor adjustments. Moreover, its practitioners seem to be somewhat fewer—or, with a few notable exceptions, at least more restrained—than at some other points of time in the recent past. Transnational terrorism, on the other hand, has been growing in both geographic scope and intensity. And the international system is still ill-equipped to deal with autonomous non-state actors.

## Method

At best, discussions of methodology carry the risk of blurring and diluting the analytical thrust of a research paper. But the subject at hand presents something of a special case—one in which a few words about the analytical techniques employed are needed to lay the groundwork for subsequent discussion. For one thing, the myriad of factors which bear on terrorist activity dictated adoption of a multi-disciplinary approach. For another, the fuzzy boundaries that separate terrorism from other forms of violence—and the previously cited lack of any generally accepted analytical approach or comprehensive and logically organized data base—required the construction of a relatively detailed framework for screening and ordering the available information.

Briefly, a number of working hypotheses derived from a survey of the existing literature on both terrorism and political violence *per se* were used to generate a list of (1) key group and environmental variables that appear to have affected the scope, nature, and intensity of international and transnational terrorism in recent years, and (2) analytically useful event characteristics. (Those initial hypotheses that survived subsequent testing appear, together with later additions, as judgments and conclusions at various points in this study.)

The resultant tabulation is presented in somewhat abbreviated form at Appendix A. It will be noted that, in addition to fulfilling their primary (and distinctly traditional) disciplinary function, most of the variables listed therein are amenable to machine processing and manipulation. And while, as suggested in the Foreword, the statistical inferences that are highlighted below rest on sometimes rather rudimentary data, they can—and did—serve to refine some of

*[illegible] entitled "Terror as a Weapon of Political Agitation" in *Internal War: Problems and Approaches* edited by Harry Eckstein and published by Collier-Macmillan Ltd., London, in 1964. [illegible] P. Thornton defines political terror as "a symbolic act designed to influence political behavior by extranormal means, entailing the use or threat of violence." Other particularly useful general analyses of political terrorism are to be found in Brian Jenkins, *op. cit.*; Robert Moss, *Urban Guerrillas* (London: Temple Smith, 1972); Brian Crozier, ed., *Annual of Power and Conflict 1972-73* and *1973-74* (London: Institute for the Study of Conflict); Paul Wilkinson, *Political Terrorism* (London: Macmillan, 1974); Martha C. Hutchinson, "The Concept of Revolutionary Terrorism," *The Journal of Conflict Resolution*, Volume XVI, Number 3, September 1972, pp. 383-396; and Philip A. Karber, "Urban Terrorism: Baseline Data and a Conceptual Framework," *Social Science Quarterly*, Volume 52, December 1971, pp. 521-533. The last-named author stresses the symbolic qualities of political terrorism and suggests that it can be analyzed in much the same fashion as other mediums of communication.

**Given the element of governmental patronage that is common to both, the boundary line between transnational and international terrorism is often difficult to draw. To the degree that it can be determined, the key distinction lies in who is calling the shots with respect to a given action or campaign. Hence, groups can and do drift back and forth across the line. For example, even a one-time "contract job" undertaken on behalf of a governmental actor by a group that normally acts according to its own lights qualifies as international terrorism.

the author's preliminary assumptions and hypotheses and to suggest other trends and patterns that could be significant.

## III. THE PHENOMENA IN RETROSPECT

### What, Where, and When?

As previously indicated, international and transnational terrorism were not yet matters of much official or academic concern in 1965. In contrast to other forms of political violence, there simply had not been very much of either since the close of World War II—at least not of the sort that made headlines. Moreover, much of what there was had been associated with—and overshadowed by the more important consequences of—clear-cut adversary relationships stemming from either the Cold War or the anti-colonial struggle. For the most part, noncombatant third parties had been left unmolested.

It is true, of course, that two brief flurries of skyjacking had already drawn attention to a potential new problem area. But, for the most part, neither had involved more than a few actions that would be classified as terrorism under the definition employed here. The first, in the early 50s, had been comprised almost entirely of Eastern European aircraft commandeered for the sole purpose of escape to the West. And while the second, which extended from the late 50s to the early 60s, had been climaxed by the first postwar hijackings of American airliners (thereby prompting the U.S. to press for a comprehensive international convention covering crimes committed on civilian aircraft engaged in international aviation), it too had been attributable primarily to individuals seeking personal advantage—e.g., expedient transport to or from Cuba or outright extortion—rather than political leverage or impact.

In any event, skyjackings tapered off again in 1963. The overall level of international and transnational terrorist activity remained relatively low through 1966, then turned upward against the backdrop of intensified Palestinian guerrilla activity that preceded the 1967 Arab-Israeli war. Admittedly, the record up to that point is sketchy. For one thing, the mass media still lacked either the incentive or the technical means for systematic and comprehensive coverage of terrorist incidents—and many undoubtedly went unreported. But even if Figure 1 below substantially understates the number of international and transnational terrorist incidents that occurred in the 1965-1967 period, the international impact of such activity was negligible. Indeed, when the qualitative dimension is added in, 1968 emerges as a watershed year. At that juncture, a combination of Palestinian initiatives and the cumulative impact of the broader environmental trends discussed below seems to have finally sensitized dissident groups throughout the world to their latent and growing potential for effective transnational terrorist activity.

From 1 January 1968 through 31 December 1975, there were at least 913 recorded international and transnational terrorist incidents.* Of these, 123 were kidnappings; 31 were barricade and hostage episodes; 375 entailed the use of explosive devices of one type or another; 95 were armed assaults or ambushes; 137 involved the hijacking of an aircraft or other means of transportation; 59 fell under the category of incendiary attack or arson; 48 constituted assassination or murder; and 45 were characterized by other forms of violence. All told, more than 140 terrorist organizations—including a number of fictional entities created to shield the identity of the perpetrators of some particularly shocking or politically sensitive acts—from nearly 50 different countries or disputed territories (e.g., Palestine) have thus far been linked to this activity, and there may have been more.**

Figure 2 portrays the overall geographic distribution of international and transnational terrorist incidents for the 1965-1975 period. A more informative breakdown of 1968-1975 statistics by type of event and other operational criteria is provided in Appendix B.

Despite the widespread and continuing popularity of certain "traditional" forms of violence (e.g., assassinations and highly discriminate bombings), the picture which emerges from these assorted charts and tables underscores a number of marked regional and time-related variations in the frequency and nature of *transnational* terrorist incidents.*** Sub-Saharan Africa and large parts of Asia have, for example,

---

*This figure excludes terrorist attacks on U.S. and allied personnel and installations in Indochina. It also excludes most of the mutual assassination efforts and cross-border operations associated with the Arab-Israeli conflict. The only exceptions in this regard are incidents that either victimized noncombatant nationals of states outside the principal arena of conflict or were of such a nature that they became the object of international controversy.

**There are relatively few political groups in the world that are totally dedicated to terrorist violence. As used here, the term terrorist organization simply denotes a group that has employed terrorist tactics.

***Although international and transnational terrorist incidents are lumped together in these charts, the former were outnumbered by the latter by more than 20 to 1 and thus had little impact on the patterns reflected therein.



International and Transnational Terrorist Incidents
250
200
150
100
50
0
1965
66
67
68
69
70
71
72
73
74
75



Figure 2
Geographic Distribution of International and Transnational Terrorist Incidents, 1965-75
Total 951
Transregional 1
Pacific and Australia 6
USSR/Eastern Europe 22
Sub-Saharan Africa 34
Asia 43
Middle East and North Africa 122
North America 128
Latin America 260
Western and NATO Europe 333

been relatively free of such activity. So too has the Soviet-East European region. Latin Americans have demonstrated a particular affinity for kidnapping foreign diplomats and businessmen. On the other hand, except for skyjackings, seemingly indiscriminate and potentially bloody spectaculars—e.g., mass hostage episodes, large bombs in public places, Lod Airport type massacres of innocent bystanders, and the destruction (or attempted destruction) without warning of passenger-carrying aircraft—have most frequently been the province of extremist formations from the Middle East, Europe, and Japan.

For its part, skyjacking reached near epidemic proportions in 1970 only to taper off sharply thereafter. There were, in fact, fewer recorded terrorist skyjackings in all of 1975 than there were in an average month just five years earlier. The dramatic decline in popularity of this particular form of terrorist violence has, however, been partially offset by a rise in equally unsettling barricade and hostage episodes.

Another point brought home by the data presented in Appendix B is that although transnational terrorists have, until recently at least, rarely sought to wring concessions from Washington, American targets—whether human or physical, official or private—have consistently been among the most popular for attack. For example, between mid-1969 and early 1973 (when tightened security and the implications of the US-Cuba agreement made American planes seem less attractive), US aircraft figured in about 30 percent of all skyjackings. Moreover, this ratio is relatively modest in comparison to US experience with some other forms of terrorist activity, especially kidnapping. *Indeed, the available data suggests that over the past eight years, US citizens or US facilities have been victimized in at least one-third of all transnational terrorist incidents.*

The hard fact is that substantial pockets of popular opinion in many parts of the world are prone to identify the US with reaction, intervention, and "neo-colonial" exploitation. Hence, American targets have a high symbolic value for "anti-imperialists" of both



**A Classic Example of the Threat to Americans Abroad**

On 4 August 1975, a group of Japanese Red Army terrorists seized the adjoining offices of the US Embassy's consular section and the Swedish Embassy in Kuala Lumpur in a successful bid to secure the release of several other terrorists who were then in Japanese custody. The photo shows some of the hostage diplomats being herded onto a bus bound for the waiting JAL jetliner that eventually carried the JRA gunmen and their newly freed compatriots to Libya.

nationalistic and ideological persuasion. Moreover, such targets also tend to have a high "embarrassment quotient" in relation to the governments of the countries in which the attacks occur and, if different, the governments against which the terrorists levy their demands.

Despite their summary nature, the group profiles set forth in Appendix C serve, in part, to document the three additional trends—beginning with the proliferation of active terrorist groups in recent years—that were cited as particularly significant at the outset of this study. For example, even though the criteria employed for selecting the groups included in Appendix C (relative levels of activity or prominence) tended to favor long-lived formations, the majority of the organizations listed therein are less than eight years old. Less evident from the profiles but perhaps more significant is the instability and ephemeral quality that have been characteristic of many if not most of the organizations that have engaged in transnational terrorism over the past decade. The net growth in their numbers has, in fact, been as much attributable to the splintering of old groups as to the emergence of entirely new ones.

The next-mentioned trend—that toward bolder actions—has been uneven. Moreover, its precise contours defy precise definition for they depend on unavoidably subjective judgments concerning the relative difficulty, risk, and shock value associated with often quite dissimilar incidents. Nevertheless, the inherent dynamics and logic of a campaign of terrorist violence are such that it has a natural propensity to escalate over time. Globally, this has found reflection in the adoption and spread of aggressive new tactics. Locally, it has been manifested in the tendency of



Debris flies through the air as the PFLP commences destruction of the three airliners—worth a total of $20 million—that it hijacked to Dawson Field, Jordan in early September 1970.

certain groups to probe the effective limits of any such innovation that they elect to employ before scaling back on its use or on their associated demands. Thus we have witnessed

—the multiple skyjacking operation staged by the Popular Front for the Liberation of Palestine in September 1970 which capped the wave of aircraft seizures that had begun two years earlier;*

—the all time record for multiple and cumulative diplomatic kidnappings established by the Tupamaros between mid-1970 and early 1971 in their effort to secure the release of about 150 imprisoned collaborators; and

—the escalation of the amount of ransom demanded by Argentine terrorists for the release of kidnapped multinational corporation executives from $62,500 in 1971 to a reported figure of over $60 million in 1975.**

Because of the complexity of the relationships involved, the sensitive nature of much of the available information, and the questions which are raised with respect to the past and present role of various state actors, the third trend—that toward more extensive international cooperation among terrorist groups—deserves detailed examination in a separate research study. Indeed, although a number of notations concerning known or suspected transnational links have been included in the material presented in Appendix C, the broad scope of this paper precludes more than a brief overview of the problem.

So far, at least, the efforts of various terrorist groups to promote broad regional and inter-regional coordination through the holding of periodic conferences and the formation of such umbrella organizations as Latin America's Revolutionary Coordination Junta (JCR) seem to have generated more smoke than fire.* But at a lower level, a growing network of overlapping ad hoc alliances and mutual assistance arrangements have added an ominous new dimension to the terrorist threat.

Although terrorist groups in the Western Hemisphere seem to have been entering the picture more often of late, this phenomenon has been most evident in Europe and the Middle East where the advantages that can be derived from transnational cooperation have brought together some strange bedfellows indeed. For example, support rendered by individuals associated with the anarchist Baader-Meinhof Gang facilitated preparations for the attack on the Israeli Olympic team which was staged by the extremist but relatively non-revolutionary Palestinian Black September Organization in the fall of 1972. Not only have the Popular Front for the Liberation of Palestine (PFLP) and the Japanese Red Army (JRA) teamed up in a number of dramatic ventures, but—as suggested by the fact that the three Japanese gunmen who executed the Lod Airport massacre in May 1972 carried papers forged in Germany and weapons that they had picked up in Italy—both organizations have received assistance from a number of other terrorist groups in various parts of the world. The Turkish People's Liberation Army has used Palestinian training camp facilities in Syria and has reciprocated by attacking Israeli targets in Turkey. The Irish Republican Army (IRA) has developed links with a number of terrorist organizations outside the UK and Northern Ireland, including separatist groups in France and Spain as well as some Palestinian formations in the Middle East.

Overall, more and more groups throughout the area have begun providing each other with arms, safe housing, and other forms of support. In fact, there is evidence that a European-based terrorist "service industry" has emerged in the form of organizations devoted primarily or exclusively to providing training, documentation, and other specialized assistance to revolutionary and national liberation movements in all corners of the world. Just how complicated this web of interrelationships has become is well illustrated by France's celebrated—but still murky—"Carlos Affair" and its recent dramatic sequel in Vienna (see pages 16-17).

---

*See photo on p. 13. In a series of well-coordinated actions (all but one of which were staged during the course of a single day: 6 September 1970), the PFLP hijacked four airliners and attempted to seize a fifth. One plane was flown to Cairo, where it was destroyed as soon as the passengers and crew had disembarked. The other three aircraft were diverted to a landing strip in the Jordanian desert. These were blown up on 12 September, but some of their passengers were held hostage for another 13 to 18 days.

**In the latter case, the Montoneros organization kidnapped Jorge and Juan Born, co-owners and directors of Bunge and Born Ltd., in September 1974 and held them for nine months. An additional condition for their release—which also was met—was the publication in several leading Western papers of a full page political "announcement" drawn up by their captors (see Figure 3).

*The JCR is composed of Argentina's Revolutionary People's Army (ERP), Bolivia's National Liberation Army (ELN), Chile's Movement of the Revolutionary Left (MIR), Paraguay's National Liberation Front (FREPALINA), and the remnants of Uruguay's National Liberation Movement (MLN/Tupamaros). Backed by the ERP's overflowing coffers, it has grown more active in recent months and has the potential for becoming an effective and dangerous organization.