# APPENDIX A

## INTERNATIONAL AND TRANSNATIONAL TERRORISM:
## SIGNIFICANT VARIABLES

**Group Characteristics**

—Name of the organization or, if none, of the political, military, or bureaucratic entity controlling the actors

—Country of origin

—Relationship to the government of that country

—Size and organization

—Leadership

—Composition (the occupational and educational qualifications of the members and their age range)

—Credo/Ethos

### Elementary Typology*

*Particularistic* (ethnic, religious, linguistic, or regional)
*Nationalistic* (irredentist or anti-colonial)
*Ideological*
   *Anarchism*
   *Radical Left* (revolutionary socialists, Trotskyites, Maoists, Guevarists, Castroites, and other ultra-left fringe groups)
   *Orthodox Communism*
   *Extreme Right*
   *Other*
*Pathological*

—Domestic base (extent of popular sympathy and support, links with legitimate social or political organizations, and links with other domestic dissident groups)

—Foreign links (with other terrorist organizations, with international or legitimate transnational organizations, and with foreign governments)

—Life cycle (date of formation, period or periods of transnational or international activity, and, if applicable, date of demise)

**Event Characteristics**

—Location of incident

—Nature of act

### Elementary Typology

*Kidnapping*
*Barricade and hostage*
*Bombing* (any type of explosive charge or device, including letter and parcel bombs)

---

*Major categories are not mutually exclusive.

*Armed assault or ambush (with or without sophisticated weapons)*
*Hijacking (aircraft, ship, or other means of transportation)*
*Incendiary attack or arson*
*Assassination or murder*
*Chemical, bacteriological, or radiological pollution*
*Other*

—Number, status, and nationalities of human victims

—Nature and national association of physical target

—Number, nationality, and organizational affiliation of the perpetrators

—Nature of demands (publicity, prisoner release, ransom, political action or change, arms, or safe passage)

—Targets of demands (governments, corporations, or international organizations)

—Outcome (duration of incident, identity and posture of governmental and transnational actors participating in its resolution, extent to which terrorists' demands were satisfied, fate of human victims, fate of terrorists, extent of property damage, and, if applicable, identity of nations granting or facilitating safe haven)

## Local Environmental Characteristics

—Type, repressiveness, and effectiveness of government (representative democracy, authoritarian, or totalitarian)

—Societal traditions and attitudes with respect to authority and violence

—Homogeneity of the population

—Current levels of popular malaise and internal strife

—Current level of socio-economic development (including per capita GNP; levels of industrialization, urbanization, and literacy; and the proportion of the population possessed of higher education)

—Recent and current socio-economic growth rates (as above)

—Societal inequities (markedly unequal distribution of income, discriminatory practices, and systemic limits on social and political mobility)

## Global Environmental Characteristics

—Technological Advance

   —Sophisticated man-portable weaponry (development, deployment, and international trade in such weapons)

   —Proliferation of nuclear facilities

   —Communications advances (developments affecting both media coverage and tactical communications)

   —Mobility-related developments

--Interdependence

   —New vulnerabilities (those links binding our increasingly interdependent world—e.g., commercial and communications centers, transportation hubs, international power grids and pipelines, super tankers, and jumbo

aircraft—that presently, or that may in the future, offer feasible and potentially highly disruptive targets for terrorist attack

—Reactive upsurge of nationalism and ethnicity

—Modernizing Social and Economic Change

　　—Destablizing local effects

　　—Large emigre worker concentrations

—Political Environment

　　—The "revolutionary" atmosphere highlighted by the challenge to the existing world order raised by the "have not" nations

　　　　—The controversy over illegal versus justifiable political violence

　　　　—Shifts in priorities and values and the emergence of a strong sense of "social conscience"

　　—The dispersion and erosion of political authority

　　—The proliferation of non-state actors and the parallel increase in the number of international and transnational organizations providing moral or material support to national liberation or leftist revolutionary formations

　　—International agreements, treaties, and conventions relating to terrorist acts

　　—The behavior of states providing direct and indirect support to terrorist groups

　　—Transnational contact and cooperation among terrorist groups

—Significant international economic trends and developments

　　—Extra-cyclical events

　　—Cyclical fluctuations

# APPENDIX B

# STATISTICAL TRENDS AND PATTERNS IN TERRORIST ACTIVITY



# NOTEWORTHY GROUPS:

## The Past Decade's Most Active or Most Publicized Practitioners of International and Transnational Terrorism*

Known or suspected transnational or
international terrorist acts
1 January 1968–31 December 1975

| Comment | Kidnapping | Barricade and Hostage | Bombing | Armed Assault or Ambush | Hijacking | Assassination | Incendiary Attack or Arson | Other | Total | Name, description, or category of group | Primary location | Extent country of activities |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ...ably * Has engaged in numerous attacks against Basque nationalists in southern France during 1975 * | | | 3 | | | | | | 3 | ALN (Ação Libertadora Nacional / Action for National Liberation) | Brazil | Brazil |
| ...known Both urban and rural, several factions | 2 | | | 2 | | | | | 4 | ALN (Exército de Libertación Nacional / National Liberation Army) | Bolivia | Bolivia |
| Active among students and intellectuals | | | | 1 | | | | | 1 | ERP (Ejército de Revolucionario del Pueblo / People's Revolutionary Army) | Argentina | Argentina |
| ...ably Urban based, probably no more than 50 hard core activists at peak | | 3 | | | | | | | 3 | FAL (Frente Argentino de Liberación / Argentine Liberation Front) | Argentina | Argentina |
| ...own Urban based, formed from Baader-Meinhof survivors and sympathizers | 1 | | | | | | | | 1 | FAR (Fuerzas Armadas Revolucionarias / Revolutionary Armed Forces) | Guatemala | Guatemala |
| ...own Urban based, bombed a French nuclear power station in 1975 | | 2 | | | | | | | 2 | FAP (Fuerzas Armadas Peronistas / Peronist Armed Forces) | Argentina | Argentina |
| ...own ... of 1975 kidnap of West Berlin politician Peter Lorenz to secure release of and Middle East safe haven for 5 Baader-Meinhof Gang members | 1 | | | | | | | | 1 | FER (Federation of Revolutionary Students) | Mexico | Mexico |
| | | | | | | | | | | FSLN (Frente Sandinista de Liberación Nacional / Sandinist Front of National Liberation) | Nicaragua | Nicaragua |
| Both urban and rural, strength estimated at well over 1,000 | 2 | 14 | | | | 1 | 17 | | MANO (Movimiento Argentino Nacional Organización / Argentine National Organization Movement) | Argentina | Argentina |
| ...own Has struck at official Algerian installations in Paris, Bonn, London and Rome | | 4 | | | | | 4 | | MLN-Tupamaros (Movimiento de Liberación Nacional / National Liberation Movement) | Uruguay, Argentina | Uruguay |
| ...own Urban based | | 4 | | 1 | 1 | | 5 | | MONTONEROS ("Juan José Valle" Montoneros) | Argentina | Argentina |
| ...own Urban based | | 2 | | | 2 | | 7 | | | | |
| ...own Urban based, strength estimated at about 165 | 2 | 1 | 1 | | | | 4 | | OPR-33 (Organización del Poder Revolucionario-33) | Uruguay | Uruguay |
| | | | | | | | | | | 23rd of September Communist League | Mexico | Mexico |
| | | | | | | | | | | VPR (Vanguarda Popular ...) | Brazil | Brazil |

*TA Terrorism: a new, seemingly necessary based, and possibly officially-
theories.

**Region: Western and NA**

| Name, description, or entry of group | Primary location | Parent country or territory | Ethos | Established prior to 1968? | Date of most recent international attack | |
|---|---|---|---|---|---|---|
| Cristo Rey: Guerrilleros del Cristo Rey (Guerrillas of Christ the King) | Spain | Spain | Extreme Right | Yes | 1975 | A |
| ETA: Euskach Ta Askatasuna (Basque Nation and Liberty) | Spain, France | Basque Provinces | Particularist/Radical Left (Basque Separatist) | Yes | 1973 | A |
| FRAP: Frente Revolucionario Anti-Fascista y Patriota (Anti-Fascist and Patriotic Revolutionary Front) | Western Europe | Spain | Radical Left (Maoist) | Yes | 1973 | A |
| German Ultra-Leftist Groups: | | | | | | |
| Baader-Meinhof Gang [a] | FRG | FRG | Radical Left Anarchist | No | 1972 | b |
| Holger Meins Commando [a] | FRG | FRG | Radical Left Anarchist | No | 1973 | |
| Puig Antich-Ulrike Meinhof Commando [a] | FRG | FRG | Radical Left Anarchist | No | 1975 | A |
| 2nd of June Movement | FRG | FRG | Radical Left Anarchist | No | 1975 | A |
| IRA (Provos): Irish Republican Army, Provisional Wing | U.K., Ireland | Northern Ireland | Nationalist/Particularist (Catholic) | No | 1975 | A |
| Soldiers of the Algerian Opposition | Western Europe | Algeria | Unknown | No | 1975 | A |
| South Moluccan Extremists | Netherlands | Moluccan Islands (Indonesia) | Particularist (Separatist) | Yes | 1975 | A |
| Swiss Ultra-Leftist Groups [a] | Switzerland | Switzerland | Radical Left Anarchist | Mostly No | 1975 | A |
| TPLA: Turkish People's Liberation Army | Turkey | Turkey | Radical Left (Maoist) | No | 1972 | A |

[a] Allegedly a free-lance vigilante group, Cristo Rey is generally believed to operate under the protection and possibly con...
[b] Just how many such attacks were actually carried out by Cristo Rey is, however, uncertain. At least some may have been th...

## APPENDIX C



| Name, description, or category of group | Primary location | Parent country or territory | Ethos | | | | | |
|---|---|---|---|---|---|---|---|---|
| IRA (Provos: Irish Republican Army, Provisional Wing | U.K., Ireland | North in Ireland | Anti-tribal/Puritanism (Wishabia) | No | 1975 | Active | Yes | Yes |
| Soldiers of the Algonak Operation | Western Europe | Algeria | Unknown | No | 1975 | Active | Unknown | Unknown |
| South Moluccan Extremists | Netherlands | Moluccan Islands (Indonesia) | Particularist (Separatist) | Yes | 1975 | Active | Unknown | Unknown |
| Swiss Ultra-Leftist Groups | Switzerland | Switzerland | Radical Left Anarchist | Mostly No | 1975 | Active | Yes | Unknown |
| TPLA: Turkish People's Liberation Army | Turkey | Turkey | Radical Left (Maoist) | No | 1975 | Active | Yes | Unknown |

[1] Allegedly a free-lance vigilante group, Cristo Rey is generally believed to operate under the protection and possibly control of Spanish police and . . .
[2] Just how many such attacks were actually executed by Cristo Rey is, however, uncertain. At least some may have been the work of ATE (Anti-ET . . . sponsored Spanish organization which surfaced in July 1975 following the arrest of one of its members in southern France.
[3] Associated with the Baia Armee Faktion (Red Army Group).
[4] Includes Petra Krause Group and Lupus Marxists Revolutionaries (LMR).

## Region: Sub-Saharan Africa

| Name, description, or category of group | Primary location | Parent country or territory | Ethos | Established prime mover | Date of most recent detailed terrorist act | Current status | Supporting organizations | Supporting movements |
|---|---|---|---|---|---|---|---|---|
| ELF (Eritrean Liberation Front) Factions: ELF – General Command PLF (Popular Liberation Forces) | Ethiopia | Eritrea | Particularist (Separatist) Radical Left | Yes | 1975 | Active | Yes | Yes |
| Popular Revolutionary Party | Zaire | Zaire | Radical Left | No | 1975 | Active | Unknown | Unknown |
| Toboan Rebels (self-styled "Armed Forces of the Chadian Revolution," believed to be associated with FROLINAT, the National Liberation Front of Chad) | Chad | Chad | Particularist – Marxist | Yes | 1971 | Active | Unknown | Unknown |

## Region: North America

| Name, description, or category of group | Primary location | Parent country or territory | Ethos | | | | | |
|---|---|---|---|---|---|---|---|---|





| Name, description, or subunits of group | Primary base | Patent countries of activities | Ethos | | Date of most recent incident developed | Status | Significant international ties |
|---|---|---|---|---|---|---|---|
| MONTONEROS "Juan José Valle" Montoneros | Argentina | Argentina | Populist Left (Peronist with Marxist leanings) | Yes | 1975 | Active | Unknown |
| OPR-33 Organization of Popular Revolution 33 | Uruguay | Uruguay | Radical Left Anarchist | No | 1974 | Inactive | Unknown |
| 26th of September Organization | Mexico | Mexico | Radical Left | No | 1975 | Active | Unknown |
| VPR Vanguarda Popular Revolucionaria Popular Revolutionary Vanguard | Brazil | Brazil | Radical Left Leftist | No | 1976 | Inactive | Unknown |

* Of special significance as primary moving force behind the Revolutionary Coordinating Junta (R.R. see Transregional entries).
† Established ties with Viet-nam index authorities.

## Region: Middle East and North Africa

| Name, description, or subunits of group | Primary base | Patent countries of activities | Ethos | | Date of most recent incident developed act | Status | Significant international ties |
|---|---|---|---|---|---|---|---|
| ACO: Arab Communist Organization | Lebanon, Syria | Lebanon | Radical Left, Avant-both Soviet and Chinese style Communism | No | 1975 | Dormant | Unknown |
| Al Fatah, Harakat Fatah Fatah: Movement for the Liberation of Palestine | Lebanon, Syria | Palestine | Nationalist, anti-Zionist, anti-Imperialist | Yes | 1975 | Active | Yes |
| BSO: Black September Organization | Lebanon, Syria | Palestine | Nationalist, extreme, anti-Zionist, anti-Imperialist | No | 1974 | Active | Yes |
| Israel Military, Paramilitary, or Agent Personnel | Israel | Israel | Nationalist | Yes | 1974 | Active | No |
| People's Strugglers | Iran | Iran | Nationalist, Muslim Traditionalists, nominal Marxists | No | 1975 | Active | Yes |
| PFLP: Popular Front for the Liberation of Palestine | Lebanon, Syria | Palestine | Nationalist, Radical Left (Eclectic Marxism) | Yes | 1975 † | Active | Yes |
| OANY: Organization of Arab Nationalist Youth for the Liberation of Palestine | Libya | Palestine | Nationalist, Radical Left | No | 1974 | Active | Unknown |
| PFLP-GC: Popular Front for the Liberation of Palestine-General Command | Lebanon, Syria | Palestine | Nationalist | No | 1974 | Active | Yes |
| Saiqa: Vanguard of the Popular Liberation War | Syria | Palestine | Nationalist, Leftist (Baathist) | Yes | 1975 | Active | Yes |

* Figures exclude bombing, shelling, and incursions by conventional forces as well as the sort of borehead cross-border operations and celestine
† No actions under its own name in 1975, but PFLP has acknowledged responsibility for the activities of the "Carlos" figure through ind-
* Benefits from Libyan support.

## Region: Transregional



Region: North

| Name, description, or category of group | Primary location | Parent country or territory | Ethos | Established prior to 1986? | Date of major revision |
|---|---|---|---|---|---|
| Accion Cubana | U.S. | Cuba | Nationalist, Anti-Communist | No | |
| El Mattan: The Scorpion | U.S. | Cuba | Nationalist, Anti-Communist | No | |
| El Poder Cubano: Cuban Power | U.S. | Cuba | Nationalist, Anti-Communist | Yes | |
| FLNC: Cuban National Liberation Front | U.S. | Cuba | Nationalist, Anti-Communist | No | |
| FLQ: Front de Liberation du Quebec: Quebec Liberation Front | Canada | Canada (Quebec) | Particularist Radical Left (French separatist), Marxist Maoist | Yes | |

Region:

| Name, description, or category of group | Primary location | Parent country or territory | Ethos | Established prior to 1986? | Date of major revision |
|---|---|---|---|---|---|
| Matsuwado Marxist Youth League | Japan | Japan | Radical Left | No | |
| Okinawa Liberation League | Okinawa | Okinawa | Particularist (Separatist) | No | |
| Philippine Muslim Rebels (including Moro National Liberation Front) | Philippines | Southern Philippines | Particularist (Muslim) | Present groups, No | |



| | Primary location | Parent country or territory | Ethos | Established group as such | | Current status | | |
|---|---|---|---|---|---|---|---|---|

PFLP: Popular Front for the
Liberation of Palestine | Lebanon, Syria | Palestine | Nationalist, Radical Left
(Marxist Maoists) | Yes | 1973 | Active | Yes | Yes

OANY: Organization of Libya
Arab Nationalist Youth
for the Liberation of
Palestine | | Palestine | Nationalist, Radical
Left | No | 1974 | Active | Unknown | Yes

PFLP-GN: Popular Front for
the Liberation of Pales-
tine/General Command | Lebanon, Syria | Palestine | Nationalist | No | 1973 | Active | Yes | Yes

Saiqa: Vanguard of the
Popular Liberation War | Syria | Palestine | Nationalist, Leftist
(Baathist) | Yes | 1973 | Active | Yes | Yes

[1] Equates embody bombing shelling, and incursions by conventional forces as well as the sort of hardcard cross-border operations and seizure assault
[2] No actions under its own name in 1973, but PFLP has acknowledged responsibility for the activities of the "Carlos" Group through mid-1974 b
[3] Benefits from L.baua support.

## Region: Transregional

| Name, description, or
category of group | Primary location | Parent country or
territory | Ethos | Established group as such | Date of most recent
international operation/
international act | Current status | Conducted international
ops? | Significant threat to
military/diplomatic ops |
|---|---|---|---|---|---|---|---|---|
| Armenian Emigré Terrorist
Groups [1] | Western Europe,
Middle East, and
North America | Armenia | Nationalist | Present
Groups,
No | 1975 | Active | Unknown | Unkn |
| "Carlos" Group, AKA
Mohamed Boudia
Commando, AKA Arm
of the Arab Revolution | Western Europe
and Middle East | Multi-National | Radical Left (anti-
imperialist, anti-
Zionist) | No | 1975 | Active | Yes | Yes |
| JCM: Revolutionary
Coordination Junta [2] | Latin America,
Western Europe
(Paris, Lisbon) | Multi-National
(Latin America) | Radical Left | No | See
member
organi-
zations | Active | Yes | Yes |
| JDL: Jewish Defense League | U.S., Israel,
Middle East | Israel | Nationalist (Zionist) | No | 1975 | Active | No | Unkn |
| JRA: Nippon Sekigun
(Japanese Red Army) | Western Europe,
Asia | Japan | Radical Left (eclectic
mix of most extreme
elements of Trotskyite,
Maoist & Guevarist
beliefs) | No | 1975 | Active | Yes | Yes |
| Yugoslav Emigré Terrorist
Groups [3] | North America,
Western Europe,
Latin America, and
Australia | Yugoslavia | Predominantly
Particularist (Croat,
Serb, Slovene,
Macedonian), plus
ingredly mixed from
Stalinist to Fascist | Some
yes,
but
mostly
no | 1975 | Active | Yes
oper-
done,
mostly
among
them-
selves | Ace
mode |

[1] Includes so-called "Armenian Liberation Front" and "Secret Armenian Army."
[2] A multi-national grouping led by Venezuelan Ilich Ramirez-Sanchez alias "Carlos" under aegis of PFLP with some support from Libya.
[3] The JCM is composed of Argentina's Revolutionary People's Army (ERP), Bolivia's National Liberation Army (ELN), Chile's Movement of
the FREPALINA and the remnants of Uruguay's National Liberation Movement (MLN Tupamaros.
[4] Includes Croatian Illegal Revolutionary Organization (HIRO), Croatian Liberation Movement (HOP), Croatian National Resistance (HN)
I stoshi groups, the League of Serbian Andantists (LSD), and the Union of Croatian Commandos Abroad.
[5] None except for possible Soviet or Soviet-sponsored assistance to a very few.

[Active groups considered to ...]



19 MAR 1985

Thomas Kennedy
P.O. Box 788  113899
Mansfield, OH  44901

Dear Mr. Kennedy:

    This is in regard to your letter of 15 February 1985 in which
you requested, under the Freedom of Information Act (FOIA),
records from the files of this agency concerning terrorism.

    Enclosed is a copy of "International and Transnational
Terrorism: Diagnosis and Prognosis. (1976)"  We have no newer
unclassified edition.

    Also enclosed is a computer printout of documents previously
released under the FOIA.  If you wish to receive any of this
material, please indicate that which you would like to receive.
Our reproduction charges for previously released material is $.10
per page.

    Charges for reproducing the 60 pages of enclosed material
amount to $6.00.  Please remit a check or money order for this
amount, made payable to the Treasurer of the United States, and
send it to this office.  Please cite F85-0270 so that we can
properly credit your account.

                              Sincerely,

                         John H. Wright

                         John H. Wright
                 Information and Privacy Coordinator

Enclosures

IPD/CMR/ksk/12 Mar 85
Distribution:
Orig - Adse
    1 - Chrono  GLF
    1 - IPD PARTIAL  Fees due: $6.00
    1 - DECAL



International and Transnational Terrorist Incidents by Category, 1968-75

Total: 913

Kidnapping
Total: 123

Barricade and Hostage
Total: 31

Bombing
Total: 375

Armed Assault or Ambush
Total: 95

Hijacking (Air and Non-Air)
Total: 137

Assassination
Total: 48

Incendiary Attack or Arson
Total: 59

Other
Total: 45

*Includes 2 non air hijackings.

41

# Geographic Distribution of Terrorist Incidents by Category, 1968-75

**North America**
Total: 111

| Kidnapping | Barricade and Hostage | Bombing | Armed Assault or Ambush | Hijacking (Air and Non-Air) | Assassination | Incendiary Attack or Arson | Other |
|---|---|---|---|---|---|---|---|
| 3 | 1 | 7 | 21 | 3 | 6 | 1 |

**Western and NATO Europe**
Total: 327

| 13 | 14 | 30 | 19 | 20 | 33 | 19 |

**Middle East and North Africa**
Total: 119

| 8 | 7 | 25 | 19 | 7 | 10 |

**Sub-Saharan Africa** Total: 37

| 15 | 2 | 8 | 5 | 6 | 1 | 2 |

**Asia** Total: 43

| 6 | 2 | 8 | 7 | 13 | 4 | 5 |

**Latin America** Total: 250

| 78 | 5 | 65 | 19 | 44 | 13 | 14 | 12 |

**USSR/Eastern Europe** Total: 19

| 2 | 1 | 15 | 1 |

**Pacific and Australia** Total: 8

| 4 | 1 | 1 |

**Transregional** Total: 1

| 1* |

Kidnapping   Barricade and Hostage   Bombing   Armed Assault or Ambush   Hijacking (Air and Non-Air)   Assassination   Incendiary Attack or Arson   Other

*Most letter bomb mailing

563163 3 76

42

## International and Transnational Terrorist Incidents Directly Affecting US Citizens, Corporations, or Institutions

| | Kidnap | H & H | Bomb | Ass'lt | Hijack[1] | Assass. | Incend. | Other | Total |
|---|---|---|---|---|---|---|---|---|---|
| **1968–1975** | | | | | | | | | |
| Total incidents | 123 | 31 | 375 | 95 | 132 | 14 | 38 | 45 | 813 |
| US citizens or property known to have been victimized | 50 | 1 | 130 | 37 | 24 | 13 | 33 | 17 | 330 |
| US government target of terrorist demands | 14 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| **1968** | | | | | | | | | |
| Total incidents | 1 | 0 | 24 | 2 | 6 | 1 | 0 | 0 | 37 |
| US citizens or property victimized | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 3 |
| US government target of demands | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| **1969** | | | | | | | | | |
| Total incidents | 3 | 0 | 17 | 5 | 25 | 2 | 2 | 1 | 55 |
| US citizens or property victimized | 2 | 0 | 9 | 1 | 1 | 1 | 1 | 1 | 16 |
| US government target of demands | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **1970** | | | | | | | | | |
| Total incidents | 26 | 1 | 17 | 6 | 47 | 4 | 7 | 9 | 111 |
| US citizens or property victimized | 15 | 0 | 12 | 1 | 14 | 3 | 1 | 3 | 54 |
| US government target of demands | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 9 |
| **1971** | | | | | | | | | |
| Total incidents | 10 | 1 | 15 | 5 | 11 | 3 | 6 | 6 | 83 |
| US citizens or property victimized | 1 | 0 | 12 | 4 | 7 | 0 | 5 | 4 | 38 |
| US government target of demands | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 |
| **1972** | | | | | | | | | |
| Total incidents | 11 | 3 | 34 | 6 | 16 | 1 | 3 | 5 | 84 |
| US citizens or property victimized | 1 | 0 | 18 | 2 | 3 | 0 | 1 | 1 | 28 |
| US government target of demands | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **1973** | | | | | | | | | |
| Total incidents | 31 | 8 | 81 | 29 | 13 | 12 | 29 | 12 | 211 |
| US citizens or property victimized | 18 | 2 | 31 | 14 | 0 | 3 | 12 | 2 | 83 |
| US government target of demands | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| **1974** | | | | | | | | | |
| Total incidents | 12 | 9 | 95 | 24 | 9 | 8 | 11 | 11 | 179 |
| US citizens or property victimized | 5 | 1 | 32 | 6 | 2 | 2 | 7 | 2 | 57 |
| US government target of demands | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| **1975** | | | | | | | | | |
| Total incidents | 26 | 9 | 88 | 15 | 5 | 9 | 15 | 1 | 168 |
| US citizens or property victimized | 13 | 1 | 18 | 4 | 0 | 3 | 4 | 0 | 47 |
| US government target of demands | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |

[1] Excludes numerous non-terrorist skyjackings, many of which victimized US planes or citizens.

[2] The figure does not, of course, reflect more than a score of cases in which ransom demands were levied on  or were eventually at least partially satisfied by  US corporations or private citizens.

## International and Transnational Terrorist Incidents by Regional Origin of the Perpetrators—1968–1975

|  | Kidnap | B & H | Bomb | Ass't | Hijack | Assass | Incend | Other | Total |
|---|---|---|---|---|---|---|---|---|---|
| North America | 4 | 0 | 21 | 4 | 5 | 0 | 3 | 0 | 37 |
| Western and NATO Europe | 10 | 1 | 61 | 10 | 3 | 3 | 4 | 4 | 96 |
| Middle East and North Africa | 3 | 17 | 41 | 41 | 25 | 12 | 2 | 13 | 146 |
| Sub-Saharan Africa | 10 | 1 | 1 | 3 | 4 | 1 | 0 | 0 | 20 |
| Asia | 4 | 5 | 2 | 4 | 11 | 3 | 5 | 0 | 34 |
| Latin America | 53 | 3 | 45 | 8 | 12 | 10 | 4 | 12 | 150 |
| USSR Eastern Europe | 0 | 1 | 3 | 1 | 15 | 3 | 0 | 0 | 23 |
| Uncertain or Mixed | 29 | 1 | 201 | 32 | 54 | 16 | 40 | 11 | 391 |
| Total | 124 | 31 | 375 | 93 | 127 | 48 | 59 | 45 | 913 |

## International and Transnational Terrorist Incidents—Fedayeen and Non-Fedayeen by Category of Event: 1968–1975

|  | Kidnap | B & H | Bomb | Ass't | Hijack | Assass | Incend | Other | Total |
|---|---|---|---|---|---|---|---|---|---|
| Fedayeen or Fedayeen-related | 8 | 18 | 48 | 33 | 19 | 13 | 3 | 15 | 159 |
| Non-Fedayeen | 102 | 13 | 299* | 53 | 79 | 29 | 37 | 22† | 584 |
| Unknown | 13 | 0 | 78 | 7 | 39 | 4 | 19 | 8 | 170 |
| Total | 123 | 31 | 375 | 93 | 137 | 48 | 59 | 45 | 913 |

*Includes the sole transnational terrorist attack on a nuclear installation during the period under review—the 1975 bombing of a nuclear power facility in France by the Puig Antich-Ulrike Meinhof Commando. It bears note, however, that Argentina's ERP did briefly occupy an unfinished Argentine nuclear power plant in March 1973, an act which falls in the category of domestic terrorism.

†Includes the only two incidents in which a chemical, biological, or radiological agent has been used to induce terror to date (the radioactive iodine employed by the self-styled "Justice Guerrilla" in Austria in 1974).

## International and Transnational Terrorist Incidents—Fedayeen and Non-Fedayeen by Year: 1968–1975

|  | 1968 | 1969 | 1970 | 1971 | 1972 | 1973 | 1974 | 1975 |
|---|---|---|---|---|---|---|---|---|
| Fedayeen or Fedayeen-related | 3 | 10 | 21 | 10 | 19 | 46 | 33 | 17 |
| Non-Fedayeen | 31 | 28 | 60 | 28 | 40 | 112 | 137 | 148 |
| Unknown | 3 | 17 | 33 | 25 | 27 | 53 | 9 | 3 |
| Total | 37 | 55 | 114 | 63 | 86 | 211 | 179 | 168 |