IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE MANUEL VEGA FRANQUI, et al.,    ) | |
|                                         ) | |
|        Plaintiff,                      ) | |
|                                         ) | |
|    v.                                     ) | Case No. 1:06-CV-00734-RBW |
|                                         ) | |
| SYRIAN ARAB REPUBLIC, et al.,       ) | |
|                                         ) | |
|        Defendants.                ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
PLAINTIFFS' RESPONSE TO LIBYAN DEFENDANT'S REPLY TO
PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
THE COMPLAINT AND ACCOMPANYING MEMORANDUM OF LAW**

      COME NOW, the Plaintiffs, by and through counsel, Joshua M. Ambush, of the Law Offices of Joshua M. Ambush, LLC, and hereby give notice that Plaintiffs withdraw the Plaintiffs' Response to Libyan Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint and Accompanying Memorandum of Law, filed on February 14, 2008.

                                                          Respectfully submitted,

                                                          */s/ Joshua M. Ambush*

                                                          _____
Joshua M. Ambush (Md. Bar # 27025)
Law Offices of Joshua M. Ambush, LLC
Hilton Plaza
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
410-484-2070
410-484-9330 (facsimile)
joshua@ambushlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Plaintiffs' Opposition to Defendant's Motion to Dismiss was delivered *via* electronic filing and first class mail postage prepaid, to Thomas J. Whalen, Esquire, Mark A. Johnston, Esquire, Eckert Seamans Cherin & Mellott, LLC, 1747 Pennsylvania Avenue, N.W., Twelfth Floor, Washington, D.C. 20006; Wendy West Feinstein, Eckert Seamans Cherin & Mellott, LLC, U.S. Steel Tower, 44th Floor, 600 Grant Street, Pittsburgh, PA 15219, this 14th day of February, 2007.

*/s/ Joshua M. Ambush*
_____