EXHIBIT 1

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1
FOR BACKGROUND USE ONLY

September 1972

## TERRORISM AND THE FEDAYEEN

Since mid-1970, elements of the fedayeen or Palestine guer-
rilla movement have metamorphosed commandos dedicated to the over-
throw of Israel into Marxist-Maoist-type terrorists. They are
making a desperate attempt to survive in a disunited, uncoordinated,
and crumbling movement. While once market places from Morocco to
Saudi Arabia were plastered with posters proudly depicting the deeds
of the fedayeen commandos, today the ruthless and violent actions
by their terrorists evoke mainly fear. None but the most radical
press or public is tempted to look upon the fedayeen terrorists
or their followers as romantic folk-heroes or to view their violence
as acts of patriotism.

### The Origins

Palestinian guerrillas (fedayeen), organized in the early
1950's to harass newly created Israel, seek to become a rallying
point for Palestinian irredentism. Their fortunes and following
were low until the 1967 six-day Arab-Israeli war. The fedayeen
by their bold, but ultimately self-defeative, anti-Israeli exploits
rekindled a spark of Arab self-respect and served to restore a
sense of Arab honor. A range of competing guerrilla organizations
emerged - each seeking to become the reflection of Palestinian will
to fight. Eleven fedayeen organizations have survived, most of them
members of the Palestine Liberation Organization (PLO) founded in
1964 to coordinate fedayeen and Palestinian efforts. They may be
categorized as follows:

a. Instruments of Political Parties: Al Saiqa, founded
and directed by the Syrian left-wing Baath Party; the Iraqi-
controlled Arab Liberation Front; Al Ansar, the instrument of
established Arab Communist parties.

b. Fatah: Fatah poses as a basically "conservative"
guerrilla organization devoid of political bias but in fact
supports extreme guerrilla tactics through its front, the
Black September Group.

c. Ideologically Oriented Groups: These include the
Popular Front for the Liberation of Palestine (PFLP) with a
number of offshoots. Political extremists and revolution-
aries, they consider the overthrow of conservative Arab regimes
(Jordan and Saudi Arabia) as prerequisites for the liberation
of Palestine. Their hostility to the U.S. and most Western
countries is intense.

Approved For Release 1999/09/02

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

## Terror Tactics and Foreign Connections

The status of Palestinian fedayeen organizations is directly related to the level of tension in the Arab-Israel dispute: a decrease in tension leads to a decline in the prestige of and support for the fedayeen. The fedayeen organizations whose impact on Middle East affairs has been on the decline since their setback by the Jordanian Army during the 10-day conflict of September 1970, are seeking to rally their flagging fortunes. Their increasing links with other national revolutionary/terrorist groups and their continuing terrorist acts on an international level are intended to (a) compensate for their eroding influence, (b) move the resistance movement out of its doldrums and (c) keep the Arab-Israeli issue alive.

The Popular Front for the Liberation of Palestine (PFLP), believed to have the widest range of international links, is competing with other fedayeen groups and expanding its revolutionary activities at the international level. The only philosophical basis required to establish international connections is a common conviction in terrorism and violent revolution as the means to destroy the established order. The common bond among revolutionary groups, therefore, can be reinforced with relative ease. In addition, the material gain from international revolutionary action is not overlooked by fedayeen leaders, many of whom exploit the Palestinian cause to bolster their personal prestige and fortunes.

The Kamikaze attack on Israel's Lydda Airport last May by PFLP-trained members of the Japanese Red Army Faction, highlights the existing and growing international connections among revolutionary terrorist organizations. Even before the Lydda Airport massacre, the Japanese Red Army Faction had been dealing with the fedayeen for at least two years. Other terrorist organizations, the Turkish Peoples' Liberation Army and the Eritrean Liberation Front in Ethiopia have also been in contact with Palestinian guerrilla organizations as have radical organizations of Western Europe and the Western Hemisphere. The Soviet Union and China are also involved. For both material and ideological reasons, and out of an increasing sense of desperation, the fedayeen are continually attempting to expand their contacts with foreign radical groups.

The Red Army Faction (Sekigun-ha), a direct offshoot of Zengakuren, the extreme leftist Japanese student organization, is an underground organization that began its activities on the political and military levels in 1965. Violent revolution, in its view, is the "fundamental way of liberating people from exploitation and class domination domestically, and a means to combat imperialism on the international level." Links between the Red Army Faction and Popular Front for the Liberation of Palestine (PFLP) became

2

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

evident in late 1970 with the arrest in Japan of PFLP members publicizing terror via a film on Palestinian guerrilla operations. During their stay in Japan PFLP members also made arrangements to train Red Army Faction members at PFLP bases in Lebanon. In addition, plans were made to exchange officials for instruction in kidnapping and hijacking techniques and in producing sabotage devices. Beirut weekly Al Usbu Al Arabi reported last fall that when a PFLP leader visited Japan, The Red Army Faction "welcomed him by blowing up five police stations in Tokyo."

Turkish Peoples' Liberation Army. Although the Turkish Peoples' Liberation Army was not known as such until early 1972, militant leftist Turkish students were reportedly trained by the fedayeen as early as 1969. Training in such terrorist tactics as kidnapping, hijacking, guerrilla warfare, and preparation in the use of sabotage devices are provided by the fedayeen organizations under cover of Palestinian refugee camps in Lebanon and Syria. It is reliably reported that urban guerrillas, in addition to being trained by PFLP and its breakaway faction Peoples' Democratic Front for the Liberation of Palestine (PDFLP), are equipped with arms smuggled from these and other fedayeen guerrilla organizations.

Eritrean Liberation Front. The Eritrean Liberation Front, founded in 1959, began effective anti-Ethiopian terrorist acts in 1964. Following the June 1967 war, fedayeen organizations began to provide the Eritrean Liberation Front financial support, arms and passports for its attacks against the Ethiopian established order. Training in guerrilla warfare as well as facilities for radio broadcasting are made available to the Front by the fedayeen.

West Europeans. In an attempt to gain the support of West European students, fedayeen organizations have recruited and provided travel to a Jordanian training camp for as many as 150 students. The project was administered through a London-based organization, "Friends of Palestine." Pro-fedayeen and anti-Israeli associations in France are usually headed by radical university professors or journalists. In England, student "revolutionaries" have joined Arab students in a group called the Palestine Solidarity Campaign. In the Netherlands, Dutch Communists have established a Netherlands-Palestine Committee that sponsors lectures and pro-Palestinian demonstrations. Austrian left-wing students have formed the Action Committee for the Support of the Palestinian Resistance, to conduct anti-Israeli campaigns. The Irish Republican Army (IRA) claims links with the fedayeen; some fedayeen members allege to have attended IRA conferences in Northern Ireland. Further, the IRA has reportedly been promised arms in exchange for fedayeen-directed terrorist operations in Europe. The Baader-Meinhof group, a band of West German anarchists whose actions date back to 1963, declare themselves as members of the Japanese-based Red Army Faction.

3

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

Reportedly, Baader-Meinhof members received guerrilla warfare
training in the Middle East from Palestinian guerrillas during the
summer of 1970.

Western Hemisphere. Before September 1970, members of the
Sandinist National Liberation Front, a Communist dominated Nicaraguan
terrorist organization, received guerrilla warfare training at a
fedayeen training site in Jordan. Upon completion of their training
and their return to Nicaragua, the Sandinists received Soviet and
Chinese weapons which were later confiscated by Nicaraguan security
officials. In January 1972, a planned attempt by five Nicaraguan-
based Arabs to recruit Nicaraguans for fedayeen training in guerrilla
warfare also was aborted by Nicaraguan government officials.

## The Fedayeen, the Soviet Union and China

The Soviets, in a quandary over the fedayeen, support the
anti-Israeli "national liberation" movement but are sensitive to the
potential damage to their image for being openly associated with
fedayeen terror tactics. The Soviets therefore channel material
support to the fedayeen through indirect and clandestine means and
in the process gain some degree of control over the fedayeen
guerrilla organizations. Fedayeen chieftain Yasser Arafat's mid-
July 1972 visit to Moscow to solicit increased material support
and at the same time strengthen his weakened leadership position
in both Fatah and the Palestinian Liberation Organization, attests
to the cordial relations between the Soviets and the fedayeen.
As recently as May 1972, the World Marxist Review quotes Pravda's
endorsement of the Palestinian guerrillas as follows: "The Soviet
public sides firmly with the Palestine Resistance Movement, which
is a component of the Arab Peoples' National Liberation Movement."

By supporting the fedayeen, the Soviets align themselves with
a militant, anti-Israeli "national liberation" movement that is
popular in the Arab world. At this stage of development, Soviet
dealings with the fedayeen indicate Moscow's confidence in providing
indirect and clandestine support to the fedayeen short of causing
flash point tensions in the Middle East. In part, the Soviets'
assistance to the fedayeen guerrillas is conditioned by the open
support given them by China. Peking backs the fedayeen in public
statements with vigor; material support, however, is provided with
somewhat dampened enthusiasm. To date, China has provided guer-
rilla warfare training to several hundred fedayeen activists and
has made available to them unspecified amounts of military equip-
ment. An article in the 20 July 1972 issue of Soviet Analyst
entitled "The Soviet Involvement in Violence" by Brian Crozier,
focuses on the dilemma the fedayeen poses for its communist
supporters:

4

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

"To the extent that the (Palestine) guerrillas are
anti-Israeli, the Russians are inclined to support them;
on the other hand, the groups have proved, on the whole,
to be a greater menace to the Arab governments than to
Israel itself, and to support them outright might be
counter-productive in terms of Soviet relations with
friendly countries, such as Egypt or Iraq. Moreover, the
Palestinians have a record of unsuccess, with which the
Russians do not wish to be associated; and the wildest
among them -- Dr. George Habbash's PFLP are not only
boastful where the Russians would prefer discretion,
but indulge in spectacular acts of violence with which,
again, the Russians would prefer not be linked. . .

"There has certainly been some Soviet aid to the
PFLP, however, and to the more moderate Al Fatah, if
only to be able to claim, if challenged, that the
Palestine liberation movement has not been left unaided.
(Chinese aid to the PFLP is certainly greater than
Russian.)"

Uncertainties occasioned by Egypt's recent ouster of the
Soviet Military Mission and the pledged merger of Egypt and
Libya render the fedayeen increasingly vulnerable to manipulation
not only by Moscow and Peking but by the self-serving leaders of
the fedayeen guerrillas.

## Outlaws Among Their Own People

Founded in 1956 and headed by Yasir Arafat, a Jerusalem-born
Palestinian, Fatah gained control of the Palestine Liberation
Organization (PLO) in 1969. Fatah, larger and more heavily
financed than all other fedayeen groups combined, claims to be
without political bias and seeks the friendship of all Arab
governments; it is supported by such disparate regimes as Saudi
Arabia and Libya. Even though heavily financed, Fatah uses such
terror tactics as hijacking and sabotage through its terrorist
arm, the "Black September Group," as an additional source of
income. The "Black September Group" enables Fatah to credibly
disclaim its alliance with assassinations, hijacking and other
forms of terrorism.

While Fatah presents itself as an organization of strugglers
who battle in the front lines for their "occupied homeland" it is
in fact involved in money-making schemes that are far removed
from its original national revolutionary mission. Fatah's image
as a moderate organization unencumbered by ideology is studiously
promoted by its propaganda to permit Fatah to gain broad-based
political acceptance. Sympathy for the Palestinian cause is
translated into direct contributions from Arab states of varying
political persuasion. In addition, a moderate image permits the

establishment of offices for fund raising throughout the world. Because of its dominant role in that organization, a Palestine Liberation Organization (PLO) office is often merely a cover for a Fatah office. Nevertheless, despite this ostensibly "moderate image," the "Black September" terrorist organization remains directly associated with and under the control of Fatah.

Publicly, Fatah denounces terrorists acts conducted outside the Middle East but in practice engages in hijacking, sabotage and political assassination as a source of income which to date has grossed more than $100 million. These funds are transferred to European bank accounts and later invested in business ventures that promise a good return. Some of the ventures involve legitimate investment in European stocks; others include the establishment of "action cells" of which several exist in West Germany and France. These "action cells" provide arms and explosives and serve as bases for recruiting and training terrorists. A favored fund raising technique is for Fatah representatives to accept "contracts" for such specialized assignments as: elimination of political opponents, kidnapping an exile, exploding a refinery, smuggling and hijacking.

Such acts are carried out by the "Black September Group" whose operations are said to be planned and implemented by the heads of the Fatah intelligence unit. In addition to claiming responsibility for the tragedy at the Munich Olympics on 5 September, the group has also claimed credit for the following actions since November 1971: the assassination of Jordanian Prime Minister Wasfi Tal in Cairo on 28 November 1971; an assassination attempt against the Jordanian Ambassador to London Zayd Al Rifa on 15 December 1971; the sabotage of the Struever Electronics factory in Hamburg on 5 February 1972; the murder of five Palestinians in Bruehl, Germany, on 6 February 1972; and the hijacking of a Sabena jet en route to Tel Aviv on 8 May 1972.

As reported in the New York Times, 4 August 1972, a 21-year-old Arab woman accused of taking part in the hijacking of a Belgian airliner in May said that she had made several unsuccessful attempts to free herself from the grip of the Fatah guerrilla organization. She testified that she was warned by the fedayeen: "If you escape, we would kill you."

The Palestinian News Agency, 5 August 1972, reported that Palestinian guerrillas of the "Black September" terrorist organization blew up tanks at the Trieste oil-storage facility "in accordance with the Black September organization's policy of dealing blows to the enemies of the Palestinian revolution."

Istanbul's leading daily newspaper, Cumhuriyet, reported on 14 June that guerrilla groups are involved in the drug traffic; that Fatah has penetrated Turkish smuggling rings, established

6

Approved For Release 1999/09/02 : CIA-RDP79-01194A000200120001-1

courier routes from Turkey to Lebanon and is expanding its contacts
with overseas narcotic rings to finance its (Fatah's) guerrilla
operations.  Fatah involvement in narcotics is so flagrant that
some of the half-kilo nylon bags of hashish pushed in Europe are
labelled with pictures of an Arab guerrilla armed with the
Kaleshnikov submachine gun (standard Soviet infantry rifle).

* * * * * *

It is ironic that Palestinians, used as pawns by Arab and
other politicians for more than 50 years, are currently being used
by the very fedayeen orginially organized to battle for their
"occupied homeland."  About 1,4 million Palestinians registered
as refugees with the United Nations Relief and Works Agency (UNRWA)
survive on funds from UNRWA while Fatah, the largest and best
financed exponent of the Palestinian cause, exploits Palestinian
suffering to build an underworld empire that makes its own laws
and seeks self-perpetuation as its prime objective.

SUPPLEMENT NO. 4

SIGNIFICANT FEDAYEEN AND FEDAYEEN-RELATED INTERNATIONAL TERRORIST INCIDENTS

1 JANUARY TO 31 MARCH 1975

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

SIGNIFICANT FEDAYEEN AND FEDAYEEN-RELATED INTERNATIONAL TERRORIST INCIDENTS

1 JANUARY TO 31 MARCH 1975

This chronology lists significant fedayeen and fedayeen-related international terrorist incidents and supplements the chronologies covering the period January 1970 through December 1974. This listing does not include routine fedayeen actions inside Israel.

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

CHANGES AND ADDITIONS TO PERMANENT CHRONOLOGY FOR

JANUARY 1970 TO DECEMBER 1974

| | | |
|---|---|---|
| 8 May 1972 | Israel, Lod Airport | BSO Hijacks Sabena Plane. Five BSO terrorists hijacked a Sabena plane, on the Vienna to Athens route, to Lod Airport. Israeli security forces killed three hijackers, and the passengers were freed. Five passengers were wounded in the gunfight and one later died. Life sentences were given to the two surviving hijackers. |
| 30 May 1972 | Israel, Lod Airport | Lod Airport Massacre. Japanese terrorists from the Red Army faction, collaborating with the PFLP, attacked passengers at Lod Airport, killing 28 and wounding 78. The lone Japanese survivor of the massacre was sentenced to life imprisonment. |
| 5 September 1972 | West Germany, Munich | Munich Olympics Massacre. BSO terrorists killed 11 members of the Israeli Olympic team at Munich. Five of the Arab gunmen were killed by police. The three BSO survivors were jailed to await trial, but several weeks later were released by two other Palestinians who hijacked a West German jetliner. All were flown to Libya and nothing has been heard of them since. |

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

| 1 March 1973 | Sudan,<br>Khartoum | **BSO Seizes Saudi Arabian Embassy.**<br>Eight BSO terrorists seized the Saudi Arabian Embassy in Khartoum as guests were departing from a reception. They held the new U.S. Ambassador to the Sudan and the departing Deputy Chief of Mission, the Belgian Charge, a Jordanian Charge, and the Saudi Arabian Ambassador as hostages. The U.S. Ambassador, the Deputy Chief of Mission and the Belgian Charge were assassinated the following day. After prolonged legal delays the eight BSO terrorists were sentenced to life imprisonment. President Numayri reduced the sentence to seven years, and the terrorists were flown to Cairo on 25 June 1974 to serve the remainder of their terms. The Egyptian government, which has imprisoned the terrorists, has been under pressure to turn them over to the PLO but has not yet done so. |
| April 1973 | Cyprus, Nicosia | **BSO Teams Attack Israeli Ambassador's Residence and Plane.**<br>Two teams of BSO terrorists attacked an El Al aircraft and the Israeli Ambassador's residence. One terrorist died from wounds, and the other seven were sentenced to seven years' imprisonment. On 6 December 1973 they were released and flown to Cairo, but later departed for an unspecified Arab country. |

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

| 27 April 1973 | Italy, Rome | Italian Employee of El Al killed. An Italian employee of El Al Airlines was shot and killed in Rome by a Lebanese claiming to be a BSO operative. He was apprehended by Italian authorities. It is believed he was granted provisional liberty and probably quietly left Italy. |
| 19 July 1973 | Greece, Athens | Attempted Attack on El Al Offices. An armed fedayeen terrorist who attempted to break into the Athens office of the Israeli airline El Al seized hostages at a nearby hotel. He was later granted safe passage to Kuwait and left Kuwait for an undisclosed destination on 20 July. |
| 20 July 1973 | Netherlands, Amsterdam | JAL Flight Seized by PFLP Terrorists. A Japan Airlines flight from Paris to Anchorage, Alaska, was seized by four terrorists believed to be members of the PFLP. The aircraft was destroyed on 24 July in Benghazi, Libya, after being held for three days in Dubai. Reuters reported that the hijackers had been released and were at liberty in Damascus where they arrived on 13 August 1974. They were also reported to have traveled to Aden and Beirut. |

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

| | | |
|---|---|---|
| 27 April 1973 | Italy, Rome | **Italian Employee of El Al killed.** An Italian employee of El Al Airlines was shot and killed in Rome by a Lebanese claiming to be a BSO operative. He was apprehended by Italian authorities. It is believed he was granted provisional liberty and probably quietly left Italy. |
| 19 July 1973 | Greece, Athens | **Attempted Attack on El Al Offices.** An armed fedayeen terrorist who attempted to break into the Athens office of the Israeli airline El Al seized hostages at a nearby hotel. He was later granted safe passage to Kuwait and left Kuwait for an undisclosed destination on 20 July. |
| 20 July 1973 | Netherlands, Amsterdam | **JAL Flight Seized by PFLP Terrorists.** A Japan Airlines flight from Paris to Anchorage, Alaska, was seized by four terrorists believed to be members of the PFLP. The aircraft was destroyed on 24 July in Benghazi, Libya, after being held for three days in Dubai. Reuters reported that the hijackers had been released and were at liberty in Damascus where they arrived on 15 August 1974. They were also reported to have traveled to Aden and Beirut. |

| 1 July 1973 | Norway, Oslo | BSO Suspect Assassinated. A Moroccan waiter resident in Norway was murdered by several persons alleged to be Israeli agents, in the belief that he was involved in a planned BSO operation in Norway. Six people, including two Israelis, were arrested and charged as accessories. Two of them said they belonged to an Israeli group fighting the BSO, according to police. Five of the six defendants, all of them Jewish, were sentenced to prison terms ranging from one to five and a half years. One Israeli was acquitted. In October 1974 two Israelis, after serving half their sentences, were expelled to Israel. |
| August 1973 | Greece, Athens | Fedayeen Attack Athens Airport Lounge. Two fedayeen terrorists who initially identified themselves as BSO members attacked the crowded transit lounge of the Athens International airport with grenades and gunfire, killing five persons and injuring 55 others. Later the terrorists were identified as belonging to Ahmad Abd-al-Ghaffur's group of Fatah dissidents. They were sentenced to death by a Greek court on 23 January 1974. Their sentences were commuted to life imprisonment on 23 April 1974, and Greece expelled them on 5 May 1974 to Libya. The two gunmen were apparently freed, however, since one of them was with Abd-al-Ghaffur when he was killed in Beirut on 13 September 1974. |

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

5 September 1973     Italy,
Ostia

**BSO Commandos Arrested Near Airport.**
A five-man BSO commando group in Ostia was arrested by Italian authorities, who said the group had concealed two Soviet-built SA-7 rocket launchers in an apartment near Fiumicino airport with the intention of shooting down an Israeli airliner. Two of the five fedayeen arrested were released on bail in late October and later flown to Libya. The other three were sentenced in February 1974 to five years and two months imprisonment but were granted provisional liberty on 28 February. It is assumed they quietly left Italy.

5-8 September
1973     France,
Paris

**Saudi Arabian Embassy in Paris Seized.**
Five fedayeen terrorists claiming to be members of the "Punishment Organization" shot their way into the Saudi Arabian Embassy in Paris and seized 13 of its staff as hostages. After negotiations, the terrorists released most of the prisoners and departed Paris with four hostages for an unknown destination. After a stop in Cairo, Egypt, the terrorists landed in Kuwait. They demanded another plane and flew to Saudi Arabia, decided not to land, and returned to Kuwait. On 8 September the terrorists surrendered to Kuwaiti authorities and handed over their hostages unharmed. In October the five had departed, possibly for Syria, to fight against Israel, according to press reports. The operation had been mounted by

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

Iraqi-based Fatah dissident leader Sabri al-Banna, who wanted to force the release of a Fatah official imprisoned in Jordan.

| 28-29 September 1973 | Austria, Marchegg | **Sa'iqa Terrorists Seize Jewish Hostages.**<br>Three Soviet Jewish emigres traveling to Vienna by train and an Austrian customs official were seized at Marchegg by two armed terrorists believed to be members of Sa'iqa. In return for the release of the hostages the Austrian government provided the terrorists with a plane, which after a circuitous route landed in Tripoli, Libya. The Austrians also agreed to close the Soviet Jewish emigrant transit camp at Schoenau castle. In December 1973 Libya announced that the two terrorists had been released to fight in the war against Israel. |
| --- | --- | --- |
| 25-28 November 1973 | Lebanon, Beirut | **KLM Jet Hijacked.**<br>Three armed hijackers who called themselves members of the Arab Youth Organization for the Liberation of Palestine hijacked an Amsterdam-to-Tokyo KLM 747 with 247 passengers aboard as it was flying from Beirut to New Delhi. After stops in Cyprus, Libya, Malta and Dubai, the hijackers surrendered to Dubai authorities, who offered the terrorists safe conduct in exchange for the hostages. On 8 December 1973 the hijackers were taken to Abu Dhabi where they presumably were turned over to the PLO. |

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

| | | |
|---|---|---|
| 17-18 December 1973 | Italy<br><br>Greece | **Terrorists Attack and Hijack Planes.**<br>Five fedayeen terrorists opened fire in the customs area at Rome's Leonardo da Vinci (Fiumicino) Airport.  The terrorists took several hostages, proceeded to a Pan Am 707 that was loading for a flight to Beirut, and threw hand grenades into the plane, killing and injuring numerous passengers.  After the attack on the aircraft the terrorists, with their hostages, boarded and hijacked a Lufthansa aircraft.  The plane landed at Athens and later proceeded to Kuwait, where the hijackers surrendered.  On 2 March 1974 the terrorists were flown from Kuwait to Cairo where they were to be tried by the PLO, but Egyptian authorities did not release the group.  On the demand of the four fedayeen who hijacked a British plane from Dubai to Tunis on 22 November 1974, the five Rome terrorists were flown to Tunis and on 7 December 1974 went to Libya with the hijackers and two other terrorists released by the Netherlands.  Libya reportedly imprisoned all eleven, but later they appeared to be at liberty in Libya. |
| 3 March 1974 | Lebanon, Beirut | **British Airways Plane Hijacked.**<br>A British Airways VC-10 with 102 persons aboard was hijacked by two armed terrorists soon after takeoff from Beirut airport, the only stop on a Bombay to London flight.  The hijackers forced |

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

the aircraft to land at Amsterdam. After al-
lowing all passengers and crew members to flee,
the terrorists destroyed the aircraft by using
the plane's liquor supply to set it on fire.
A group calling itself the Organization of Arab
Nationalist Youth for the Liberation of Pales-
tine claimed responsibility for the hijacking,
according to press reports. They were sentenced
to five years imprisonment on 6 June 1974. They
were released on 24 November 1974 and flown to
Tunis as part of an agreement reached with four
terrorists who hijacked a BA plane at Dubai on
22 November. On 7 December the two terrorists
went to Libya with the four hijackers who had
demanded their release and five other terror-
ists released from Egypt. The two hijackers
apparently are at liberty in Libya.

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

PERMANENT CHRONOLOGY FOR 1 JANUARY TO 31 MARCH 1975

13 January 1975          France, Paris          **Attempted Attack on El Al Airliner at Orly Airport**
Two unidentified men fired two bazooka rounds,
presumably at an El Al airliner, but missed
the Israeli plane and damaged a Yugoslav plane
parked nearby. The first bazooka round hit
the fuselage of the Yugoslav airliner without
exploding, slightly wounding a Yugoslav stew-
ard, a French security guard and a workman.
The two men involved escaped immediately after
the attack. An anonymous telephone caller
told Reuters the attack was carried out by the
Mohammed Boudia Commando, a fedayeen group.
Mohammed Boudia, an Algerian exile, was a co-
ordinator of fedayeen activities in Europe.
He was killed by a car bomb explosion in France
in July 1973.

19 January 1975          France, Paris          **Second Unsuccessful Attack on El Al Airliner.**
Fedayeen guerrillas, claiming affiliation with
the "Mohammed Boudia Commando" group, unsuccess-
fully attempted to shoot up an El Al jetliner
at Orly Airport, seriously injuring eight per-
sons as they fled from police gunfire. They
held several hostages in an airport restroom
while negotiating with French police and the
Egyptian Ambassador to France. An Air France
jet was put at their disposal, and after

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

flying over Europe and the Middle East for
about 14 hours seeking a country that would
accept the three guerrillas, the plane finally
landed at Baghdad where the guerrillas gave
themselves up to Iraqi officials, who had re-
lented "on humanitarian grounds" and allowed
the aircraft to make a final landing at Baghdad.

5 March 1975                 Israel,
                             Tel Aviv

Fatah Attacks Hotel in Tel Aviv.
Eight Fatah guerrillas who landed from the sea
seized the Savoy Hotel and held 10 hostages.
The terrorists attempted to negotiate with the
Israeli authorities with no success.  Later
Israeli forces stormed the hotel and seized
the one remaining terrorist.  In all, 18 per-
sons were killed and several others wounded.

Approved For Release 2000/05/31 : CIA-RDP86T00608R000200080002-1

73°3761

SECRET

# U.S. POLICY TOWARD LIBYA

## Study Pursuant to NSSM 185

Prepared and approved by the ad hoc
Interdepartmental group under the chair-
manship of the Assistant Secretary of State
for African Affairs.

July 6, 1973

SECRET



DECLASSIFIED
Authority EO 12958
By MF  NARA Date 10/07

NATIONAL SECURITY COUNCIL
WASHINGTON, D.C. 20506                    7310120

SECRET (CDS)                                    June 5, 1973

Copies to:
S/PC (ACTION)
S
D          National Security Study Memorandum 185
P
E          TO:          The Secretary of State
T                       The Acting Secretary of Defense
S/S                     The Director of Central Intelligence
S/S-S
Team C     SUBJECT:     Policy Towards Libya
S/S-O
AF              The President has directed that a study be made of U.S. policy toward
EB         Libya and of the options open to the United States in the light of Libyan
EUR        attitudes toward the United States, international terrorism, the
INR        Arab-Israeli problem, subversion, international airspace, and the
NEA        petroleum industry.
PM
RF              The study should begin with a discussion of U.S. interests in Libya
           and the effect on them of current Libyan policies. Specifically, it
           should:

                -- Evaluate the political, economic and strategic importance
                   of Libya to the United States.

                -- Describe the nature and impact of Libyan policies on U.S.
                   interests in Libya, Africa and the Middle East.

                -- Assess the prospects for a change in Libyan policies affecting
                   our interests, either under Qadhafi or other Libyan leadership
                   and as a result of the possible Egyptian-Libyan merger.

           The study should then assess U.S. options over the next year, giving
           particular attention to questions such as the following:

                -- The nature of our broad diplomatic relationship.

                -- The prospects for U.S. oil company operations.

                -- The U.S. military supply relationship with Libya.

                -- Libyan support for international terrorism.

DECLASSIFIED
Authority    EO 12958
By  MF    NARA Date 6/0/

Reproduced at the National Archives

SECRET (GDS)                                    - 2 -

This study should be conducted by an ad hoc group comprising
representatives of the addressees and the NSC staff, chaired by
the representative of the Secretary of State and submitted by
June 30, 1973 for consideration by the NSC Senior Review Group.

Henry A. Kissinger

cc: Chairman, Joint Chiefs of Staff

SECRET (GDS)

DECLASSIFIED
Authority EO 12958
By MF   NARA Date 10/02

SECRET

## TABLE OF CONTENTS

## NSSM 185

I.   INTRODUCTORY STATEMENT OF PURPOSE.................... 1

II.  NATURE OF REGIME..................................... 2

III. U.S. INTERESTS AND OBJECTIVES....................... 3

      Interests ........................................ 3
      Objectives:  Political/Strategic.................. 4
             Economic.............................. 6
             Cultural.............................. 7
             Other - Passport Policy.............. 8

IV.  IMPACT OF LIBYAN POLICIES ON U.S. INTERESTS........ 8

      Foreign Intervention and Political Activism..... 8
      Economic Nationalism............................10
      Policies toward Large Powers....................11

V.   PROSPECTS FOR CHANGE...............................12

      Outlook for Regime.............................12
      Merger with Egypt..............................13
      Possible Moderation of Libyan Policies.........14
      U.S. Ability to Influence Libyan Actions.......16

VI.  KEY ISSUES AND DECISIONS...........................23

      U.S. Diplomatic Representation.................23
      U.S. Arms Sales...............................24
      Reconnaissance Flights........................27
      Cultural Cooperation and Travel...............28
      High-Level Emissary...........................29

VII. POLICY ALTERNATIVES................................29

      Explore Possiblity of Improved Relations.......29
      Low Profile, Do Nothing Directly against Libya..30
      Low Profile, but Signal Willingness to Counter
        Libyan Actions..............................31
      Confrontation.................................31

- i -

SECRET

DECLASSIFIED
Authority EO 12958
By NF   NARA Date 10/04


SECRET

## APPENDICES TO NSSM 185 - LIBYA

Appendix A - The Libyan Oil Industry (CONFIDENTIAL)

Appendix B - Libyan Support for International
Terrorism (SECRET)

Appendix C - Libyan Foreign Aid (SECRET)

Appendix D - Libyan Arms Procurement (SECRET)

Appendix E - Pending Munitions Control License
Applications for Sales to Libya
(UNCLASSIFIED)

Appendix F - Libyan Restricted and Danger Areas (SECRET)

Appendix G - Evaluation of Reconnaissance Flights
(Distributed Separately)

- ii -

SECRET
GDS


DECLASSIFIED
Authority EO 12958
By MF    NARA Date 10/02

SECRET

## I.   INTRODUCTORY STATEMENT OF PURPOSE

The purpose of this paper is to review US relations with Libya, the prospects for their improvement, and the options available to the United States to protect its interests in that country and in the region.

US relations with Libya have been severely strained since the overthrow of the Libyan Monarchy on September 1, 1969.  Libyan Revolutionary Command Council (RCC) Chairman Qadhafi and the rest of the Libyan leader-ship identify  the United States with Israel, Libya's paramount foreign enemy.  He also seems to genuinely fear an Israeli attack on Libya with US assistance.  Our relations with Libya are currently at a low ebb as a result of Libya's militant rejection of a peaceful solution to the Arab-Israeli problem, the Libyan regime's attempt to shoot down an American reconnaissance plane on March 21, the nationalization on June 11 of an American oil company (Bunker Hunt), and continuing high-level Libyan denunciations of American "arrogance" and "imperialism" in the Arab world and elsewhere.

The US concern with Libya stems basically from the importance of Libyan oil, primarily to Western Europe, the size of the American investment in the Libyan oil industry, and the contribution which that investment makes to the US balance of payments, the continued presence in Libya of approximately 2,800 American citizens and the political disruptive capability of Libya in Africa, the Middle East and elsewhere because of its vast financial reserves.  Our freedom to take actions counter to the Libyan regime are inhibited by Europe's need for Libyan oil and the large remaining private US stake in the Libyan oil industry.  The effectiveness of actions by us against Libya would be limited also by European moves to protect and pursue their own interests.

Libya's geographical position in the central and eastern Mediterranean endow it with a strategic signifi-cance in the event of an outbreak of hostilities in the Middle East that might require the deployment of US military resources in the Mediterranean.

SECRET



DECLASSIFIED
Authority ⬛ EO 12958
By MF   NARA Date 6/07

SECRET

Although some of the problems indicated above might be attenuated in the event of some form of merger between Libya and Egypt on September 1, this is by no means certain, given Colonel Qadhafi's assertive personality and determination to pursue his Arab and Islamic objectives in any such union. The possible implications for the United States of a Libyan-Egyptian union are therefore included in this study.

## II. NATURE OF THE REGIME

The Libyan regime which came to power in September 1969 is shaped by the views of RCC Chairman Mu'ammar Qadhafi, which are generally shared by other Libyan RCC members and policy makers. Qadhafi was born in a tent in 1941 and brought up in desert surroundings. From this background he developed a strict puritanical morality, personal aceticism, plus conservative Islamic religious fervor which places the highest value on Arab and Islamic historical accomplishments and traditions. This was combined in his formative years with a strong sense of Arab and Islamic humiliation resulting from foreign, chiefly western, influence in Libya and the Arab world. The establishment of Israel and the continued existence of US and UK military bases in Libya and elsewhere were seen by Qadhafi as symbols of that humiliation. Nasser's efforts to unite other Arab states as a necessary step towards asserting Arab power and overthrowing the foreign-sponsored state of Israel inevitably made the Egyptian leader Qadhafi's hero and model. This outlook was reinforced by the shock of the 1967 war, the loss of more Arab territories to Israel, the lack of involvement by Libya then in the Arab cause, and the widespread corruption in Libya during the last years of the Monarchy.

Accordingly, after seizing power in 1969, Qadhafi immediately and successfully brought about US and UK withdrawal from Libyan bases. Since then he has vigorously pursued longer-term objectives of ridding Libya and the Arab Middle East of other forms of foreign influence. His objectives include the elimination of foreign oil concessions and even of non-Arabs from Libya; ridding the Arab world of foreign bases and alliances; the overthrow of Arab governments, such as Morocco and Jordan, which countenance foreign influence; promoting international recognition of Arabic; and supporting Muslim co-religionists around the world with money and arms.

SECRET


DECLASSIFIED
Authority EO 12958
By MF    NARA Date 10/0/

SECRET

Qadhafi sees his role as the successor of Nasser to redeem and unite the Arabs, under his own leadership if possible. He regards the planned Libyan merger with Egypt this year as the necessary first step.

Qadhafi seems prepared to sacrifice a measure of Libyan independence to achieve these goals, while retaining control over certain key areas, such as Libyan finances, although Libyans generally are suspicious of foreigners, including Egyptians, and they are resentful of any foreign effort to remind them of their cultural inferiority or to detach them from their newly acquired wealth.

Libya's primary objective under Qadhafi's leadership has been the mobilization of the Arabs to bring about the elimination of Israel as an independent Jewish state and the restoration of their homeland to the Palestinian Arabs. He judges the leadership of his brother Arabs, as he does that of the United States, chiefly in terms of their attitude toward Israel. Inasmuch as the United States is seen as the chief guarantor of Israel's existence, normal US-Libyan government relations in any field becomes virtually impossible, including technical cooperation. Indicative of his depth of feeling regarding Arab rights and past Arab humiliations, are Qadhafi's pronouncements that the United States and United Kingdom and their oil companies must be punished for their exploitation of the Arab world.

## III. US INTERESTS AND OBJECTIVES

### 1. Interests

The principal US economic interest in Libya is the American-dominated oil industry which represents about 80 percent of Libya's production of 2.3 million barrels daily. The American investment in the industry has a net book value in excess of one billion dollars and a market value of well over four billion. The annual repatriated profits of the eleven American companies producing oil in Libya in recent years have averaged between $400-500 million, a significant positive element in the deteriorating American balance of payments.

SECRET


DECLASSIFIED
Authority EO 12958
By MF    NARA Date 10/0/

SECRET

Libya has also become an important source of low-sulphur crude oil for Western Europe, particularly Germany, Italy and France whose suppliers are principally the American producers in Libya. Libyan oil exports to the United States are relatively modest. However, they could become more important because of the low-sulphur quality of Libyan crude and our pollution regulations.

Thus, in terms of oil the United States is deeply interested in Libya because of the size and earnings of the American petroleum investment in that country, the volume of Libya's production during a period of world-wide shortages, the quality of the oil, and the dependence of Western Europe on Libya as a nearby source of energy. In addition to these economic-commercial interests, the United States is also concerned with the physical security of some 2,800 Americans resident in Libya, most of whom are associated with the oil industry.

Libya's substantial earnings from the industry -- about $2 billion annually -- help to finance an ambitious economic development program. This program provides a significant market for American exports of equipment, technology and managerial skills. Libya could become a much larger market for the United States if the political relations between the two countries were to improve.

The United States has an interest in the political stability and peace of the Middle East and Africa. Libya's vast financial resources endow it with the capability of disruptive political and military activities in those areas.

Finally, because of its lengthy coastline and position athwart the central and eastern Mediterranean, Libya could have a strategic significance to the United States in the event of hostilities in the area. Because of its geography, Libyan territory could be used to interdict US air and sea traffic in the region.

2.  Objectives

A.  Political/Strategic Objectives

The primary US political objective is to counter Libya's disruptive political activism in the Middle East, Africa and in the Mediterranean and elsewhere to encourage any possible constructive role it could play given its

SECRET



DECLASSIFIED
Authority EO12958
By NF    NARA Date 0/0/

SECRET

financial resources.

(1) With respect to the Middle East, Libya pursues an extremist policy. Libya opposes the existence of Israel, argues for its liquidation by military means, and seeks to counter a negotiated settlement in any form. Its policy has been one of strong support of the Palestinian guerrillas and terrorists by arms, money and training. No solution to the Arab-Israeli problem based on UN Security Council resolution 242 would be acceptable to Libya under Qadhafi's leadership.

(2) Libya supports subversion or insurgency against Morocco, Jordan, Ethiopia, Chad, the Philippines, Northern Ireland and possibly Lebanon and Sudan. Its primary motivation in each case is to undermine regimes which in its view are not sufficiently militant on the Arab-Israeli issue, are tolerant of US or Soviet influence, or are engaged in suppressing armed Palestinian or Muslim movements within their territories.

(3) US interests in the Mediterranean have recently clashed with Libya following Libya's declaration of a "restricted area" within a 100-mile radius of Tripoli International Airport. Libya asserts the right to control the entrance of aircraft or ships within this restricted area -- a right which the United States disputes. On 21 March Libyan fighter aircraft fired at an unarmed USAF C-130 reconnaissance plane flying within the restricted zone. On subsequent flights when a similar USAF aircraft flew in international airspace within the 100-mile zone, Libyan fighters limited their patrol to within the 12 nautical mile sea frontier and did not attack the USAF air-craft. Libya has, however, publicly and repeatedly denounced such reconnaissance flights as provocative incursions of Libyan airspace and territorial waters. The United States has denied any hostile intentions toward Libya, but our attempts to engage Libyan authorities in a meaningful dialogue on the issue of airspace have been fruitless. Complicating the situation is Libyan fear of attack by Israel supported by US intelligence or armed forces in the Mediterranean, as evidenced by the laying of mine-fields off Tripoli harbor in June.

Libya plans to establish a Libyan Flight Information Region (FIR) over the Mediterranean adjacent to Libya, and may eventually seek to interfere with similar

SECRET



DECLASSIFIED
Authority  EO 12958
By MF  NARA Date 10/07/13

SECRET

reconnaissance flights or other flights by exercising a
right to control and restrict aircraft movements within
this region. Libyan attempts to enforce unilateral ex-
tensions of control over international waters and air
space, particularly in the confined area between Libya
and the southern coast of Crete, could possibly pose
recurring problems for planned NATO and US activities
beginning in 1975 at the new air weapons training center
and target range based at Tymbakion.

A major US objective, therefore, is to
prevent Libya from unilaterally restricting US military
movements in the Mediterranean.

(4) We seek to establish meaningful
communication with the Libyan Revolutionary Command
Council (RCC) in pursuit of the above objectives. The
RCC has rejected all our attempts to do so. Failure to
establish such communication virtually stops any resolution
of differences between the two governments. Our inability
to establish such communication is almost entirely due to
the RCC identification of the United States with Israeli
interests and objectives.

    B.   Economic Objectives

        (1)   Continued Access to Libyan Oil

A prolonged cutoff of Libyan oil production,
currently about 2.3 million barrels per day, would severely
strain European supplies and necessitate a draw down of
European oil stocks. Since there is little surplus oil
production capacity elsewhere and little spare capacity of
oil tankers, continued access to Libyan short haul oil is
important to the economic strength of Western Europe.

The United States imports about 200,000 barrels
per day from Libya; denial of access to this low sulphur
crude would interfere with air pollution requirements. More
importantly, a Libyan cutoff combined with growing US oil
import requirements would put us in the politically awkward
position of competing with Europe and Japan for available
foreign oil supplies.

SECRET


DECLASSIFIED
Authority EO 12958
By MF    NARA Date 10/07

SECRET

### (2)  Continued Role of US Companies in Libya

We wish to assist American companies in retaining control of the oil **produced** from their concessions in Libya.  If the concessions were expropriated, even if the oil continued to flow, the American companies would lose earnings and would have more difficulty in meeting their marketing obligations in Europe.  The US balance of payments would also suffer by the amount these companies have repatriated to the United States from their Libyan operations (more than $400 million annually).

### (3)  Avoid Disruptive Effect of Libyan Oil Negotiations on Oil Agreements Elsewhere

US oil companies are currently negotiating with Libya on "participation" in their oil concessions with Libya.  A Libyan participation agreement which undermined the participation accords concluded or in the process of conclusion in the Persian Gulf could hurt both the larger US commercial interests in Gulf oil and possibly undermine conservative Arab governments in the Gulf, making them more susceptible to political pressures to use oil as a political weapon against US-Middle East policies.

### (4)  Expansion of US Exports

Libya is a potentially significant market for US exports because of Libyan development expenditures budgeted at over $1 billion annually.  A vigorous export program directed to Libya is important if American exports ($85 million in 1972) are to cover rapidly increasing US imports of Libyan oil.  Last year our trade deficit with Libya was about $30 million.

### C.  Cultural Objectives

US political contacts at high levels of the Libyan regime are rare.  Routine contacts are possible at lower official levels.  The United States has been successful in maintaining some contact with the Libyan populace, chiefly through US oil industry employees in Libya and the nearly 1,000 Libyan students in the United States, about one-third of whom are at the graduate level.  It is in the long-term interest of the United States to preserve this

SECRET



DECLASSIFIED
Authority ☒ EO 12958
By MF    NARA Date 10/02/

SECRET

contact and, if possible, to expand it. Institutional arrangements also continue between the American Friends of the Middle East and the University of Libya.

### D. Other Objectives - Passport Policy

Libya is seeking to force other governments to write passport information in the Arabic language. For legal, administrative, budgetary and political reasons, we seek to avoid inserting official Arabic translations or printing Arabic in US passports.

## IV. IMPACT OF LIBYAN POLICIES ON US INTERESTS

### 1. Foreign Intervention and Political Activism

#### A. In the Middle East

Qadhafi has some popular appeal outside of Libya because of his efforts to restore Arab pride and by his successes in standing up to the big powers. His thinking may be too simplistic for the political or military elites in other Arab countries, but he is respected as a dynamic leader. His Islamic fundamentalism has not struck much of a chord in the urban centers of other Arab states, and it is here that the sources of power rest. Nevertheless, because he has shown himself willing to act against foreign military bases, to challenge the great powers and oil companies and even the use of foreign languages, and because he has his country's wealth to support his convictions, other Arab leaders while deploring him privately, are careful not to appear less "Arab" or "nationalistic." His personal incorruptibility and the austerity of his personal life contrast favorably with that of many other Arab leaders.

### (1) Arab-Israel Dispute

Libya can play a disruptive - but not a decisive - role in the Arab-Israeli dispute. Libyan territory offers Egypt some strategic depth in case of new Arab-Israeli hostilities. Libyan-purchased Mirage fighter-bombers transferred to Egypt in the event of a new war would provide Egypt with a possible capability of low-altitude missions against Israel proper. Preparations have already been made for the basing of such aircraft in Egypt, and Libyan Mirages have in fact been present in Egypt in significant numbers (about 20 in recent months.)

SECRET



DECLASSIFIED
Authority EO 12958
By MF    NARA Date 10/07

SECRET

However, the addition of these aircraft either to the Egyptian or their presence in the Libyan inventory does not substantially affect Israel's military superiority in the Middle East.

Despite Libyan insistence on a military solution in the Middle East, Sadat has continued to prefer political and diplomatic channels to try to effect Israeli withdrawal. It seems clear that, in the event of a merger, Sadat would not permit Qadhafi to assume a position where Qadhafi would be able to decide on a re-sumption of hostilities with Israel.

Qadhafi has had more success in inducing a number of sub-Saharan African states to loosen their ties with Israel than he has had in winning Egyptian support of his military approach to the Middle East problem.

### (2)  Terrorism

Libya supports terrorism by financial contributions, arms and by training facilities in Libya. Libyan "volunteers" have been deployed in support of the fedayeen in Lebanon, but only in token strength. Libya granted asylum to the escaped fedayeen responsible for the Munich massacre of Israeli Olympic athletes. Libya may have lent moral and logistical support to the Black September Organization operation in Khartoum during which two US diplomats and a Belgian diplomat were murdered. The opening of Palestinian offices in other countries in Africa with Libyan support spreads the threat of Palestinian terrorist actions farther afield. Libyan financial support is an important factor in the persistence of terrorist activity, one aim of which is to prevent the settlement of the Arab-Israeli dispute on any but the most extremist Palestinian terms--i.e., by the elimination of Israel as a Jewish state.

### (3)  Subversion

Qadhafi intervened openly against the leftist coup in the Sudan in July 1971, intercepting a British airliner with members of the coup regime aboard, and readying Libyan troops which he was reportedly prepared to send had not Numeiri staged a comeback on his own. Although Qadhafi's opposition to a communist-dominated government in the Sudan was of benefit to our own interests, the general thrust of his activities has been contrary to our interests, even in the Sudan. Although specific

SECRET


DECLASSIFIED
Authority    EO 12958
By  MF    NARA Date  10/07

SECRET

evidence is lacking, Libya may have been involved in some way in the murder of the two US diplomats in Khartoum. Qadhafi may now be supporting subversion against Numeiri because of Sudan's lack of militancy on Arab issues. Libya supported the fedayeen against the Governments of Lebanon and Jordan.  The Libyan role has not been decisive in their cases.

### B.  In Africa

African states and regimes friendly to the US - or Israel - are prime targets for Libyan intervention, mainly by financial means, but not infrequently by military support.  Qadhafi has called for the overthrow of the Moroccan Monarchy, has trained and supported Moroccan insurgents, and given Moroccan exiles radio broadcasting facilities; he has supported the Eritrean insurgents against Ethiopia with arms and money; he has airlifted Libyan troops to support Amin in Uganda; and through promises of economic assistance, he has induced Chad, Uganda, Burundi, the Central African Republic, Mali and Niger to break relations with Israel.

### C.  Activism Elsewhere

Libya supports the insurgents in Northern Ireland and the Muslims in the Philippines.  Libya supported Pakistan with F-5 fighter aircraft after the 1971 Indo-Pakistani War, and supported Malta's hard stand on negotiations with the United Kingdom and NATO.  He has shown an interest in supporting anti-US activities in Latin America and has attempted to undermine the US position in Panama.

## 2.  Economic Nationalism

### A.  Oil Industry

Libya seeks complete ownership and control over its oil industry, expelling all foreign companies and non-Arab nationals.  It has made major strides in this direction, forcing increased Libyanization of oil company personnel, imposing production limitations and controls, nationalizing all oil marketing operations, nationalizing BP in 1971 and nationalizing Bunker Hunt in June 1973.  It now seeks further control through "participation" agreements in oil concessions.

SECRET



DECLASSIFIED
Authority EO 12958
By MF    NARA Date 10/07/

SECRET

APPENDIX B

## LIBYAN SUPPORT FOR INTERNATIONAL TERRORISM

### 1. Palestinians

Libyan support for the fedayeen movement originally was limited to support for guerrilla activity against Israeli targets in the Middle East, but the position now appears to have shifted to include limited support for terrorist acts outside the Middle East or against targets not directly related to the Arab-Israeli conflict. Libya has supported al-Fatah and its Black September Organization terroristic arm, as well as the Popular Front for the Liberation of Palestine – General Command (PFLP-GC). Libyan enthusiasm for Palestinian efforts is tempered by the non-Muslim, pro-Marxist-Leninist nature of many of the fedayeen groups. Even al-Fatah, which has nurtured its Muslim Brotherhood image to retain the support of King Faisal of Saudi Arabia, has not gained the complete confidence of the Libyans. Nonetheless, Libya has over the past four years contributed significantly to Palestinian terroristic activity in the form of arms, funding and training. While precise figures are not available, Libyan efforts in all three areas are substantial.

### A. Arms

Most of the arms supplied to the fedayeen have traditionally come from the Soviet Union and China via Egypt, Iraq and Syria, but more recently Libya has become a major source of weapons for the Palestinian liberation movement. Libya decided in 1971 that, instead of providing the fedayeen with large amounts of money to purchase arms, the Libyan Government would buy and distribute the arms and ammunition necessary for the fedayeen to wage war on Israel.

### B. Funding

Since 1971 Libya has generally supported groups by providing arms and material directly rather than providing them with large amounts of money. A small part of the funds provided by Libya to Palestinian groups has probably been used by them for various terrorist activities.

At the end of 1970 the Libyan Government raised personal income taxes and additional funds acquired were funneled into a government-controlled fedayeen support fund, the Jihad Fund. In 1971 Libya reportedly budgeted

SECRET



DECLASSIFIED
Authority   EO 12958
By MF   NARA Date 10/04

State spons.
taxes?

B-2

between $30,000,000 and $40,000,000 for fedayeen support, probably in addition to the Jihad Fund of about $30,000,800. These allocations are part of the Libyan Revolutionary Command Council's clandestine budget, and the actual disbursement of funds is difficult to monitor. Qadhafi, however, has frequently stated that Libya will spare no expense in backing the Palestinian movement, and there is little reason to doubt that resources earmarked for the fedayeen are readily available to them.

### C.  Training

Although it was not until June 1972 that the Libyan Government and al-Fatah announced a joint commando training program, facilities for such training were established in Libya as early as January 1970. During the first two and a half years of its existence, the Libyans trained only those Palestinian fedayeen selected by Fatah. The main thrust of this training was to prepare the fedayeen for commando operations against Israel from neighboring Arab states. Terrorists reportedly are selected from among these trainees.

Some 8,000 Arabs have volunteered since June 1972 and there may be as many as 2,000 recruits currently in training. This training lasts four to six months and during that period recruits reportedly receive $150 monthly salary. Libyan Army officers administer the camps and serve along with Egyptians as instructors. In addition to commando training, the Libyans may have also provided parachute and helicopter pilot training. Selected fedayeen have been trained at Ras Hilal along the northeast coast as frogmen, and the Libyan Air Force has conducted pilot training on T-33s and F-5As for selected Palestinians in the Fatah Air Force.

### D.  Possible Libyan Involvement in the Khartoum Tragedy

The abduction and murder operation of the American Ambassador, the US Deputy Chief of Mission, and the Belgian Charge in Khartoum last March was launched from the office of the local al-Fatah representative in Khartoum, Fawaz Yasin Abdul Rahman. Just four hours prior to the assault Fawaz and his family departed the Sudan for Libya.

It is possible that although the Libyans may not have had prior knowledge, the BSO carried out the operation to prove to Qadhafi that al-Fatah-BSO could carry

SECRET



DECLASSIFIED
Authority ☇ EO 12958
By MF    NARA Date 10/04

B-1

out affective terrorist operations, and thus justify
renewed financial support from Libya. There is some
evidence that one of the main reasons for the Khartoum
operation was to forestall possible negotiations between
Israel and Egypt which had been foreshadowed by the visit
of Hafiz Ismail to the United States. Any such negotia-
tions would be anathema to Qadhafi.

### E.  Asylum

In the fall of 1971 Libya offered asylum in its
Embassy in Cairo to members of the team which assassina-
ted Jordanian Prime Minister Wasfi Tal in Cairo. Libya
also allowed the two Rasd gunmen who carried out the
Bruehl assassinations to take refuge in the Libyan Embassy
in Bonn. Qadhafi also is alleged to have agreed to a
Fatah request to assist in getting the two assassins out
of Germany. More recently Libya received the surviving
members of the Munich kidnapping team and the hijackers
who secured their freedom by seizing a Lufthansa aircraft
en route from Lebanon to Germany in October 1972.

### 2.  IRA

Qadhafi has made several public statements likening
the IRA to other strugglers for freedom against imperial-
istic oppression. More seriously, there is clear evidence
that the merchant ship Claudia, which was intercepted and
seized by the Irish Navy and found to be carrying 500 tons
of arms, had been loaded at the port of Tripoli in Libya.
Libyan action in this regard is a nuisance to our British
allies, but has no direct bearing on American interests.

SECRET

DECLASSIFIED
Authority  EO 12958
By MF    NARA Date 0/0/
