IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE MANUEL VEGA FRANQUI, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00734-RBW |
| ) | |
| SYRIAN ARAB REPUBLIC, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS AMENDED CERTIFICATE OF SERVICE FOR PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFFS' RESPONSE TO LIBYAN DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT AND ACCOMPANYING MEMORANDUM OF LAW**

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Plaintiffs Withdrawal of Plaintiffs' Response to Libyan Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint and Accompanying Memorandum of Law was delivered *via* electronic filing and first class mail postage prepaid, to Thomas J. Whalen, Esquire, Mark A. Johnston, Esquire, Eckert Seamans Cherin & Mellott, LLC, 1747 Pennsylvania Avenue, N.W., Twelfth Floor, Washington, D.C. 20006; Wendy West Feinstein, Eckert Seamans Cherin & Mellott, LLC, U.S. Steel Tower, 44th Floor, 600 Grant Street, Pittsburgh, PA 15219, this 14th day of February, 2007.

                                                                               */s/ Joshua M. Ambush*
                                                                               _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Amended Certificate of Service for Plaintiffs Withdrawal of Plaintiffs' Response to Libyan Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint and Accompanying Memorandum of Law was delivered *via* electronic filing and first class mail postage prepaid, to Thomas J. Whalen, Esquire, Mark A. Johnston, Esquire, Eckert Seamans Cherin & Mellott, LLC, 1747 Pennsylvania Avenue, N.W., Twelfth Floor, Washington, D.C. 20006; Wendy West Feinstein, Eckert Seamans Cherin & Mellott, LLC, U.S. Steel Tower, 44th Floor, 600 Grant Street, Pittsburgh, PA 15219, this 14th day of February, 2007.

*/s/ Joshua M. Ambush*
_____