IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE MANUEL VEGA FRANQUI, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYRIAN ARAB REPUBLIC, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:06-CV-00734-RBW |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO LIBYAN DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

COME NOW, the Plaintiffs, by and through counsel, Joshua M. Ambush, of the Law Offices of Joshua M. Ambush, LLC, and hereby institute Plaintiffs' Motion for Leave to File A Surreply in Opposition to Libyan Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint, and in support thereof, respectfully state as follows:

1. This Motion seeks leave to file the attached Surreply in Opposition to Libyan Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint, Docket Entry No. 28.

2. The new amendment to the Federal Sovereign Immunities Act presents new facts which directly bear on this matter.

3. Leave to file a surreply is typically granted to address new matters raised in a reply, to which a party would otherwise be unable to respond. *United States ex rel. Pogue v. Diabetes Treatment Ctrs. Of America*, 238 F.Supp.2d 270, 276-77 (D.D.C. 2002). The matter must be "truly new". *Id.* (citing *Lewis v. Rumsfeld*, 154 F.Supp.2d 56, 61 (D.D.C. 2001)). Thus, the decision whether to grant leave of court for a surreply is well within the court's discretion.

4. Failure to permit Plaintiffs to file the attached Surreply would unfairly prejudice Plaintiffs case.

1

WHEREFORE, Plaintiffs hereby move this court for leave to file the attached Surreply in Opposition to Libyan Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint.

Respectfully submitted,

/s/ Joshua M. Ambush

---

Joshua M. Ambush (Md. Bar # 27025)
Law Offices of Joshua M. Ambush, LLC
Hilton Plaza
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
410-484-2070
410-484-9330 (facsimile)
joshua@ambushlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Plaintiffs' Motion for Leave to File A Surreply in Opposition to Libyan Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint and Accompanying Memorandum of Law was delivered *via* electronic filing and first class mail postage prepaid, to Thomas J. Whalen, Esquire, Mark A. Johnston, Esquire, Eckert Seamans Cherin & Mellott, LLC, 1747 Pennsylvania Avenue, N.W., Twelfth Floor, Washington, D.C. 20006; Wendy West Feinstein, Eckert Seamans Cherin & Mellott, LLC, U.S. Steel Tower, 44th Floor, 600 Grant Street, Pittsburgh, PA 15219, this 14th day of February, 2008.

/s/ Joshua M. Ambush

---