# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Reverend JOSE MANUEL VEGA FRANQUI, )<br>Individually and as Administrator of the )<br>Estate of VASTHI ZILA MORALES DE VEGA, )<br>et al. )<br>  )<br>  Plaintiffs, )<br>  )<br>v. )<br>  )<br>GREAT SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, et al. )<br>  )<br>  Defendants. ) | Case No. 1:06-cv-00734-RBW |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Surreply, Defendant's Opposition thereto, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of February, 2008,

ORDERED, that Plaintiffs' Motion for Leave to File Surreply is DENIED.

_____
Judge Reggie B. Walton
U.S. District Court for the District of Columbia