IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Reverend JOSE MANUEL VEGA FRANQUI, )<br>Individually and as Administrator of the )<br>Estate of VASTHI ZILA MORALES DE VEGA, )<br>et al. )<br>)<br>         Plaintiffs, )<br>)<br>    v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, et al. )<br>)<br>         Defendants. ) | Case No. 1:06-cv-00734-RBW |

**ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of April, 2008,

ORDERED, that Defendant's Consent Motion is GRANTED and that the Defendant has until May 2, 2008 to answer, move or otherwise respond to the Amended Complaint.

_____
Judge Reggie B. Walton
U.S. District Court for the District of Columbia