IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Reverend JOSE MANUEL VEGA FRANQUI, Individually and as Administrator of the Estate of VASTHI ZILA MORALES DE VEGA, et al.<br><br>    Plaintiffs,<br><br> v.<br><br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al.<br><br>    Defendants. | Case No. 1:06-cv-00734-RBW |

## ORDER

Upon consideration of Defendant's Motion to Dismiss the Amended Complaint, any Opposition thereto, and the Court being duly advised in the premises, it is, by the Court this _____ day of _____, 2008,

ORDERED, that Defendant's Motion to Dismiss is GRANTED; and it is further

ORDERED, that all claims against Defendant, Great Socialist People's Libyan Arab Jamahiriya a/k/a Libya are hereby dismissed with prejudice.

_____
Judge Reggie B. Walton
U.S. District Court for the District of Columbia