IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE MANUEL VEGA FRANQUI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06-CV-00734-(RBW) |
| | ) |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB | ) |
| JAMAHIRIYA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs, Jose Manuel Vega Franqui, et al, and Defendant Great Socialist People's Libyan Arab Jamahiriya ("Libya"), by undersigned counsel, hereby move pursuant to Fed R Civ P. Rule 6 for an extension of forty-five (45) additional days for Plaintiffs to reply, move or otherwise respond to Defendant's Motion to Dismiss the First Amended Complaint on or before June 26, 2008, and an extension of twenty-one (21) days for Defendant to answer, move or otherwise respond to Plaintiffs' Response to Defendant's Motion to Dismiss Plaintiff's Amended Complaint. In support of this Motion, the parties state as follows:

1. On March 28, 2008, Plaintiffs filed an Amended Complaint stating new claims pursuant to 28 U.S.C § 1605A while abandoning their claims pursuant to 28 U.S.C § 1605(a)(7).

2. On May 2, 2008, Defendant filed its Motion to Dismiss Amended Complaint.

3. Pursuant to Fed R Civ Pro.15(a)(3), Plaintiffs' Response to the Motion to Dismiss is currently due May 12, 2008.

4. Given the complex issues concerning recently enacted amendment to the Foreign Sovereign Immunities Act that effectively change 28 U.S.C § 1605(a)(7) to the new

28 U.S.C § 1605A (both procedurally and substantively), Plaintiffs request an additional forty-five (45) days until June 26, 2008 to reply, move or otherwise respond to Defendant's Motion to Dismiss the First Amended Complaint. Plaintiff requires additional time to analyze Defendant's forty page (inclusive of exhibits) Motion to Dismiss, that includes arguments not previously raised in Defendant's original Motion to Dismiss.

5. For similar reasons, Defendant requests an additional twenty-one (21) days until July 17, 2008 to answer, move or otherwise respond to Plaintiff's Response.

6. This brief extension will not affect any deadline imposed by the Court, as no deadlines have yet been set in this case. No party will be prejudiced by this brief extension.

7. No prior request for an extension of time to respond to the Amended Complaint has been made.

8. Undersigned counsel certifies that in accordance with Local Rule LCvR 7(m), they have consulted with each other regarding this joint request for an extension and both parties consent to the relief requested herein.

WHEREFORE, Plaintiffs and Defendant request that the Court grant their Joint Consent Motion for an extension of forty-five (45) days for Plaintiffs to reply, move or other respond to the Defendant's Motion to Dismiss the Amended Complaint before June 26, 2008, and an extension of twenty-one (21) days for Defendant to answer, move or otherwise respond to Plaintiffs' Response to Defendant's Motion to Dismiss the Amended Complaint before July 17, 2008.

|  |  |
|---|---|
|  | Respectfully submitted, |
| */s/ Mark A. Johnston* | */s/ Joshua M. Ambush* |
| _____ | _____ |
| Thomas Whalen, Esq. (D.C. Bar # 208512) | Joshua M. Ambush, Esq. |
| Mark Johnston, Esq. (D.C. Bar # 455764) | (Bar#  MD27025) |
| Eckert Seamans Cherin & Mellott, LLC | Law Offices of Joshua M. Ambush, LLC |
| 1747 Pennsylvania Ave., N.W. | Hilton Plaza |
| Suite 1200 | 1726 Reisterstown Road |
| Washington, D.C. 20006 | Suite 206 |
| (202) 659-6600 | Baltimore, Maryland 21208 |
| Fax: (202) 659-6699 | (410) 484-2070 |
| twhalen@eckertseamans.com | (410) 484-9330 (facsimile) |
| mjohnston@eckertseamans.com | joshua@ambushlaw.com |

Of Counsel:

*Attorney for Jose Manuel Vega Franqui, et al.*

Wendy West Feinstein, Esq.
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000
Fax: (412) 566-6099
wfeinstein@eckertseamans.com

*Attorneys for Great Socialist People's Libyan Arab Jamahiriya a/k/a Libya*

Dated: May 8, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY  that a copy of the foregoing **Joint Consent Motion for Extension of Time** was electronically filed and served, this 8th day of May, 2008, to Mark Johnston, Esq., Thomas Whalen, Esq., Wendy West Feinstein, Esq., Eckert Seamans Cherin & Mellott, LLC, 1747 Pennsylvania Ave., N.W., Suite 1200, Washington, D.C. 20006.

*/s/ Joshua M. Ambush*

_____

Joshua M. Ambush, Esq.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSE MANUEL VEGA FRANQUI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06-CV-00734-(RBW) |
| | ) |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB | ) |
| JAMAHIRIYA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

Upon consideration of Plaintiffs' and Defendant's Joint Consent Motion for Extension of Time, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of May 2008,

ORDERED, that Plaintiffs' and Defendant's Joint Consent Motion is GRANTED that Plaintiffs have until June 26, 2008 to answer, move or otherwise respond to Defendant's Motion to Dismiss the Amended Complaint and Defendant has u

ntil July 17, 2008 to answer, move or otherwise respond to Plaintiff's Opposition.

_____
Judge Reggie B. Walton
U.S. District Court for the District of Columbia