IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Reverend JOSE MANUEL VEGA FRANQUI, )<br>Individually and as Administrator of the Estate of )<br>VASTHI ZILA MORALES DE VEGA, et al.,  )<br>                                                                          )<br>            Plaintiffs,                                   )<br>                                                                          )<br>   v.                                                                   )<br>                                                                          )<br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB )<br>JAMAHIRIYA, et al.,                                      )<br>                                                                          )<br>            Defendants.                                )  | CA No. 06-734 (RBW) |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Paul G. Gaston on behalf of all PLAINTIFFS in the above-captioned case. The attorney's correct address, email address, DC Bar number, and telephone number are:

Paul G. Gaston, DC Bar # 290833, pgaston@attglobal.net, LAW OFFICES OF PAUL G. GASTON, 1120 19th Street, N.W., Suite 750, Washington, DC 20036, tel. 202-296-5856.

Respectfully submitted,

/s/  Paul G. Gaston_____
Paul G. Gaston, DC Bar # 290833
LAW OFFICES OF PAUL G. GASTON
1120 19th Street, NW, Suite 750
Washington, DC 20036
(202) 296-5856
pgaston@attglobal.net
*Attorney for Plaintiffs*