IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Reverend JOSE MANUEL VEGA FRANQUI, )<br>Individually and as Administrator of the Estate of )<br>VASTHI ZILA MORALES DE VEGA, et al., )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB )<br>JAMAHIRIYA, et al., )<br>)<br>Defendants. )<br>) | CA No. 06-734 (RBW) |

## DECLARATION OF BRUCE D. TEFFT

I, Bruce D. Tefft, declare pursuant to 28 U.S.C. § 1746:

1. From 1975 through 1995, I held various positions of increasing responsibility with the Central Intelligence Agency (CIA). For 17 years I was assigned a variety of countries abroad as Chief of Station. I also served in the Middle East/African Affairs Region, Office of Military Affairs, and I was a founding member of the CIA's Counter Terrorism Center (CTC) in 1985 where I was Chief of the Radical Shi'a & Hostages Branch. I am a specialist in intelligence collection, analysis, counterintelligence, and counter-terrorism. Since my departure from the CIA in 1995, I have continued with counter-terrorism efforts (collection, analysis, and training) in the private sector. (See resume attached as Exhibit A).

2. I am presently the Director of CRA's Terrorism Assessment, which provides analytical support to Federal, State and Local governments and intelligence fusion centers.

3. I have been qualified as an expert witness in more than half a dozen cases involving

1

claims brought by victims of terrorism against state sponsors of terrorism. In this Court, these include *Welch v. Islamic Republic of Iran*, *Campusano v. Islamic Republic of Iran*, *Buckley v. Islamic Republic of Iran*, *Steen v. Islamic Republic of Iran*, *Holland v. Islamic Republic of Iran*, *Blais v. Islamic Republic of Iran*, and *Higgins v. Islamic Republic of Iran*.

5. I have recently reviewed material canvassed from a wide variety of public sources, including publications and records of the United States Department of State, the Central Intelligence Agency, the National Security Counsel and Congressional Records, and various respected and reputable news sources, both contemporaneous with and subsequent to the attack at the Lod Airport in May 1972.

6. Based on this review and on my own knowledge and expertise, I have concluded that the Popular Front for the Liberation of Palestine (PFLP) - a sub-group of the Palestinian Liberation Organization (PLO)[1] - and the Japanese Red Army (JRA) Organizations were primarily responsible for the 1972 Lod Airport attack, and that the PLO and its subgroup PFLP and JRA, in perpetrating the Lod Airport attack, acted with the support, encouragement, and material assistance of Libya and Libyan government instrumentalities, agents, and/or officers and employees, and that Libya was placed on the list of state sponsors of terrorism by the U.S. government in 1979, in large measure as a direct result of its actions in sponsoring and supporting the PLO and its sub-group the PFLP and JRA in the Lod Airport attack as well as in numerous other acts of terrorism.

7. My conclusions are consistent with everything I know about terrorist activity in the early seventies, about the PLO's, PFLP's and JRA's support and sponsorship by a succession of client states, including Libya, and my knowledge of the basis for counterterrorism policy. These

---

[1] At the time of the Lod Airport attack, May 31, 1972, the PFLP, was one of the prominent terror groups that comprised the PLO's Executive Committee.

2

conclusions are further supported by the following publicly available historical facts and sources.

8.        Statements recorded in The Congressional Record-Senate, December 20, 1974, (120 Cong. Rec. 41701 (1974)), excerpted below, surveyed the Palestinian organizations which employ terrorism and the methods they use and noted that:

> "The Palestinian terrorist groups have prospered during the last decades because legitimate Arab governments have afforded them political support, headquarters, finances, bases, training, weapons, communications and clandestine facilities.
> Some information is available on financial resources of the guerilla groups.  The oil sheikhdoms-Saudi Arabia, Kuwait, Abu Dhabi, Qatar, Bahrain, and Dubai-**as well as Libya** (emphasis added) and Algeria-all give millions of dollars to the various groups.  Fatah leader Mohammed Daoud Odeh, Abu Daoud, substantiated this over Jordan radio, March 26, 1973, as did the <u>London Times</u> of January 4, 1974, which reported that **Libya paid $108 million to Black September and $48 million to other guerilla groups.** (emphasis added)  Arab States encouraged the Palestinian groups to be the striking arm against Israel after 1967--when the Arab armies were in disrepute.  Indirect aid, such as allowing operations on their territory, has been willingly provided by almost all Arab States.  Kuwait, **Libya**, and the People's Democratic Republic of Yemen-South Yemen-Aden-are the non-Arab states most often mentioned as possible benefactors of the Palestinian Groups."
>
> "In May 1972, Black September carried out its first hijacking……**Later in May 1972 three members of the Japanese United Red Army, who had boarded an Air France plane in Rome, opened fire with machineguns and threw grenades at passengers at Tel Aviv's LOD International airport.  Twenty-five persons, 16 of**

3

>  **them Puerto Ricans, were killed and 76 wounded. Two terrorists were killed and the other captured**."(emphasis added)

9. At a hearing before the Subcommittee to Investigate the Administration of the Internal Security Act and other Internal Security Laws of the Committee on the Judiciary – the United States Senate, 94th Congress, First Session, on May 14, 1975, the Honorable Robert Fearey, Special Assistant to the Secretary of State, Coordinator for Combating Terrorism for the Department of State and Chairman of the Working Group under the Cabinet Committee for Combating Terrorism testified that Libya was a sponsor of the PFLP and that Libya provided arms and training bases to the Palestinian terror groups. A chronology of terror attacks, attached to the hearing testimony as an appendix, indicates as follows:

> "05/30/72  Japanese "Red Army" guerillas, supporting PFLP, opened fire on passengers at Lod Airport in Israel killing 26 and injuring 70."

10. At a hearing before the Subcommittee on the Near East and South Asia of the Committee on Foreign Affairs House of Representatives, 93rd Congress, Second Session, June 24, 1974, Brian Michael Jenkins of the Rand Corporation, testified that-

> "Alliances have been concluded between terrorist groups such as that between the Popular Front for the Liberation of Palestine and the United Red Army of Japan. It was Japanese terrorists from the Red Army that were brought in by the Palestinians to machinegun passengers at the Lod Airport in Israel two years ago."

A virtually identical "International Terrorism" briefing paper attached to the May 14, 1975 hearing cited above in paragraph 9, was also attached as an appendix to the June 24, 1974 hearing. The appendix, prepared by the Congressional Research Service of the Library of Congress states as follows:

4

>"May 30, 1972 – Japanese "Red Army" guerillas, supporting PFLP, opened fire on passengers at Lod Airport in Israel killing 26 and injuring 70."

11. In an article entitled "30 Years and Counting", <u>Rand Review</u> Summer 2002, Brian Michael Jenkins, Senior advisor to the President of Rand Corporation, expressly describes how the Lod Airport attack was in actuality *the* catalyst for study and analysis of the terrorism that enabled the U.S. government to formulate policies and responses to terrorism:

>"Rand's research on terrorism formally began in 1972. Two bloody terrorism incidents that year-the **Japanese Red Army's attack on the passengers at the Lod Airport in Israel**, and the seizure of Israeli athletes by Black September terrorists at the Munich Olympics-signaled to the world that a new mode of warfare had begun. Reacting to this new threat, President Nixon created the Cabinet Committee to Combat Terrorism. In turn, the Committee commissioned RAND to examine the phenomenon and how it might effect American security interests." (emphasis added)

>"One of our first tasks in 1972 was to construct a chronology of terrorist incidents to provide an empirical foundation for the subject of our research."

12. The 1983 edition of Patterns of Global Terrorism published by the State Department states that:

>"Libyan leader Mu'ammar Quadhaffi has used terrorism as an instrument of state policy whenever expedient **since he came to power in 1969**. CENTRAL INTELLIGENCE AGENCY, NATIONAL FOREIGN ASSESSMENT CENTER, PATTERNS OF GLOBAL TERRORISM: 1983, (September, 1984), at 12. (emphasis added)

13. A terror attack chronology prepared by the CIA establishes that on

*30 May 1972*, <u>Lod Airport Massacre</u>, Japanese terrorists from the Red Army Faction, collaborating with the PFLP, attacked passengers at Lod Airport, killing 28 and wounding 78. The lone Japanese survivor of the massacre was sentenced to life imprisonment.

…

CENTRAL INTELLIGENCE AGENCY, SIGNIFICANT FEDAYEEN AND FEDAYEEN-RELATED INTERNATIONAL TERRORIST INCIDENTS 1 JANUARY TO 31 MARCH 1975, (May 31, 2000) Supplement No. 4 at CIA-RDP86T00608R00200080002-1.

14. Another CIA document indicates the relationship of PFLP and the JRA:

> **Fatah poses as a basically "conservative" guerrilla organization devoid of political bias but in fact supports extreme guerrilla tactics through its front, the Black September Group** … The Popular Front for the Liberation of Palestine (PFLP) believed to have the widest range of international links, is competing with other fedayeen groups and expanding its revolutionary activities at the international level … **The kamikaze attack on Israel's [Lod] Airport last May by PFLP-trained members of the Japanese Red Army Faction, highlights the existing and growing international connections among revolutionary terrorist organizations. Even before the [Lod] Airport massacre, the Japanese Red Army Faction had been dealing with the fedayeen for at least two years** … Links between the Red Army Faction and Popular Front for the Liberation of Palestine (PFLP) became evident in late 1970 with the arrest in Japan of PFLP members publicizing terror via a film on Palestinian guerrilla operations. **During their stay in Japan PFLP**

> **members also made arrangements to train Red Army Faction members at PFLP bases** … **Fatah uses such terror tactics as hijacking and sabotage through its terrorist arm, the "Black September Group" as an additional source of income**. The "Black September Group" enables Fatah to credibly disclaim its alliance with assassinations, hijacking and other forms of terrorism … **[A] Palestinian Liberation Organization office is often merely a cover for a Fatah office**. Nevertheless, despite this ostensibly "moderate image," the Black September" terrorist organization remains directly associated with and under the control of Fatah.

Central Intelligence Agency, *Terrorism and the Fedayeen* (September 1972), at CIA-RDP79-01194A000200120001-1, at 1-3, 5-6.

15. The State Department expressly noted Libyan leader Qadhaffi's approval of and support of the Lod Airport massacre:

> [Qadhaffi] went out of his way to praise the Japanese perpetrators of the Lod Airport Massacre for having displayed the 'true fedayeen spirit.' He also claimed that the [Libyan Arab Republic Government] is backing morally and financially 'all the Fedayeen.' … [Qadhaffi] <u>ipso facto</u> abets Fedayeen terrorist activities with Libyan funds and defends their operations anywhere.

U.S. Department of State, Airgram From U.S. Embassy in Tripoli, Libya, to U.S. Department of State, Subject: LARG Reservations About Terrorism, (November 28, 1972), at A-176, (4).

7

16. The National Security Council in 1973 expressly identified Libya as a supporter of Palestinian terrorism in the years immediately prior:

> Libya has directly supported… the Popular Front for the Liberation of Palestine … **Libya has over the past four years [since 1968] contributed significantly to Palestinian terroristic activity in the form of arms, funding and training**. While precise figures are not available, Libyan efforts in all three areas are substantial. [M]ore recently **Libya has become a major source of weapons for the Palestinian liberation movement**. Libya decided in 1971 that, instead of providing the fedayeen with large amounts of money to purchase arms, the Libyan Government would buy and distribute the arms and ammunition necessary for the fedayeen to wage war on Israel. **Since 1971, Libya has generally supported groups by providing arms and material directly … a small part of the funds provided by Libya to Palestinian groups has probably been used by them for various terrorist activities**. At the end of 1970 the Libyan Government raised personal income taxes and additional funds acquired were funneled into a government-controlled fedayeen support fund, the Jihad fund. In 1971 **Libya reportedly budgeted between $30,000,000 and $40,000,000 for fedayeen support, probably in addition to the Jihad fund of about $30,000,000** … Quadhaffi, however, has frequently stated that Libya will spare no expense in backing the Palestinian movement, and … resources earmarked for the fedayeen are readily available to them.

NATIONAL SECURITY COUNCIL, U.S. POLICY TOWARD LIBYA, NATIONAL SECURITY STUDY MEMORANDUM 185, (June 5, 1973), at Appendix B, B-2 (*Emphasis added.*)

17.  A 1981 Defense Department study agreed:

> Libya's involvement in dissident and terrorist activities has increased progressively since Chief of State Col Muammar Quadhaffi came to power in 1969 … Since the Libyan Revolution on 1 September 1969, the country has developed a sophisticated terrorist training apparatus … **In 1972, the Libyans opened three of their military installations to train Palestinians** … This effort has served as an outlet for his frustrations at being rejected by the Arab World as its paramount leader and has gradually evolved into a significant tool of Libyan foreign policy. While Quadhaffi has been consistent in his condemnation of "terrorism" over the last several years, he has been equally emphatic in defending Libya's right to use "revolutionary violence." … **Libya has created an impressive dissident and terrorist apparatus and appears intent on expanding its unconventional capabilities. This includes not only support and training of dissidents and terrorists, but also the option for direct intervention** through the deployment of the "Islamic Legion."

U.S. DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY INTELLIGENCE APPRAISAL, LIBYA: TERRORIST APPARATUS (October 15, 1981), at 1, 2, 6-7. (*Emphasis added.*)

18.  The 1980 edition of <u>Patterns of International Terrorism</u> states regarding Libya that*:*

> **The government of Colonel Quadhaffi is the most prominent state sponsor of and participant in international terrorism.** Despite Quadhaffi's repeated public pronouncements that he does not support terrorist groups, **there has been a clear and consistent pattern of Libyan aid to almost every major international terrorist group, from the Provisional Irish Republican Army (PIRA) to the Popular Front for the Liberation of Palestine (PFLP)** … Libya's support for terrorism includes financing for terrorist operations, weapons procurement and supply, the use of training camps and Libyan advisers for guerrilla training, and the use of Libyan diplomatic facilities abroad as support bases for terrorist operations.

CENTRAL INTELLIGENCE AGENCY, NATIONAL FOREIGN ASSESSMENT CENTER, PATTERNS OF INTERNATIONAL TERRORISM: 1980, (June 1981), at *8-10. (*Emphasis added.*)

19. Accordingly, based on my knowledge of terrorist operations and my review of publicly available sources and historical records, including contemporaneous and more recent news accounts, I have no doubt that Libya and Libyan officials and instrumentalities provided material support and resources to the terrorists who carried out the Lod Airport massacre in 1972, and that this attack was a primary reason why Libya was subsequently designated by the United States as a state sponsor of terrorism.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2008.

_____
Bruce D. Tefft

10