# Dr. Bruce D. Tefft

*4401 Ford Avenue – 6th Floor, Alexandria, VA 22302*
Office: (703) 373-2450; Mobile: (703) 627-9560
Email:  btefft@cra-usa.net

**Professional Profile:**

A seasoned, senior executive with 30 years successful experience in foreign affairs, counter-terrorism analysis, and intelligence operations as a CIA Field Chief, and HQS Branch Chief in the Central Intelligence Agency's Directorate of Operations, and Counter Terrorism Center.  Formerly Counter-Terrorism Advisor to the New York Police Department.  Provide counter-terrorism training for local and Federal law enforcement agencies (trained more than 16,000 individuals), in US, Canada, Italy, Mexico and Puerto Rico.  Worked closely with major Allied nation intelligence organizations and U.S. government Departments such as State and Defense, the Federal Bureau of Investigation, the Drug Enforcement Agency, Defense Intelligence Agency, Defense HUMINT Service, the Bureau of Alcohol, Tobacco and Firearms and the U.S. Marine Corps.  Recognized for exceptional problem solving and motivational skills as well as the ability to manage, train, and analyze.  Specialist in intelligence collection, counterintelligence, and counter-terrorism.  Develop university curricula for Homeland Security and Terrorism.  Comfortable in multinational and multicultural situations.  Comprehensive experience in conflict resolution and crisis management.  Bilingual (French) with broad experience in Africa, Europe, South Asia and the Middle East.

## Areas of Expertise

-Intelligence Collection and Analysis    -Risk Assessment    -International Conflict Resolution
-Global Emergency Planning    -Recruitment/training    -Counterterrorism
-Operations Management    -International Law    -Corporate Security

## Employment History

2004 to present    **CRA (formerly Community Research Associates),** *Director, Terrorism Assessment Center*
- Develop terrorism and counter-terrorism doctrine
- Provide counter-terrorism training to local and national law enforcement organizations throughout the United States, Canada and the Caribbean
- Maintain terrorism data base and network of experts

1998 to 2004    **ORION Scientific Systems** (acquired as an autonomous operating division by SRA International, Inc. in January 2004), *Senior Associate*
- Provide counter-terrorism training to local and national law enforcement organizations throughout the United States and Canada
- Provide counterterrorism analysis and intelligence operations support to the New York Police Department's Intelligence Division and the NYPD's Counter Terrorism Division. (May 2002 to present)
- Develop Bachelor and Master degree-level curricula for Homeland Security and Terrorism
- Provide counterterrorism training to US Army Military Police reservists
- Create and Support new Counterterrorism Analysis Section in the Intelligence Unit at the Immigration and Naturalization Service, Department of Justice; research fugitive aliens

- Provide Open Source Intelligence collection and analysis to Department of Defense's Joint Counterintelligence Analysis Group (JCAG)
- Collect and analyze Open Source Intelligence; prepared detailed analyses and Red Cell studies; Create and maintain Open Source Data Base for Counterterrorism, Force Protection, Counterintelligence and International affairs.  Data base currently over 125,000 articles (50 gigabytes)
- Refine analytic computer tools for Group Models and Incident Indications and Warning systems to: predict probability of terrorist incidents based on Pre-Incident Indicators; and to indicate covert activity in corporations
- Provide training on intelligence analysis, collection, reporting Open Source research, use of inference trees and matrixes

1995-1998    **International Affairs Consultant**
Professional services provided to: **Orion International Services, USATREX, SIE/Bulldog Technologies, Telecel USA, Inc., Mongoven, Biscoe & Duchin, Brokers' Power Inc. and Odyssey International Couriers**
Services included:
- Provision of counterterrorist and anti-explosive training to members of elite foreign services
- Developing and managing security, asset protection programs and emergency action plans in Africa
- Providing diplomatic, risk management and crisis resolution services

1975-1995    **Central Intelligence Agency (CIA), Directorate of Operations,**

- 17 years overseas experience; served in 9 African countries, usually as Chief of Station – Including Ethiopia, Nigeria, Ghana, South Africa, Angola, Zaire, Lesotho, Zimbabwe, Djibouti, Somalia.
- Founding member of the Counter-Terrorism Center

## Education

Juris Doctorate, International Law, University of Denver, Colorado 1974
Master of Arts, History, University of Denver, Colorado 1974
Bachelor of Arts, History, New College, Sarasota, Florida 1972

## Awards

Three CIA Awards for Exceptional Service under conditions of Hazard & Hardship
Four CIA Awards for Exceptional Performance and Superior Accomplishment

## Professional Associations

Special Forces Club, London
National Military Intelligence Association
Association of Former Intelligence Officers
International Association of Counterterrorism & Security Professionals
Royal Canadian Military Institute

2