UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE MANUEL VEGA FRANQUI, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SYRIAN ARAB REPUBLIC, et al., | ) Civil Action No. 06-734 (RBW) ) ) |
| Defendants. | ) ) |

**THE UNITED STATES OF AMERICA'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO INTERVENE
AND MEMORANDUM IN SUPPORT**

The United States of America, by undersigned counsel, respectfully moves the Court for an extension of the time provided under Fed. R. Civ. P. 5.1(c) until and including September 26, 2008, to intervene in this action to defend the constitutionality of an Act of Congress or to inform the Court that the United States has elected not to exercise its right to intervene.

Good cause exists for this Motion. On May 2, 2008, defendant the Great Socialist Libyan People's Arab Jamahiriya challenged the constitutionality of Section 1083(c)(2) of the National Defense Authorization Act for Fiscal Year 2008, Pub. L. 110-181 ("NDAA"), codified at 28 U.S.C. §§ 1605A, 1610. That challenge is presented in defendant's Motion to Dismiss the Amended Complaint [Dkt. # 40]. The United States has received that defendant's May 19, 2008 Notice under 28 U.S.C. § 2403(a) and Fed. R. Civ. P. 5.1(b) that there is a constitutional challenge to a federal statute in this case [Dkt. # 42].

The United States is now evaluating whether to exercise its right under 28 U.S.C. § 2403(a) to intervene in this action to defend the constitutionality of Section 1083(c)(2) of the NDAA. Department of Justice regulations require the approval of the Solicitor General prior to intervening in an action for purposes of defending the constitutionality of a federal statute. See

28 C.F.R. § 0.21. Although undersigned counsel from the U.S. Department of Justice, Civil Division is in the process of consulting within the United States government and securing a decision from the Solicitor General regarding intervention in the instant case as expeditiously as possible, that process may require several additional weeks.

The undersigned has contacted plaintiffs' counsel, Joshua M. Ambush and Paul Gaston, and defendant's counsel, Mark A. Johnston, who indicated that they have no objection to the relief requested in this Motion.

Accordingly, the United States respectfully requests that this Court enter an order extending the time under Fed. R. Civ. P. 5.1(c) for the United States to exercise its right to intervene in this action under 28 U.S.C. § 2403(a), or to inform the Court of its decision not to intervene, until September 26, 2008. A proposed Order is attached.

Dated: July 28, 2008	Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

    /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC 20044
Tel. No.: (202) 514-4781
Fax No.: (202) 318-7609

*Counsel for the United States of America*