UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE MANUEL VEGA FRANQUI, )
   et al., )
 )
   Plaintiffs, )
v. )
 )  Civil Action No. 06-734 (RBW)
SYRIAN ARAB REPUBLIC, et al., )
 )
   Defendants. )
_____ )

**[PROPOSED] ORDER**

Upon consideration of the United States of America's Unopposed Motion for Extension of Time to Intervene, it is hereby

**ORDERED** that the United States' Unopposed Motion is granted; and it is further

**ORDERED** pursuant to Fed. R. Civ. P. 5.1(c) that the time for the United States to intervene in this action to defend the constitutionality of Section 1083 of the National Defense Authorization Act for Fiscal Year 2008, Pub. L. 110-181, codified at 28 U.S.C. §§ 1605A, 1610, or inform the Court that the United States has decided not to intervene, is extended to September 26, 2008.

                                                                                                     _____
                                                                                                     Hon. REGGIE B. WALTON
                                                                                                     United States District Judge

_____, 2008