## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                            )
Reverend JOSE MANUEL VEGA FRANQUI  )
Individually and as Administrator of the    )
Estate of VASTHI ZILA MORALES            )
DE VEGA, *et al.*,                         )
                                            )
                        *Plaintiffs*,       )          1:06-cv-00734-RBW
                                            )
v.                                          )
                                            )
GREAT SOCIALIST PEOPLE'S LIBYAN   )
ARAB JAMAHIRIYA, *et al.*,                 )
                                            )
                        *Defendants*.       )
_____)

### NOTICE OF SUPPLEMENTAL AUTHORITY

The Great Socialist People's Libyan Arab Jamahiriya[1] ("Libya") respectfully informs this

Court of the "Libyan Claims Resolution Act," S. 3370, 110th Cong. (passed by the Senate and

House, July 31, 2008) (Exhibit A) (the "Act"), which was signed into law by President Bush, *see*

Press Release, White House Office of the Press Secretary, President Bush Signs S. 3370 Into

Law (Aug. 4, 2008) (Exhibit B).

The Libyan Claims Resolution Act contemplates a "comprehensive settlement . . .

pursuant to an international agreement between the United States and Libya as a part of the

process of restoring normal relations between Libya and the United States." The Act at § 3. The

Libyan State Defendants expect execution of the international agreement this week. Once that

agreement is executed and the Secretary of State certifies receipt of payment, Libya will no

longer be subject to jurisdiction under 28 U.S.C. §§ 1605A or 1605(a)(7). *Id.* at § 5(a)(1)(A).

---

[1] This notice is filed on behalf of Libya only because plaintiffs have not effectuated service upon Colonel Muammar Qadhafi or the Libyan External Security Organization.

Eligible claimants will have the opportunity to seek compensation through a claims-settlement mechanism to be administered by the U.S. Government. *Id.* at §5(a)(2)(B)(ii).

The press releases of Secretary of State Rice (Aug. 1, 2008) (Exhibit C), Senator Lautenberg (July 31, 2008) (Exhibit D), and Senator Biden (July 31, 2008) (Exhibit E), all in support of the Act, are also attached for the Court's reference.

Dated:  August 12, 2008                     Respectfully submitted,

                                            ECKERT SEAMENS CHERIN
                                            & MELLOTT, LLC


                                            /s/ Thomas J. Whalen
                                            Thomas J. Whalen, Esq. (Bar No. 208512)
                                            Mark A. Johnston, Esq. (Bar No. 455764)
                                            1747 Pennsylvania Ave., N.W.,
                                            Twelfth Floor
                                            Washington, D.C. 20006
                                            (202) 659-6600
                                            twhalen@eckertseamans.com
                                            mjohnston@eckertseamans.com

                                            Wendy West Feinstein, Esq. (Pa ID No. 86698)
                                            *Admitted Pro Hac Vice*
                                            600 Grant Street
                                            44th Floor
                                            Pittsburgh, PA 15219
                                            (412) 566-6000
                                            wfeinstein@eckertseamans.com