**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Reverend JOSE MANUEL VEGA FRANQUI, Individually and as Administrator of the Estate of VASTHI ZILA MORALES DE VEGA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al.<br><br>Defendants. | Case No. 1:06-cv-00734-RBW |

**JOINT MOTION FOR ENTRY OF STAY**

All plaintiffs and defendant The Great Socialist People's Libyan Arab Jamahiriya ("Libya"),[1] by undersigned counsel, hereby jointly move for entry of a stay of proceedings in light of the Libyan Claims Resolution Act, S.3370, 110th Cong. (the "Act"), which was signed into law on August 4, 2008, and subsequent diplomatic developments. *See* Notice of Supplemental Authority [Dckt. No. 47] filed by Libya on August 12, 2008, and Exhibits A and B thereto.

The Act contemplates a "comprehensive settlement" of claims of nationals of each state against the other state "pursuant to an international agreement between the United States and Libya as a part of the process of restoring normal relations between Libya and the United States." That international agreement, the Claims Settlement Agreement, was executed on August 14, 2008, and it is expected that the Secretary of State of the United States will shortly certify that the United States has received payment of the funds described in the Act. Once the Secretary of

---

[1] This Joint Motion is filed on behalf of Libya only, and not the other Libyan defendants, because plaintiffs have not effected service upon Colonel Muammar Qadhafi or the Libyan External Security Organization.

State certifies receipt of such payment, eligible claimants will receive compensation through claims-settlement procedures to be administered by the U.S. government. Act, § 5(a)(2)(B)(ii). In addition, Libya will no longer be subject to this Court's jurisdiction under 28 U.S.C. §§ 1605A or 1605(a)(7) in this matter once the Secretary certifies receipt of the funds. Act, § 5(a)(1)(A).

    In view of these developments, the parties respectfully move the Court for a stay of all further proceedings herein pending certification by the Secretary of State of receipt of funds sufficient to implement the Claims Settlement Agreement.

    Respectfully submitted,

*/s/ Paul G. Gaston*
Paul G. Gaston, DC Bar # 290833
LAW OFFICES OF PAUL G. GASTON
1776 Massachusetts Ave., NW Suite 806
Washington, DC 20036
(202) 296-5856
pgaston@attglobal.net

*/s/ Joshua Ambush*
Joshua Ambush
The Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road Suite 206
Baltimore, MD 21208
(410) 484-2070
joshua@ambushlaw.com

*Attorneys for Plaintiffs*

                                            **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

                                            */s/ Mark A. Johnston*

Thomas Whalen, Esq. (D.C. Bar #208512)
Mark Johnston, Esq. (D.C. Bar #455764)
1747 Pennsylvania Ave., N.W.
Suite 1200
Washington, DC  20006-4604
(202) 659-6600
Fax: (202) 659-6699
twhalen@eckertseamans.com
mjohnston@eckertseamans.com

<u>Of counsel</u>:

Wendy West Feinstein, Esq.
ECKERT SEAMANS CHERIN
   & MELLOTT LLC
600 Grant Street
44th Floor
Pittsburgh, PA 15219
(412) 566-6000
Fax:  (412) 566-6099
wfeinstein@eckertseamans.com

*Attorneys for Great Socialist People's Libyan Arab Jamahiriya a/k/a Libya*

Dated:  September 10, 2008